## Nutter, McClennen & Fish, LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                                                 January 27, 2012
Resp. Aty.:  PJA                                                                     Bill No. 420396/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through December 31, 2011 in connection with the following:

**Matter Name:    Global Broadcasting of Southern New England LLC**
**Matter No.:        00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| ███ | ██████████████████████████████████ | ██ | ██ |
| ███ | ██████████████████████████████████ | ██ | ██ |
| 12/13/11 | Attention to Kevin O'Brien guarantee and suit on same | JFC | 0.50 |
| ███ | ██████████████████████████████████ | ██ | ██ |
| 12/22/11 | Review personal guarantee executed by K. O'Brien; review emails from K. O'Brien; review promissory note and obtain copies of documents necessary for complaint against K. O'Brien | JFC | 1.00 |

Total Hours for Matter 00051                                                                   1.5

Total Time for Matter 00051                                                              $540.00

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Coffey, James F. | 1.5 | $360.00 | $540.00 |
| Total Time for Matter 00051 | | | $540.00 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614　　　　　　　　　　　　　　　　　　　　　　　　　January 27, 2012
Resp. Aty.:  PJA　　　　　　　　　　　　　　　　　　　　　　　　　　Bill No. 420396/03SLW

Total for Services　　　　　　　　　　　　　　　　　　　　　　　　　　　　$540.00

**Summary of Disbursements and Other Charges**

| **Date** | **Description** | **Total** |
|---|---|---|
| | **Total Disbursements and Other Charges** | |

Total of This Bill　　　　　　　　　　　　　　　　　　　　　　　　　　　$540.00