## Nutter, McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614 February 14, 2012
Resp. Aty.: PJA Bill No. 422037/03SLW

Sovereign Bank New England
75 State Street
Boston, MA  02109

Attention:  John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through January 31, 2012 in connection with the following:

**Matter Name:** Global Broadcasting of Southern New England LLC
**Matter No.:** 00051

**Billing Contact: Paul J. Ayoub, Esq. (Telephone no.: 617-439-2270)**

**Cost Center: 8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| ■ | ■ | ■ | ■ |
| 01/04/12 | Work on update for bank regarding Global Broadcasting matter; review draft complaints regarding suit versus K. O'Brien; attention to rules of U.S. D.C. Rhode Island | JFC | 1.40 |
| ■ | ■ | ■ | ■ |
| 01/05/12 | Finish monthly update for bank and email same to C. MacDonald; attention to draft complaint; emails regarding same; telephone call from J. Bowen regarding status | JFC | 0.70 |
| 01/07/12 | Attention to draft complaint | JFC | 1.00 |
| 01/10/12 | Attention to file regarding guarantee of K. O'Brien | JFC | 0.20 |
| 01/11/12 | Attention to draft complaint/file | JFC | 0.50 |
| ■ | ■ | ■ | ■ |
| 01/18/12 | Reviewed relevant pleadings from case; research in support of complaint against O'Brien; drafted portions of complaint against O'Brien | BLM | 3.20 |
| 01/19/12 | Attention to draft complaint issues; review message regarding caption for Complaint | JFC | 0.50 |
| 01/19/12 | Drafted portions of complaint against O'Brien | BLM | 4.50 |

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                                         February 14, 2012
Resp. Aty.: PJA                                                    Bill No. 422037/03SLW

| Date | Description | Atty | Hours |
|---|---|---|---|
| 01/20/12 | Discussion regarding Global Broadcasting LLC ▓▓▓▓ ▓▓▓▓▓▓▓▓ review and revise draft complaint with B. Mack | JFC | 0.80 |
| 01/20/12 | Drafted portions of complaint against O'Brien; drafted cover e-mail to client | BLM | 7.40 |
| 01/23/12 | Attention to draft complaint and forward same to J. Bowen | JFC | 0.50 |
| 01/25/12 | Attention to emails from B. Mack; discussion with B. Mack regarding status with draft | JFC | 0.30 |
| 01/26/12 | Draft email to B. Mack regarding national bank status for Sovereign Bank ▓▓▓▓▓▓▓▓ | JFC | 0.10 |
| 01/31/12 | Telephone call from J. Bowen regarding edits to complaint; attention to file regarding same | JFC | 0.50 |

Total Hours for Matter 00051        21.60

Total Time for Matter 00051        $5,813.00

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| ▓▓▓▓▓▓▓ | ▓▓ | ▓▓ | ▓▓0 |
| Coffey, James F. | 6.5 | 360.00 | $2,340.00 |
| **Associates** | | | |
| Mack, Benjamin L. | 15.10 | 230.00 | 3,473.00 |
| ▓▓▓▓▓▓▓ | ▓▓ | ▓▓ | ▓▓ |

Total Time for Matter 00051        $5,813.00

Total of This Bill        $5,813.00