EXHIBIT I

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                                       March 13, 2012
Resp. Aty.: PJA                                                           Bill No. 423828/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:  John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through February 29, 2012 in connection with the following:

**Matter Name:   Global Broadcasting of Southern New England LLC**
**Matter No.:       00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |
| 02/01/12 | Attention to monthly update for bank | JFC | 0.30 |
| 02/06/12 | Emails from J. Bowen; discussion with B. Mack regarding completion of draft complaint; email to J. Bowen; update monthly report for Bank; review demand letter sent by Bank | JFC | 0.80 |
| 02/16/12 | Attention to voice mail from J. Bowen regarding details for Complaint | JFC | 0.10 |
| 02/23/12 | Attention to Complaint | JFC | 0.40 |
| 02/24/12 | Follow up with B. Mack regarding complaint against K. O'Brien | JFC | 0.30 |
| 02/27/12 | Discussion with B. Mack regarding draft complaint; email regarding same | JFC | 0.10 |
| 02/27/12 | Research re: complaint against O'Brien; revised complaint | BLM | 2.50 |
| 02/28/12 | Telephone call to B. Mack regarding Complaint | JFC | 0.10 |
| 02/28/12 | Research re: complaint against O'Brien; revised complaint | BLM | 2.80 |

Total Hours for Matter 00051                                              ▮---- 7.4

Total Time for Matter 00051                                               ▮---- $1,975.00

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  March 13, 2012
Resp. Aty.: PJA  Bill No. 423828/03SLW

Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| ▮ | ▮ | ▮ | ▮ |
| Coffey, James F. | 2.10 | 360.00 | 756.00 |
| **Associates** | | | |
| Mack, Benjamin L. | 5.30 | 230.00 | 1,219.00 |

Total Time for Matter 00051  -------- $1,975.00

Total for Services  ------------ $1,975.00

Total of This Bill  -$----------- $1,975.00

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505