**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  April 10, 2012
Resp. Aty.: PJA  Bill No. 426287/03SLW

Sovereign Bank New England
75 State Street
Boston, MA  02109

Attention:  John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through March 31, 2012 in connection with the following:

**Matter Name:  Global Broadcasting of Southern New England LLC**
**Matter No.:  00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| ■ | ■ | ■ | ■ |
| 03/01/12 | Forward K. O'Brien financial statement to B. Mack and discussion regarding ■ | JFC | 0.30 |
| 03/02/12 | Attention to draft complaint; telephone call to M. McGowan | JFC | 0.50 |
| 03/05/12 | Attention to email from J. Bowen regarding demand; emails regarding same; research regarding waiver of demand; email to J. Bowen regarding same | JFC | 0.90 |
| 03/06/12 | Draft monthly update regarding litigation against K. O'Brien | JFC | 0.30 |
| 03/07/12 | Review Summons received from Court | JFC | 0.10 |
| ■ | ■ | ■ | ■ |
| 03/16/12 | Edits to demand letter | JFC | 0.50 |
| ■ | ■ | ■ | ■ |
| 03/20/12 | Update demand letter; telephone call to J. Bowen; telephone call from J. Bowen; send out demand to K. O'Brien | JFC | 0.80 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614 April 10, 2012
Resp. Aty.: PJA Bill No. 426287/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 03/20/12 | Drafted and revised demand letter | BLM | 2.10 |
| 03/21/12 | Revised demand letter | BLM | 0.80 |
| 03/26/12 | Attention to diary regarding deadline for response to demand letter | JFC | 0.20 |
| 03/27/12 | Overview email from L. Stern with attached correspondence regarding K. O'Brien | JFC | 0.20 |
| 03/28/12 | Attention to email regarding retention of litigation counsel by K. O'Brien; note to file regarding same with contact information | JFC | 0.30 |
| 03/29/12 | Reviewed letter from counsel to O'Brien | BLM | 0.40 |

Total Hours for Matter 00051 ---------------- 7.40

Total Time for Matter 00051 ---------------- $2,235.00

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Coffey, James F. | 4.1 | $360.00 | $1,476.00 |
| **Associates** | | | |
| Mack, Benjamin L. | 3.30 | 230.00 | 759.00 |

Total Time for Matter 00051 ---------------- $2,235.00

Total for Services ---------------- $2,235.00

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|
| 03/02/12 | Filing Fee | 350.00 |
| 03/02/12 | Federal Express | 20.42 |

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505
Page 2

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614 April 10, 2012
Resp. Aty.: PJA Bill No. 426287/03SLW

**Total Disbursements and Other Charges** $370.42

Total of This Bill $2,605.42