**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  May 8, 2012
Resp. Aty.: PJA  Bill No. 428285/03SLW

Sovereign Bank New England
75 State Street
Boston, MA  02109

Attention:  John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through April 30, 2012 in connection with the following:

**Matter Name:  Global Broadcasting of Southern New England LLC**
**Matter No.:  00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.: 617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 04/02/12 | Attention to Amended Complaint | JFC | 0.50 |
| 04/02/12 | Research in support of Amended Complaint; drafted amended complaint | BLM | 3.70 |
| 04/03/12 | Attention to amended complaint | JFC | 0.50 |
| 04/03/12 | Attention to issues re: service of summons | BLM | 1.10 |
| 04/04/12 | Attention to issues involving service of Complaint upon K. O'Brien; discussion regarding strategy in service of process; review emails from process server in California; review cases on service of process | JFC | 2.50 |
| 04/04/12 | Attention to issues re: service of summons; calls with process server re: same | BLM | 2.80 |
| 04/05/12 | Review documents | JFC | 0.30 |
| 04/05/12 | Attention to issues re: service of summons; calls with process server re: same | BLM | 1.50 |
| 04/10/12 | Telephone call from and telephone call to Bill Norman, counsel to K. O'Brien regarding settlement discussion; review letter and law of California regarding enforcement of personal guaranties | JFC | 1.20 |
| 04/11/12 | Telephone calls from B. Norman regarding conference call tomorrow; emails regarding conference call and call with client | JFC | 1.00 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614 May 8, 2012
Resp. Aty.: PJA Bill No. 428285/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 04/11/12 | Reviewed letter response from counsel to O'Brien; legal research re: same; coordinated call with O'Brien's counsel | BLM | 3.30 |
| 04/12/12 | Review letter from B. Norman; make notes for call with B. Norman; call with J. Bowen at the bank; conference call with B. Norman; follow up call with J. Bowen; draft email to J. Bowen with information concerning K. O'Brien | JFC | 2.00 |
| ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 04/12/12 | Call with counsel for O'Brien; prep for call; discussion with J. Bowen re: same | BLM | 1.60 |
| 04/30/12 | Review diary regarding deadline to answer complaint; review file regarding materials to be sought via discovery | JFC | 2.00 |

Total Hours for Matter 00051 24.00

Total Time for Matter 00051 $6,820.00

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| ▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| Coffey, James F. | 10.00 | 360.00 | 3,600.00 |
| **Associates** | | | |
| Mack, Benjamin L. | 14.00 | 230.00 | 3,220.00 |

Total Time for Matter 00051 $6,820.00

Total for Services $6,820.00

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|
| 02/10/12 | Filing Fee | 293.00 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614 May 8, 2012
Resp. Aty.: PJA Bill No. 428285/03SLW

| | | |
|---|---|---:|
| 04/05/12 | Postage | 27.59 |
| | **Total Disbursements and Other Charges** | $320.59 |

Total of This Bill $▇▇▇▇▇▇---- $7,140.59
PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505
Page 3