EXHIBIT L

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614        June 28, 2012
Resp. Aty.: PJA        Bill No. 431696/03SLW

Sovereign Bank New England
75 State Street
Boston, MA  02109

Attention:  John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through May 31, 2012 in connection with the following:

**Matter Name:   Global Broadcasting of Southern New England LLC**
**Matter No.:       00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 05/01/12 | Attention to discovery to be conducted; review notes from and telephone call from Bill Morman; attention to monthly update; discussion with B. Mack; review email from B. Norman regarding retention of local counsel | JFC | 1.80 |
| 05/02/12 | Attention to email to B. Norman; evaluate extension of time to answer complaint; email from B. Norman; attention to file; follow up regarding amending complaint | JFC | 1.00 |
| 05/03/12 | Review email from J. Bowen regarding status; follow up regarding same | JFC | 0.20 |
| 05/07/12 | Attention to monthly update; email to C. MacDonald | JFC | 0.20 |
| 05/08/12 | Discussion with J. Bowen regarding update | JFC | 0.30 |
| 05/10/12 | Review file regarding guarantee and review K. O'Brien financial statement; attention to items to be sought in discovery | JFC | 1.20 |
| ████ | ████████ | ██ | ██ |
| 05/14/12 | Check diary regarding deadline for service of responsive pleading | JFC | 0.20 |
| 05/15/12 | Attention to email from M. Russo; check deadlines for responsive pleadings and extension dates and draft reply email to M. Russo requesting updated financials from K. O'Brien; follow up with B. Mack | JFC | 0.80 |
| 05/18/12 | Attention to docket | JFC | 0.20 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614　　　　　　　　　　　　　　　　　　　　　　　June 28, 2012
Resp. Aty.: PJA　　　　　　　　　　　　　　　　　　　　　Bill No. 431696/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 05/21/12 | Attention to pleadings filed via PACER; review Notices of Appearance; review answer and counterclaims asserted against the bank; discussion regarding counterclaims; review guaranty; telephone call to B. Mack regarding counterclaim; review letter from California counsel | JFC | 3.40 |
| 05/21/12 | Reviewed motion to dismiss filed by O'Brien; legal research re: same | BLM | 3.20 |
| 05/22/12 | Attention to Notice of Rule 16 conference to be held on June 20th in Judge Lisi's chambers; attention to diary and file regarding same | JFC | 0.50 |
| 05/22/12 | Call with client re: motion to dismiss filed by O'Brien; legal research re: same | BLM | 4.50 |
| ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 05/24/12 | Attention to response to counterclaims; review law regarding same; attention to local district court rules | JFC | 1.20 |
| 05/24/12 | Attention to pleading responsive to Motion to Dismiss; legal research re: same | BLM | 4.80 |
| 05/25/12 | Review counterclaims asserted in answer; develop responses to same | JFC | 1.20 |
| 05/31/12 | Attention to Notice of Rule 16 conference; review rules regarding same | JFC | 0.50 |

Total Hours for Matter 00051　　　　　　　　　　　　　　　　　　　　　------ 25.20

Total Time for Matter 00051　　　　　　　　　　　　　　　　　　　　　------ $7,447.00

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505
Page 2

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  June 28, 2012
Resp. Aty.: PJA  Bill No. 431696/03SLW

Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| ▪ | ▪ | ▪ | ▪ |
| Coffey, James F. | 12.70 | 360.00 | 4,572.00 |
| **Associates** | | | |
| Mack, Benjamin L. | 12.50 | 230.00 | 2,875.00 |

Total Time for Matter 00051 ---------- $7,447.00

Total for Services ---------- $7,447.00

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|
| 04/04/12 | Service of Process - Pacific Coast Legal Services | 312.50 |
| 05/04/12 | Transcripts of Testimony - Rosemary Patalano | 275.00 |
| 05/08/12 | Westlaw | 2.11 |
| 05/09/12 | Westlaw | 2.11 |
| 05/14/12 | Westlaw | 36.82 |
| | **Total Disbursements and Other Charges** | $628.54 |

Total of This Bill ---------- $8,075.54