### Nutter, McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  July 27, 2012
Resp. Aty.: PJA  Bill No. 432694/03SLW

Sovereign Bank New England
75 State Street
Boston, MA  02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through June 30, 2012 in connection with the following:

**Matter Name:   Global Broadcasting of Southern New England LLC**
**Matter No.:    00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 06/02/12 | Review email regarding status with case and filing of responsive pleading | JFC | 0.10 |
| 06/04/12 | Discussion regarding motion to dismiss under 12(b)(6) | JFC | 0.20 |
| 06/04/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum | BLM | 3.10 |
| 06/05/12 | Attention to issues for motion to dismiss | JFC | 0.50 |
| 06/05/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum | BLM | 5.80 |
| 06/06/12 | Telephone call to J. Bowen; attention to Rule 16 scheduling conference issues; discussion regarding Motion to Dismiss and motion to attach assets; telephone call to M. Russo regarding 16(b) conference; review FRCP Rule 16; review conference notice; attention to Rule 26 regarding discovery and disclosure obligations | JFC | 1.80 |
| 06/06/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum | BLM | 5.30 |
| 06/07/12 | Discussion regarding presence of Rhode Island counsel at Rule 16(b) conference on 6/20/12; emails regarding same; attention to Motion to Dismiss; prepare monthly update | JFC | 1.10 |
| 06/07/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum | BLM | 4.30 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  July 27, 2012
Resp. Aty.: PJA  Bill No. 432694/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |
| 06/08/12 | Review email from M. Russo regarding Rule 16(b) conference; attention to strategy regarding conference; discussion with B. Mack regarding conference and motion to ▮ ; obtain transcript necessary for motion to dismiss | JFC | 1.00 |
| 06/08/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum | BLM | 5.40 |
| 06/10/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum | BLM | 8.80 |
| 06/11/12 | Review and revise Motion to Dismiss; telephone call to J. Bowen requesting permission to file Motion to Dismiss; discussion regarding filing motion by midnight tonight; emails to and from Mark Russo regarding conference call tomorrow; revise second draft of memo of points and authorities; telephone call to B. Mack regarding filing same | JFC | 3.20 |
| ▮ | ▮ | ▮ | ▮ |
| 06/11/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum; filed motion and memorandum | BLM | 7.50 |
| 06/12/12 | Prepare for and attend conference call mandated by local Rule 16 with M. Russo; attention to Rule 16(b) | JFC | 1.00 |
| 06/13/12 | Review and revise local Rule 16(b) statement of claim; discussion regarding same | JFC | 0.80 |
| 06/15/12 | Attention to file regarding schedule for call back from M. Russo; discussion regarding same; attention to pro hac vice pleadings | JFC | 0.80 |
| 06/15/12 | Research re: pro hac vice process; prepared pro hac vice papers | BLM | 2.10 |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| 06/18/12 | Attention to pro hac vice papers; execute same; prepare for hearing tomorrow | JFC | 1.80 |
| 06/19/12 | Prepare for hearing; review of pleadings | JFC | 2.00 |
| ▮ | ▮ | ▮ | ▮ |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                            July 27, 2012
Resp. Aty.: PJA                            Bill No. 432694/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 06/20/12 | Attend hearing in Providence, Rhode Island regarding Rule 16(b) conference; telephone call to J. Bowen regarding results of hearing; emails regarding results of conference; discussion with M. Russo | JFC | 1.00 |
| ■■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 06/28/12 | Attention to email from J. Bowen regarding status; telephone call to J. Bowen regarding same; discussion with B. Mack | JFC | 0.30 |
| ■■■■ | ■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 06/30/12 | Email regarding notices served in case | JFC | 0.10 |

Total Hours for Matter 00051                                      58.00
Total Time for Matter 00051                                    $15,381.00

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Coffey, James F. | 15.70 | $360.00 | $5,652.00 |
| ■■■■■■■■■■■■■ | ■■■ | ■■■ | ■■■ |
| **Associates** | | | |
| Mack, Benjamin L. | 42.30 | 230.00 | 9,729.00 |
| ■■■■■■■■■■■■■ | ■■■ | ■■■ | ■■■ |

Total Time for Matter 00051                                    $15,381.00

Total for Services                                                 $15,381.00

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                           July 27, 2012
Resp. Aty.: PJA                                               Bill No. 432694/03SLW

| Date | Description | Amount |
|---|---|---|
| 06/04/12 | Westlaw | 293.11 |
| 06/05/12 | Westlaw | 191.18 |
| 06/07/12 | Photocopy Charges for 10 pages at .10 per page | 1.00 |
| 06/07/12 | Federal Express | 16.32 |
| 06/08/12 | Westlaw | 127.23 |
| 06/10/12 | Westlaw | 651.26 |
| 06/11/12 | Federal Express | 17.42 |
| 06/11/12 | Westlaw | 214.19 |
| 06/13/12 | Photocopy Charges for 183 pages at .10 per page | 18.30 |
| 06/13/12 | Westlaw | 193.82 |
| 06/15/12 | Photocopy Charges for 737 pages at .10 per page | 73.70 |
| 06/18/12 | Filing Fee - Pro Hac Vice | 50.00 |
| 06/18/12 | Photocopy Charges for 8 pages at .10 per page | 0.80 |
| 06/18/12 | Federal Express | 12.65 |
| 06/18/12 | Federal Express | 12.65 |
| 06/22/12 | Mileage, Tolls, Parking | 53.04 |

**Total Disbursements and Other Charges**      $1,926.67

Total of This Bill                                                   $17,307.67

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505