## Nutter, McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614      August 22, 2012
Resp. Aty.: PJA      Bill No. 436073/03SLW

Sovereign Bank New England
75 State Street
Boston, MA  02109

Attention:  John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through July 31, 2012 in connection with the following:

**Matter Name:  Global Broadcasting of Southern New England LLC**
**Matter No.:  00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 07/02/12 | Attention to file regarding deadline for filing responsive pleading to Motion to Dismiss; email regarding monthly status update | JFC | 0.50 |
| 07/03/12 | Draft monthly update for the bank | JFC | 0.50 |
| 07/12/12 | Attention to diary deadline regarding time to file responsive pleading to the bank's Motion to Dismiss; conference with B. Mack; review defendant's objection to Motion to Dismiss | JFC | 0.80 |
| 07/12/12 | Reviewed objections to motion to dismiss; legal research re: same | BLM | 2.20 |
| 07/17/12 | Review response to the bank's motion to dismiss | JFC | 0.80 |
| 07/18/12 | Legal research in support of reply brief in further support of motion to dismiss | BLM | 3.50 |
| ■■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 07/19/12 | Review and revise Reply Brief; discussion with B. Mack regarding same; instructions regarding compliance with local Rhode Island District Court rules; attention to rules; review O'Brien's response to the bank's motion to dismiss | JFC | 2.80 |
| 07/19/12 | Drafted and revised reply brief in further support of Motion to Dismiss | BLM | 5.80 |
| 07/20/12 | Attention to updated court docket regarding filing of Reply Brief | JFC | 0.20 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

| Client No.: 0104614 | August 22, 2012 |
|---|---|
| Resp. Aty.: PJA | Bill No. 436073/03SLW |

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 07/23/12 | Review of referral of Motion to Dismiss to Magistrate Lincoln Almand for settlement conference | JFC | 0.20 |
| 07/26/12 | Emails from and to J. Bowen with update regarding settlement; attention to discovery to be served on O'Brien including rules for taking deposition of O'Brien; review docket regarding discovery order and discussion regarding same | JFC | 1.60 |
| 07/27/12 | Emails to J. Bowen regarding deposition of K. O'Brien; discussion with B. Mack regarding same; attention to notice of mediation conference; telephone call to J. Bowen; review Rule 45(b)(2) and 26(c)(1)(B) of the Federal Rules of Civil Procedure regarding place for deposition | JFC | 1.20 |
| 07/30/12 | Emails to M. McGowan regarding venue for deposition; emails with instructions to B. Mack regarding deposition of K. O'Brien | JFC | 0.50 |

Total Hours for Matter 00051 ---------------- 20.60

Total Time for Matter 00051 ---------------- $5,921.00

Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Coffey, James F. | 9.10 | $360.00 | $3,276.00 |
| ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| **Associates** | | | |
| Mack, Benjamin L. | 11.50 | 230.00 | 2,645.00 |

Total Time for Matter 00051 ---------------- $5,921.00

Total for Services ---------------- $5,921.00

**Summary of Disbursements and Other Charges**

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505
Page 2

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614     August 22, 2012
Resp. Aty.: PJA     Bill No. 436073/03SLW

| Date | Description | Total |
|---|---|---|
| 06/21/12 | Mileage, Tolls, Parking | 8.00 |
| 06/30/12 | Computer Aided Research | 27.60 |
| 07/15/12 | Westlaw | 21.11 |
| 07/18/12 | Westlaw | 32.25 |
| 07/19/12 | Westlaw | 51.09 |
| 07/20/12 | Westlaw | 127.57 |
| 07/24/12 | Westlaw | 79.23 |
| 07/25/12 | Westlaw | 91.93 |
| 07/27/12 | Westlaw | 21.53 |
| 07/31/12 | Lexis | 12.20 |
| 07/31/12 | Computer Aided Research | 6.80 |
| | **Total Disbursements and Other Charges** | **$479.31** |

Total of This Bill ---------------- $6,400.31