**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  September 28, 2012
Resp. Aty.: PJA  Bill No. 439261/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:  John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through August 31, 2012 in connection with the following:

**Matter Name:   Global Broadcasting of Southern New England LLC**
**Matter No.:         00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 08/01/12 | Attention to O'Brien deposition | JFC | 0.50 |
| 08/03/12 | Attention to Notice of Taking Deposition | JFC | 0.20 |
| 08/06/12 | Review Defendants' Rule 26 disclosures and document requests; review pleadings | JDP | 1.30 |
| 08/06/12 | Attention to O'Brien document request and Rule 26 disclosures | JFC | 1.20 |
| 08/07/12 | Draft Rule 26(a) initial disclosures and requests for production; review pleadings and receivership filings | JDP | 4.70 |
| 08/07/12 | Attention to discovery issues | JFC | 0.70 |
| 08/08/12 | Draft interrogatories and requests for admission | JDP | 1.30 |
| ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 08/08/12 | Attention to counterclaim issues; emails regarding same | JFC | 0.20 |
| ■■■ | ■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 08/09/12 | Finalize drafts of initial discovery; review J. Coffey comments | JDP | 0.50 |
| 08/09/12 | Attention to counterclaim; review discovery propounded to the bank; discussion with B. Mack; email to J. Bowen; review and revise proposed discovery to K. O'Brien; attention to email form A. Weiner | JFC | 3.50 |
| 08/10/12 | Revisions to initial discovery | JDP | 0.30 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614     September 28, 2012
Resp. Aty.: PJA     Bill No. 439261/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 08/10/12 | Attention to discovery issues | JFC | 0.30 |
| 08/13/12 | Revisions to initial discovery | JDP | 0.20 |
| ■■■■ | ■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■ |
| 08/16/12 | Attention to discovery issues | JFC | 0.50 |
| 08/20/12 | Email from J. Bowen regarding status; follow up regarding same; email from S. Morris with instructions to proceed | JFC | 0.60 |
| ■■■■ | ■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■ |
| 08/21/12 | Attention to discovery issues regarding requests for production of documents, requests for admissions, notice of taking deposition | JFC | 1.20 |
| 08/23/12 | Revise discovery and initial disclosures | JDP | 0.90 |
| 08/23/12 | Review edits to discovery requests | JFC | 0.80 |
| 08/24/12 | Memo regarding upcoming deadlines and hearing dates under the scheduling order | JDP | 0.30 |
| ■■■■ | ■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■ |
| 08/27/12 | Final edits to document requests, interrogatories and requests for admission and prepare service; continue to work on Rule 26(a) disclosures; draft letter requesting excusal from settlement conference | JDP | 3.30 |
| ■■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■ |
| 08/27/12 | Attention to emails regarding upcoming hearing and discovery schedule; review list of possible individuals with knowledge of claims and defenses; attention to loan file; retrieve names for initial disclosures; review memorandum in support of motion to dismiss and cases cited therein | JFC | 2.50 |
| 08/28/12 | Continuing work on Rule 26(a) disclosures; attention to service; draft responses to defendants' requests for production; prepare materials for status conference; review briefs and summary document | JDP | 5.50 |
| 08/28/12 | Work on discovery issues; review and revise disclosures to be made per rule 26(a); attention to settlement conference order; email from J. Bowen regarding discovery and telephone conference tomorrow; review emails from the clerk, J. Noel; telephone call from J. Bowen; review file for individuals with knowledge of claims and defenses; prepare for status conference | JFC | 3.50 |

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                       September 28, 2012
Resp. Aty.: PJA                                           Bill No. 439261/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 08/29/12 | Attend status conference with Judge Almond; conference with J. Bowen; research and analyze possibility of preliminary injunction; conference with C. Fonda and memo to C. Fonda regarding electronic discovery | JDP | 6.10 |
| 08/29/12 | Prepare for status conference with Judge Lincoln Almand; attend status conference; telephone call to J. Bowen; attention to emails regarding discovery; telephone call from and telephone call to A. Weiner regarding electronic discovery; discussion regarding asset search and electronic discovery; review scheduling order | JFC | 4.20 |
| 08/30/12 | Research privilege issues; investigate O'Brien land transfers; review receivership pleadings; | JDP | 2.30 |
| 08/30/12 | Emails from J. Bowen; attention to asset search issues; telephone call from ▇▇▇ regarding asset search; attention to agreement with ▇▇▇r; review revised order from the court altering the discovery schedule; evaluate issues regarding ▇▇▇▇▇▇▇▇▇▇▇ | JFC | 2.80 |
| 08/31/12 | Conference with C. Fonda regarding status of document collection | JDP | 0.30 |
| 08/31/12 | Attention to discovery issues; execute engagement letter for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; review items for response to electronic discovery request; draft of discovery response; review emails from A. Wiener | JFC | 2.80 |

Total Hours for Matter 00051                                    52.50

Total Time for Matter 00051                                     $15,390.00

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                      September 28, 2012
Resp. Aty.: PJA                                          Bill No. 439261/03SLW

<u>Timekeeper Summary</u>

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Coffey, James F. | 25.50 | 360.00 | 9,180.00 |
| **Associates** | | | |
| Persky, Jonathan D. | 27.00 | 230.00 | 6,210.00 |

Total Time for Matter 00051                                    $15,390.00

Total for Services                                             $15,390.00

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|
| 08/02/12 | Westlaw | 2.25 |
| 08/29/12 | Filing Fee | 50.00 |
| 08/29/12 | Postage | 0.45 |
| 08/29/12 | Westlaw | 55.58 |
| 08/30/12 | Westlaw | 21.95 |
| | **Total Disbursements and Other Charges** | $130.23 |

Total of This Bill                                             $15,520.23