**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614        October 28, 2012
Resp. Aty.: PJA        Bill No. 442624/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:  John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through September 30, 2012 in connection with the following:

**Matter Name:  Global Broadcasting of Southern New England LLC**
**Matter No.:    00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 09/03/12 | Review list of discovery items to be addressed | JFC | 0.70 |
| 09/04/12 | Draft settlement conference statement | JDP | 1.80 |
| 09/04/12 | Research regarding e-discovery obligations; review settlement conference statement | JFC | 0.50 |
| ■■■ | ■■■ | ■■ | ■■ |
| ■■■ | ■■■ | ■■ | ■■ |
| 09/05/12 | Prepare and serve settlement conference statement | JDP | 0.30 |
| 09/05/12 | Prepare for meeting with J. Bowen to review discovery items; review notes regarding discovery from call with A. Wiener; email to J. Bowen regarding meeting to discuss discovery issues; attention to file; review Defendant's Confidential Settlement Conference Statement; emails to J. Persky | JFC | 2.90 |
| ■■■ | ■■■ | ■■ | ■■ |
| 09/06/12 | Meet with J. Bowen; follow up; review documents in J. Bowen file; revise responses to request for production; review O'Brien personal financial statements | JDP | 7.40 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614            October 28, 2012
Resp. Aty.: PJA            Bill No. 442624/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 09/06/12 | Draft monthly update for bank; meet with J. Bowen regarding review of discovery requests propounded by O'Brien; attention to Rule 26; review electronic discovery rules regarding production of emails between counsel and receiver; review of loan file | JFC | 3.90 |
| 09/07/12 | Attention to response to document request; conference with J. Bardsley regarding access to electronic documents; voicemail for J. Dorsey regarding extension on document production | JDP | 1.50 |
| 09/07/12 | Attention to emails; telephone call regarding discovery items; review documents produced by bank including customer portfolio review report, risk rating change sheets, internal bank memoranda and watched asset reports for Global Broadcasting; discussion with J. Persky regarding discovery strategy; review email from ▮ ; attention to Quarterly Loss Assessment Form | JFC | 3.20 |
| 09/10/12 | Voicemail for J. Dorsey regarding extension of time to respond to discovery | JDP | 0.10 |
| 09/10/12 | Attention to discovery and prepare for mediation with Judge Almand; review settlement conference statement items sent by M. Russo and J. Dorsey | JFC | 3.50 |
| 09/11/12 | Conference with J. Bardsley regarding obtaining data for document review and litigation hold; emails with ▮ regarding investigation | JDP | 0.70 |
| 09/11/12 | Attention to emails regarding ▮ investigation; follow up regarding same; discussion regarding preliminary injunction; emails from ▮ and J. Persky regarding scope of investigation; review updated credit report on K. O'Brien; email to J. Bowen regarding meeting tomorrow in Providence; prepare for mediation; review pleadings and cases cited therein | JFC | 5.20 |
| 09/12/12 | Prepare for and attend settlement conference; meetings J. Bowen; research personal financial statements and emails with ▮ ; draft motion for preliminary injunction | JDP | 4.40 |
| 09/12/12 | Prepare for mediation; review file documents and pleadings; attend mediation session with Judge Almand; attention to email regarding information needed for preliminary injunction enjoining the transfer of assets; review emails from ▮ ; discussion with M. Russo | JFC | 6.20 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614        October 28, 2012
Resp. Aty.: PJA        Bill No. 442624/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 09/20/12 | Evaluate results of ▮ report; telephone call to California counsel; consider strategy regarding pursuit of fraudulent conveyance action in California; attention to issues regarding trustee process defendants | JFC | 1.70 |
| | ▮ | ▮ | ▮ |
| 09/21/12 | Conference with J. Bardsley regarding document production issues; emails with Russo regarding response to document requests; continue drafting amended complaint; research additional causes of action; review documents for production | JDP | 5.40 |
| 09/21/12 | Research ▮ issues | RHG | 3.40 |
| 09/21/12 | Discussion regarding strategy for pursuing preliminary injunction, ▮ and fraudulent conveyance claims; telephone call to California counsel; emails regarding ▮; attention to file documents and pleadings; telephone call and email regarding review of recommendations for pursuing recovery v. O'Brien; review emails from M. Russo; telephone call to J. Bowen; email from A. Wiener; email regarding ▮ actions | JFC | 4.50 |
| 09/22/12 | Review documents for production; continue drafting amended complaint; continue drafting motion to amend; work on memo in support of motion for preliminary injunction | JDP | 3.90 |
| 09/23/12 | Continue drafting memorandum in support of preliminary injunction; revisions to amended complaint | JDP | 5.00 |
| 09/23/12 | Research ▮; draft ▮ | RHG | 4.50 |
| 09/24/12 | Attention to document production; telephone with ▮ regarding investigation; research regarding fraudulent transfers; finalize responses to document requests; continue researching and drafting memorandum in support of preliminary injunction | JDP | 6.00 |
| 09/24/12 | Attention to Amended Complaint; draft and edit Motion for ▮ | RHG | 5.30 |
| 09/24/12 | Review email from A. Wiener; attention to Watched Asset Reports; discussion whether ▮ attention to other discovery issues; conference call regarding production of documents; attention to emails regarding call with California counsel | JFC | 2.20 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  October 28, 2012
Resp. Aty.: PJA  Bill No. 442624/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 09/25/12 | Telephone with Matt McGowan; telephone with Steve Bovarnick; telephone with J. Bowen; finalize and serve responses to document requests; finalize and serve document production; attention to email discovery | JDP | 4.80 |
| 09/25/12 | Attention to Amended Complaint; draft and edit Motion for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | RHG | 6.40 |
| 09/25/12 | Evaluate issues and develop litigation strategy; telephone call to M. McGowan regarding status with case and documents sought by K. O'Brien; telephone call to S. Bovarnick, proposed California counsel; telephone call to J. Bowen regarding response to document request and litigation issues; review and revise verified amended complaint; memorandum of law in support thereof; review case law cited therein; attention to emails | JFC | 4.40 |
| 09/26/12 | Continue revisions to amended complaint; continue revisions to memorandum in support of preliminary injunction; communicate with vendor on electronic discovery; emails with J. Bowen regarding facts; review draft of motion for trustee process | JDP | 3.10 |
| 09/26/12 | Draft and edit Motion for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | RHG | 4.30 |
| 09/26/12 | Review of memorandum of law; attention to Verified Amended Complaint; evaluate legal issues concerning parallel action in California; research regarding same; review balance owed to Sovereign as alleged in complaint; develop strategy regarding trustee process attachments | JFC | 3.30 |
| 09/27/12 | Review discovery responses; email ▇▇▇▇▇; continue drafting court filings | JDP | 5.10 |
| 09/27/12 | Draft and edit Motion for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; conduct research on ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | RHG | 1.70 |
| 09/27/12 | Review and revise pleadings; attention to issues regarding trustee process; review K. O'Brien's responses to requests for admissions and first set of interrogatories; evaluate strategy for preliminary injunction | JFC | 4.80 |
| 09/28/12 | Review documents produced by O'Brien; review discovery responses; edits to amended complaint; edits to memorandum in support of preliminary injunction; edits to motion to compel; telephone conferences with S. Bovarnick and J. Bowen; email to Russo regarding discovery deficiencies | JDP | 5.40 |

