## Nutter, McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614      November 13, 2012
Resp. Aty.: PJA      Bill No. 442715/03SLW

Sovereign Bank New England
75 State Street
Boston, MA 02109

Attention: John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through October 31, 2012 in connection with the following:

**Matter Name:** Global Broadcasting of Southern New England LLC
**Matter No.:** 00051

**Billing Contact: Paul J. Ayoub, Esq. (Telephone no.: 617-439-2270)**

**Cost Center: 8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 10/01/12 | Finalize and file motion to amend, amended complaint and motion for preliminary injunction; calls with court clerk; conference with S. Bovarnick; continue document review; draft motion to extend deadlines; revisions to motion to compel | JDP | 8.30 |
| 10/01/12 | Draft and edit Motion to Compel | RHG | 1.90 |
| ■ | ■ | ■ | ■ |
| 10/01/12 | Conference call with Attorney Steven Bovarnick regarding conforming pleadings for later use in California; telephone call to docketing clerk regarding hearing date for motion; review and revise all pleadings; review email from J. Bowen; emails from S. Bovarnick | JFC | 2.10 |
| 10/02/12 | Attention to document review and production; draft and serve bank subpoenas; revisions to motion to compel; status update to J. Coffey; prepare subpoenas | JDP | 5.70 |
| 10/02/12 | Attention to monthly update; evaluate issues with regard to motion to compel | JFC | 0.50 |
| 10/03/12 | Call with ■ ; edits to motion to extend time; emails with S. Bovarnick | JDP | 0.60 |
| 10/03/12 | Prepare for conference call with Judge Lisi | JFC | 1.00 |

