## Nutter, McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                             December 12, 2012
Resp. Aty.: PJA                                                 Bill No. 445316/03SLW

Sovereign Bank New England
75 State Street
Boston, MA  02109

Attention:  John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through November 30, 2012 in connection with the following:

**Matter Name:    Global Broadcasting of Southern New England LLC**
**Matter No.:        00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 11/01/12 | Review court decision granting motion to amend; finalize and file amended complaint; email to R. Gallup about written discovery | JDP | 1.10 |
| 11/01/12 | Attention to email regarding Roger Rubin, counsel to S. O'Brien; review order entered by the court granting Motion to Amend Complaint; review email from J. Bowen; review emails from S. Bovarnick and M. Russo; attention to monthly update; attention to Notice of Pendency of California action; conference call regarding California actions | JFC | 1.20 |
| 11/02/12 | Draft Second Request for Production | RHG | 1.90 |
| 11/02/12 | Attention to monthly update; review multiple emails from S. Bovarnick regarding Sovereign vs. Morgan Estates, LLC; attention to discovery matters; follow up with S. Bovarnick regarding items to be addressed in California actions | JFC | 2.10 |
| 11/03/12 | Draft second request for production of documents | JDP | 3.00 |
| 11/04/12 | Draft opposition to motion to amend counterclaim | JDP | 2.60 |
| 11/05/12 | Conference with Dana Scheer and Sonja Thadhari and Bailard regarding subpoena; Review correspondence from Union Bank and voicemail; edits to opposition to motion to amend; prepare monthly litigation update; review motion to quash and legal research regarding same; attention to emails; notes regarding agenda items and upcoming tasks | JDP | 2.90 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614            December 12, 2012
Resp. Aty.: PJA            Bill No. 445316/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 11/05/12 | Attention to issue of subpoena for Cox Communications; review response to subpoena issued to Union Bank; review emails from S. Bovarnick regarding Motion to Quash; attention to interspousal deed issue; attention to documents requested to be produced by Bailard; email regarding same; attention to monthly update for Sovereign Bank | JFC | 2.70 |
| ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 11/06/12 | Revise opposition to motion to amend; check N.D. Cal. docket; draft opposition to motion to quash; further research in support of motion to quash; call with Union Bank and follow-up email regarding Bailard | JDP | 1.00 |
| ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 11/06/12 | Attention to emails; review motion to quash; review case law sent by S. Bovarnick regarding proper jurisdiction for filing motion to quash; follow up regarding subpoenas; develop strategy for deposition of K. O'Brien, S. O'Brien and broker; review response from D. Scheer regarding Bailard response to subpoena | JFC | 2.20 |
| 11/07/12 | Draft opposition to motion to quash; finalize opposition to motion to amend and file; emails with Bovarnick; telephone conference with J. Bowen | JDP | 6.10 |
| 11/07/12 | Review outstanding agenda items to be completed regarding motion to quash; subpoenas to be served; responses to subpoenas to date; review of discovery produced by K. O'Brien; review email from J. Bowen; review emails from S. Bovarnick; review email from J. Dorsey; review second document request; review opposition to motion to quash | JFC | 2.50 |
| 11/08/12 | Finalize and file opposition to motion to quash; draft subpoenas; telephone conference with S. Bovarnick regarding discovery; draft amended Rule 26 disclosures; draft interrogatories; telephone conference with J. Dorsey | JDP | 4.10 |
| ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 11/08/12 | Attention to interrogatories; review email from S. Bovarnick; review opposition to Motion to Quash; revise same; attention to deposition of K. O'Brien; review emails regarding avoidance of service of process; review memo in support of opposition to Motion to Quash | JFC | 2.70 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                          December 12, 2012
Resp. Aty.: PJA                                              Bill No. 445316/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 11/09/12 | E-mails concerning O'Brien's hiring of California counsel; finalize and serve document requests, interrogatories and notice of deposition; subpoena to Steve Rice | JDP | 2.00 |
| 11/09/12 | Attention to interrogatories; review updated docket; attention to deposition of K. O'Brien; attention to emails regarding subpoenas from S. Bovarnick; attention to emails regarding refusal to accept service of process by S. O'Brien | JFC | 1.80 |
| 11/10/12 | Review email from D. Cerveny regarding motion to quash; attention to emails to S. Bovarnick; review email regarding criminal attorney representing S. O'Brien | JFC | 0.60 |
| 11/12/12 | Draft subpoena to Steve Rice; emails with S. Bovarnick | JDP | 1.70 |
| 11/12/12 | Attention to file; email regarding J. Bowen deposition; review email from S. Bovarnick; attention to O'Brien litigation summary | JFC | 1.00 |
| 11/13/12 | Prepare for meeting with John Bowen regarding deposition; meet with John Bowen | JDP | 3.50 |
| 11/13/12 | Review order entered by court regarding hearing on Motion to Amend Complaint; follow up regarding same; review email from M. Boersch; email from S. Bovarnick; review email from D. Cerveny | JFC | 1.20 |
| 11/14/12 | Attention to preparation for Monday hearing; emails with Russo regarding O'Brien's deposition; research documents in preparation for Bowen deposition; review answer and counterclaim and research potential motion to strike | JDP | 1.10 |
| 11/14/12 | Review email from M. Russo; attention to logistical issues with K. O'Brien's deposition; emails from S. Bovarnick; attention to letter to the court; edit same; attention to answer to amended complaint; review counterclaim filed by K. O'Brien; attention to file regarding hearing on Monday; telephone call regarding hearing on motion to quash subpoena | JFC | 3.50 |
| 11/15/12 | Defend John Bowen's deposition; review cases in preparation for hearing; review Becca Gallup's research on motion to strike and perform additional research; draft ConforMIS protective orde; e-mail update to team | JDP | 6.20 |
| 11/15/12 | Research and draft legal memorandum regarding counterclaims | RHG | 5.20 |
| 11/15/12 | Attention to emails from M. Boersch regarding acceptance of service of subpoenas; emails from S. Bovarnick regarding M. Boersch; attention to file | JFC | 1.00 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614            December 12, 2012
Resp. Aty.: PJA            Bill No. 445316/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 11/16/12 | Prepare for 11/19 hearing on motion to quash/motion to dismiss | JDP | 0.90 |
| 11/16/12 | Research for and draft legal memorandum regarding counterclaims | RHG | 1.70 |
| 11/16/12 | Review order from J. Almond excusing attendance of counsel; attention to emails | JFC | 0.20 |
| 11/18/12 | Prepare for November 19 hearing on motion to quash and motion to amend counterclaim | JDP | 4.40 |
| 11/19/12 | Prepare for and participate in hearing on motion to quash and motion to amend; draft proposed order on motion to quash; investigate issue with Union Bank subpoena | JDP | 6.30 |
| 11/19/12 | Prepare for hearing; attend hearing on Motion to Quash Subpoenas and Motion to Amend Answer and Counterclaim; review emails from S. Bovarnick | JFC | 3.10 |
| 11/20/12 | Conference with John Bowen; review California motion to quash and analyze possible responses; attention to transmittal of draft order regarding motion to quash; e-mails with ConforMIS regarding protective order and order on motion to quash | JDP | 2.40 |
| 11/20/12 | Review emails from S. Bovarnick; review motions to quash subpoenas in California; follow up regarding same; review orders entered by court regarding hearing yesterday; follow up with S. Bovarnick; email to S. Bovarnick; telephone call from ▓▓▓ | JFC | 1.70 |
| 11/21/12 | Research sanctions motion; analyze strategy for responding to motion to quash and deposition; conference with Unionbanc regarding subpoena; finalize Conformis protective order and motion for entry | JDP | 0.90 |
| 11/21/12 | Attention to motions to quash and strategy regarding California action | JFC | 0.50 |
| 11/26/12 | Review N.D. Cal. docket pertaining to motion to quash | JDP | 0.20 |
| 11/26/12 | Review order referring matter to magistrate judge; review ConforMIS confidentiality protective order; follow up regarding same; review email from M. Russo regarding confidentiality order | JFC | 0.80 |
| 11/27/12 | Attention to emails from S. Bovarnick | JFC | 0.30 |
| 11/28/12 | Attention to receipt of Bowen deposition transcript and transmittal to client | JDP | 0.20 |