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614 October 28, 2012
Resp. Aty.: PJA Bill No. 442624/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 09/28/12 | Research for and draft Motion to Compel | RHG | 6.60 |
| 09/28/12 | Evaluate issues relating to bank accounts maintained by K. O'Brien; review case law and rules regarding obtainment/standards for temporary restraining orders and preliminary injunction; coordinate filing of Motion for preliminary injunctions; evaluate strategy with local counsel; review discovery response documents produced by K. O'Brien; attention to expert witness disclosure deadline and evaluate whether bank will need experts; email from M. Russo; email from S. Morris regarding ▮▮▮▮▮▮ | JFC | 5.40 |
| 09/29/12 | Revisions to amended complaint, memorandum in support of preliminary injunction, and motion to amend; emails with S. Bovarnick and review cases; review documents for production; prepare exhibits | JDP | 5.10 |
| 09/29/12 | Research for and draft Motion to Compel; edit and cite check Motion to Amend the Complaint and Motion for Preliminary Injunction | RHG | 2.00 |
| 09/29/12 | Review and revise memo in support of motion to amend complaint and memo in support of motion for preliminary injunction | JFC | 0.80 |
| 09/30/12 | Legal research regarding personal jurisdiction and ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ revisions to motion to amend complaint and research concerning supplementation; continue document review | JDP | 7.20 |

Total Hours for Matter 00051 181.4

Total Time for Matter 00051 $49,964.00

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                                                        October 28, 2012
Resp. Aty.: PJA                                                                        Bill No. 442624/03SLW

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| ▇▇▇▇▇▇ | ▇ | ▇ | ▇ |
| Coffey, James F. | 63.40 | 360.00 | 22,824.00 |
| ▇▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ | ▇ |
| **Associates** | | | |
| Gallup, Rebecca H. | 34.20 | 230.00 | 7,866.00 |
| ▇▇▇▇▇▇ | ▇ | ▇ | ▇ |
| Persky, Jonathan D. | 83.80 | 230.00 | 19,274.00 |

Total Time for Matter 00051                                                                    $49,964.00

Total for Services                                                                              $49,964.00

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|
| 08/29/12 | Federal Express | 49.23 |
| 08/31/12 | Computer Aided Research | 4.20 |
| 08/31/12 | Computer Aided Research | 90.80 |
| 09/04/12 | Westlaw | 4.35 |
| 09/06/12 | Messenger Delivery | 18.25 |
| 09/13/12 | Messenger Delivery | 15.75 |
| 09/13/12 | Westlaw | 46.68 |
| 09/14/12 | Westlaw | 18.07 |
| 09/18/12 | Federal Express | 17.04 |
| 09/19/12 | Taxi-Passenger | 11.00 |
| 09/19/12 | Westlaw | 239.73 |
| 09/20/12 | Westlaw | 30.15 |
| 09/21/12 | Westlaw | 96.03 |
| 09/23/12 | Westlaw | 196.10 |
| 09/24/12 | Westlaw | 111.51 |
| 09/24/12 | Telephone | 0.12 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

| | | |
|---|---|---|
| Client No.: 0104614 | | October 28, 2012 |
| Resp. Aty.: PJA | | Bill No. 442624/03SLW |

| Date | Description | Amount |
|---|---|---|
| 09/25/12 | Westlaw | 197.41 |
| 09/25/12 | Telephone | 0.20 |
| 09/26/12 | Westlaw | 39.11 |
| 09/27/12 | Westlaw | 184.29 |
| 09/28/12 | Westlaw | 63.29 |
| 09/29/12 | Westlaw | 66.29 |
| 09/30/12 | Westlaw | 268.39 |
| 09/30/12 | Computer Aided Research | 50.20 |

**Total Disbursements and Other Charges**     $1,818.19

Total of This Bill     ---------------- $51,782.19