Client No.: 0104614            November 13, 2012
Resp. Aty.: PJA            Bill No. 442715/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 10/04/12 | Attention to privilege log; prepare for telephonic hearing; attend telephonic hearing; conference with Russo; draft stipulated preliminary injunction; continue document review; research personal jurisdiction issue | JDP | 6.90 |
| 10/04/12 | Attention to issues raised on conference call with Judge Lisi; prepare for conference call with opposing counsel; conference call with M. Russo regarding terms of stipulated order on preliminary injunction and motion to amend complaint; review emails from S. Bovarnick | JFC | 3.50 |
| 10/05/12 | Continue research regarding personal jurisdiction issue; finalize and file motion to extend time; review documents | JDP | 0.90 |
| 10/05/12 | Evaluate strategy for litigation; attention to emails from S. Bovarnick; review draft of motion to extend deadlines for discovery; telephone call to M. Russo; review order issued by the court; email from M. Russo; attention to details regarding proposal to do carve out for estate planning | JFC | 2.80 |
| 10/08/12 | Review documents in connection with collection of Nutter emails for review and production; conference with B. Mack regarding strategy; draft trial subpoena; e-mail and voicemail to J. Bowen regarding hearing; research jurisdictional issues with service of subpoena | JDP | 5.50 |
| 10/08/12 | Attention to Privilege Log and Redaction Log; draft Redaction Log | RHG | 0.60 |
| 10/08/12 | Review issues relating to obtainment of preliminary injunction; attention to subpoena to be served; email to M. Russo | JFC | 1.00 |
| 10/09/12 | Telephone with J. Bowen regarding evidentiary hearing; prepare exhibits and cross-examination outlines; attention to document production and privilege log; prepare affidavit regarding noncompliance with meet and confer obligations; attention to service of process of trial subpoena; review materials in preparation for preliminary injunction argument and evidentiary hearing | JDP | 7.80 |
| 10/09/12 | Draft Redaction and Privilege Logs | RHG | 5.80 |
| 10/09/12 | Telephone call to M. Russo regarding order on preliminary injunction; email from M. Russo; review and revise subpoena to K. O'Brien; follow up regarding terms of stipulated order on preliminary injunction; review motion to extend deadlines; review emails from S. Bovarnick | JFC | 0.80 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614          November 13, 2012
Resp. Aty.: PJA          Bill No. 442715/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 10/10/12 | Prepare O'Brien cross examination for evidentiary hearing on Motion for preliminary Injunction; attention to Bowen direct exam; attention to document production; review and mark up Russo draft of stipulated PI; emails and telephone calls with S. Bovarnick; telephone conference with M. Russo | JDP | 6.10 |
| ███ | ███████████████████████████████████████ | ███ | ███ |
| 10/10/12 | Draft Redaction and Privilege Logs | RHG | 7.50 |
| 10/10/12 | Work on Stipulated Order regarding preliminary injunction; emails and telephone calls regarding same; email from S. Bovarnick; email from M. Russo | JFC | 1.20 |
| 10/11/12 | Finalize stipulated preliminary injunction and emails with Russo; draft motion for entry of preliminary injunction; telephone with J. Bowen; attention to document review and production | JDP | 2.60 |
| ███ | ███████████████ | ███ | ███ |
| 10/11/12 | Draft Redaction and Privilege Logs | RHG | 4.50 |
| 10/12/12 | Telephone conference with J. Bowen; review, prepare and finalize document production | JDP | 1.00 |
| 10/12/12 | Review Court Order cancelling evidentiary hearing on Monday in light of stipulation order; attention to document production | JFC | 1.10 |
| 10/14/12 | Review and edit R. Gallup draft of privilege log; follow-up email | JDP | 1.00 |
| 10/15/12 | Draft Redaction and Privilege Logs | RHG | 4.80 |
| ███ | ███████████████████████████████ | ███ | ███ |
| 10/15/12 | Attention to file; review emails from S. Bovarnick | JFC | 0.40 |
| 10/16/12 | Telephone conference with J. Bowen regarding case status; revisions to privilege log | JDP | 0.60 |
| 10/16/12 | Draft Redaction and Privilege Logs | RHG | 5.50 |
| 10/16/12 | Attention to emails from S. Bovarnick; review of order entered by the Court; review engagement letter terms with J. Bowen; discussion regarding opposition to motion to amend complaint | JFC | 0.80 |
| 10/17/12 | Draft Redaction and Privilege Logs | RHG | 4.60 |
| 10/17/12 | Attention to issues raised by local counsel concerning fraudulent conveyance actions; email from S. Bovarnick | JFC | 0.50 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614 November 13, 2012
Resp. Aty.: PJA Bill No. 442715/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 10/18/12 | Revisions to privilege log; review opposition to motion to amend and legal research concerning standing to oppose; conference with S. Bovarnick | JDP | 2.30 |
| 10/18/12 | Attention to privilege log; conference call with S. Bovarnick; review opposition to bank's motion to amend complaint; review emails from S. Bovarnick; telephone call to J. Bowen | JFC | 1.50 |
| 10/19/12 | Transmit privilege log to opposing counsel with reminder re: discovery obligations; begin drafting reply brief to motion to amend; email to team regarding reply brief strategy | JDP | 3.90 |
| 10/19/12 | Research standing issues | RHG | 1.10 |
| 10/19/12 | Attention to court filings and orders entered by the court; emails from S. Bovarnick; attention to pleadings filed; review privilege log | JFC | 1.20 |
| 10/20/12 | Research standing issues; review defendant's Amended Counterclaim | RHG | 1.20 |
| 10/21/12 | Review O'Brien's motion to amend counterclaim | JDP | 0.80 |
| 10/21/12 | Review O'Brien memorandum in support of motion to amend counterclaim | JFC | 0.50 |
| 10/22/12 | Telephone conference with J. Bowen; assess response to motion to amend counterclaim | JDP | 1.50 |
| 10/22/12 | Research alter ego and fraudulent conveyance issues | RHG | 2.70 |
| 10/22/12 | Telephone call from J. Bowen regarding status; email from S. Bovarnick regarding conference call | JFC | 0.20 |
| 10/23/12 | Draft subpoenas; conference with S. Bovarnick; attention to emails concerning discovery; draft reply brief | JDP | 2.80 |
| 10/23/12 | Conference S. Bovarnick regarding California complaint | RHG | 0.50 |
| 10/23/12 | Attention to emails regarding bank records; instructions regarding subpoena for bank records; review email form J. Dorsey regarding document production | JFC | 0.50 |
| 10/24/12 | Attention to issuance and service of subpoenas; conference with S. Bovarnick; begin drafting opposition to motion to amend | JDP | 2.00 |
| 10/24/12 | Attention to service of subpoenas duces tecum | JFC | 0.50 |
| 10/26/12 | Draft partial withdrawal of motion to amend; conference with First Republic counsel; emails with S. Bovarnick | JDP | 1.00 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614　　　　　　　　　　　　　　　　　　　　November 13, 2012
Resp. Aty.: PJA　　　　　　　　　　　　　　　　　　　　　　Bill No. 442715/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 10/27/12 | Review and comment on draft of California fraudulent transfer filing | JDP | 0.90 |
| 10/28/12 | Prepare reply brief and withdrawal motion for filing | JDP | 0.20 |
| 10/28/12 | Review documents produced by O'Brien | JFC | 1.00 |
| 10/29/12 | Revisions and filing of reply brief; attention to notice of deposition; review drafts of California complaint against Sonja O'Brien | JDP | 1.10 |
| 10/29/12 | Review and edit California complaints | RHG | 1.10 |
| ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■ |
| ■■■ | ■■■■■■■■■■■■ | ■■■ | ■■ |
| 10/29/12 | Review and revise pleadings regarding fraudulent conveyance action in California; attention to emails from S. Bovarnick | JFC | 1.00 |
| 10/30/12 | Review drafts of California complaints; emails and calls with S. Bovarnick | JDP | 1.00 |
| 10/30/12 | Attention to emails regarding filing of complaint in California; email to J. Bowen regarding execution of verification pages; review copies of filed complaints in California actions | JFC | 1.00 |
| 10/31/12 | Call with Roger Rubin regarding claims against Sonja O'Brien; follow up email | JDP | 0.50 |
| ■■■ | ■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■ |
| 10/31/12 | Attention to emails regarding service of Complaint upon California defendants and telephone call from counsel to Sonja O'Brien; attention to litigation summary; review email from J. Dorsey regarding defendant's document production; emails form S. Bovarnick regarding Roger Rubin | JFC | 1.40 |