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                                  December 12, 2012
Resp. Aty.: PJA                                                      Bill No. 445316/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 11/28/12 | Review email from J. Dorsey regarding conform MIS confidentiality protective order; review deposition transcript of J. Bowen; review email from S. Bovarnick with attached discovery guidelines | JFC | 1.60 |
| 11/29/12 | Review and make edits to O'Brien draft of confidentiality protective order; summarize status of outstanding subpoenas | JDP | 2.50 |
| 11/29/12 | Review consent confidentiality order; emails from S. Bovarnick regarding same; attention to file | JFC | 0.80 |
| 11/30/12 | Prepare quarterly status update; attention to Judge Spero's California order re motion to quash | JDP | 0.30 |
| 11/30/12 | Attention to quarterly update; review order to meet and confer with counsel to K. O'Brien sent by S. Bovarnick; attention to docket | JFC | 0.30 |

Total Hours for Matter 00051                                     ---------------- 94.00

Total Time for Matter 00051                                      ---------------- $25,754.00

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Coffey, James F. | 31.80 | $360.00 | $11,448.00 |
| ▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ | ▇ |
| **Associates** | | | |
| Gallup, Rebecca H. | 8.80 | 230.00 | 2,024.00 |
| ▇▇▇▇▇▇ | ▇ | ▇ | ▇ |
| Persky, Jonathan D. | 53.40 | 230.00 | 12,282.00 |

Total Time for Matter 00051                                      ---------------- $25,754.00

Total for Services                                               ---------------- $25,754.00

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  December 12, 2012
Resp. Aty.: PJA  Bill No. 445316/03SLW

**Summary of Disbursements and Other Charges**

| **Date** | **Description** | **Total** |
|---|---|---|
| 10/31/12 | Computer Aided Research | 47.50 |
| 11/01/12 | Westlaw | 17.73 |
| 11/06/12 | Westlaw | 22.13 |
| 11/07/12 | Westlaw | 60.82 |
| 11/15/12 | Lexis | 456.00 |
| 11/15/12 | Westlaw | 202.48 |
| 11/16/12 | Westlaw | 3.53 |
| 11/18/12 | Westlaw | 71.75 |
| 11/19/12 | Westlaw | 35.28 |
| 11/20/12 | Federal Express | 17.33 |
| 11/21/12 | Westlaw | 25.98 |
| | **Total Disbursements and Other Charges** | $960.53 |

Total of This Bill --------------- $26,714.53