Total Hours for Matter 00051　　　　　　　　　　　　　　　　　　　---------------- 131.30

Total Time for Matter 00051　　　　　　　　　　　　　　　　　　　---------------- $33,384.00

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                         November 13, 2012
Resp. Aty.: PJA                                             Bill No. 442715/03SLW

<u>Timekeeper Summary</u>

| <u>Timekeeper</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| **Partners** | | | |
| ▬ | ▬ | ▬ | ▬ |
| Coffey, James F. | 24.50 | 360.00 | 8,820.00 |
| ▬ | ▬ | ▬ | ▬ |
| **Associates** | | | |
| Gallup, Rebecca H. | 41.80 | 230.00 | 9,614.00 |
| Persky, Jonathan D. | 65.00 | 230.00 | 14,950.00 |
| ▬ | ▬ | ▬ | ▬ |

Total Time for Matter 00051                                         $33,384.00

Total for Services                                                  $33,384.00

**Summary of Disbursements and Other Charges**

| <u>Date</u> | <u>Description</u> | <u>Total</u> |
|---|---|---|
| 10/01/12 | Westlaw | 1.95 |
| 10/02/12 | Investigations & Reports - ▬ | 10,000.00 |
| 10/02/12 | Westlaw | 30.30 |
| 10/04/12 | Westlaw | 73.95 |
| 10/05/12 | Westlaw | 34.83 |
| 10/08/12 | Westlaw | 54.52 |
| 10/09/12 | Client Supplies | 3.99 |
| 10/12/12 | Westlaw | 3.75 |
| 10/18/12 | Lexis | 18.00 |
| 10/18/12 | Westlaw | 97.37 |
| 10/19/12 | Westlaw | 156.35 |
| 10/21/12 | Westlaw | 52.61 |
| 10/22/12 | Certificates - Good Standing | 15.00 |
| 10/22/12 | Federal Express | 12.54 |
| 10/22/12 | Westlaw | 92.90 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614 November 13, 2012
Resp. Aty.: PJA Bill No. 442715/03SLW

| Date | Description | Amount |
|---|---|---|
| 10/23/12 | Westlaw | 10.20 |
| 10/24/12 | Service of Process | 96.00 |
| 10/24/12 | Service of Process | 63.00 |
| 10/24/12 | Westlaw | 12.60 |
| 10/27/12 | Westlaw | 12.93 |

**Total Disbursements and Other Charges** $10,842.79

Total of This Bill -------------- $44,226.79