**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614　　　　　　　　　　　　　　　　　　　　January 30, 2013
Resp. Aty.: PJA　　　　　　　　　　　　　　　　　　　　　　Bill No. 447956/03SLW

Sovereign Bank New England
75 State Street
Boston, MA  02109

Attention:  John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through December 31, 2012 in connection with the following:

**Matter Name:**  **Global Broadcasting of Southern New England LLC**
**Matter No.:**  **00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 12/03/12 | Attention to confidentiality protective order (.3); draft monthly case update (.7); draft amended initial disclosures (.4); review and comment on draft opposition to motion to quash (1.8) | JDP | 3.40 |
| 12/03/12 | Review and revise draft Stipulated Confidentiality Protective Order; attention to monthly update | JFC | 0.60 |
| 12/04/12 | Attention to confidentiality protective order (.3); conference with Dorsey regarding extension of time to complete document production (.1); voicemail for Guardian Life Insurnace Co. (.1); draft reply to counterclaim (2.5); prepare index of key documents (1.2) | JDP | 4.10 |
| 12/04/12 | Attention to email regarding K. O'Brien's response to second round of document requests; email from S. Bovarnick; attention to monthly update | JFC | 0.50 |
| 12/05/12 | Prepare for and attend meet and confer call with S. Bovarnick and M. Boersch (.7); prepare answer to counterclaim (.9) | JDP | 1.60 |
| 12/05/12 | Review email from S. Bovarnick regarding Martha Boersch; attention to confidentiality order; emails regarding same; attention to answer to counterclaim | JFC | 0.70 |
| ███ | █████████████████████████████ | ███ | ██ |
| 12/06/12 | Draft motion to enter confidentiality order (.3); call with Union Bank (.2); attention to correspondence regarding California motion to quash (1.0) | JDP | 1.50 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614 January 30, 2013
Resp. Aty.: PJA Bill No. 447956/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 12/06/12 | Review draft email to M. Boersch; attention to issues regarding Union Bank and Bailard accounts and document production; review emails from S. Bovarnick regarding California action | JFC | 1.10 |
| 12/07/12 | Review summary judgment motion (.7); finalize confidentiality protective order (.3) | JDP | 1.00 |
| 12/07/12 | Attention to file and telephone call from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; follow up regarding same; attention to discovery issues and J. Dorsey's request for extension to file written responses to our document requests; review motion for summary judgment filed by K. O'Brien; emails regarding same; review statement of undisputed facts submitted with K. O'Brien's motion for summary judgment | JFC | 2.80 |
| 12/08/12 | Draft email to opposing counsel regarding deposition scheduling and other discovery matters | JDP | 1.10 |
| 12/08/12 | Attention to issues raised with respect to production of Mr. O'Brien's records; email from M. Boersch; emails from S. Bovarnick regarding California action and discovery dispute; respond to same; attention to outstanding discovery issues in Rhode Island action; emails regarding same | JFC | 1.30 |
| 12/09/12 | Begin preparing materials in opposition to O'Brien's motion for summary judgment and Sovereign's cross-motion for summary judgment and analyze strategy | JDP | 2.10 |
| 12/09/12 | Continued review of Motion for Summary Judgment filed by K. O'Brien; develop strategy regarding cross motion for summary judgment to be filed by the bank | JFC | 0.50 |
| 12/10/12 | Review drafts of status report by S. Bovarnick | JDP | 0.50 |
| 12/10/12 | Attention to emails regarding interrogatory responses; review email from S. Bovarnick | JFC | 0.30 |
| 12/11/12 | Call with John Bowen (.2); motion for extension of time (.1); review reply brief re motion to quash (.1); review correspondence regarding California motion hearing (.1) | JDP | 0.70 |
| 12/11/12 | Review M. Boersch's reply to Sovereign Bank's Opposition to Motion to Quash Subpoena's; review email from S. Bovarnick; attention to notice of conference call with Judge Spero | JFC | 0.60 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  January 30, 2013
Resp. Aty.: PJA  Bill No. 447956/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 12/12/12 | Attention to scheduling of telephonic hearing in California (.2); prepare for and attend telephonic hearing, including follow-up calls (1.2); conference with Bowen regarding answer (1.1); revisions to answer (.5); research document database in connection with summary judgment brief (1.2); review draft interrogatory response and prepare letter to counsel (.8) | JDP | 5.10 |
| 12/12/12 | Review emails regarding telephonic hearing with the honorable J. Spero; attention to revised answer to counterclaim; email from S. Bovarnick; email from J. Dorsey and review of answers to Sovereign Bank's interrogatories | JFC | 1.80 |
| 12/13/12 | Draft disputed facts in connection with summary judgment brief (1.0); draft motion to compel interrogatory responses (1.0); coordinate agreement and filing on stipulated protective order (1.5); attention to interrogatory responses (.5) | JDP | 4.00 |
| 12/13/12 | Review email from S. Bovarnick regarding letter to J. Dorsey and M. Russo regarding interrogatory responses; review joint motion to enter into stipulated confidentiality protective order; review proposed order; email from M. Boersch; email form J. Dorsey | JFC | 1.50 |
| 12/14/12 | Finalize answer to counterclaim (.4); draft motion to compel (1.0); conference with J. Dorsey (.3); filing of motion for extension regarding summary judgment filing (.2); draft letters to subpoena recipients and attention to service (1.7) | JDP | 3.60 |
| 12/14/12 | Review emails regarding answer to counterclaim; review order denying the motion to quash subpoenas | JFC | 0.40 |
| 12/16/12 | Continue to draft motion to compel interrogatory responses (1.2); work on summary judgment documents (1.2); legal research (.2) | JDP | 2.60 |
| 12/17/12 | Legal research in connection with summary judgment motion (.4); revisions to motion to compel (.5) | JDP | 0.90 |
| 12/17/12 | Review third-party document production from Conformis; attention to emails regarding Conformis production; attention to motion to compel further answers to interrogatories; emails regarding same | JFC | 1.20 |
| 12/18/12 | Continue drafting summary judgment papers (1.5); prepare for Bowen meeting (1.0); attention to third-party document discovery, including drafting Steve Rice subpoena and review S. Bovarnick drafts of discovery in California case (3.3) | JDP | 5.80 |

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  January 30, 2013
Resp. Aty.: PJA  Bill No. 447956/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 12/18/12 | Attention to emails regarding extension of time to file briefs on summary judgment; review emails from S. Bovarnick; attention to discovery issues | JFC | 1.00 |
| 12/19/12 | Conference wtih J. Dorsey regarding discovery issues (.3); draft motion to compel (1.4); prepare Rice subpoenas (.7); meet with J. Bowen regarding summary judgment brief (2.7); review documents produced by First Republic (1.1) | JDP | 6.20 |
| 12/19/12 | Work on discovery issues; review emails from S. Bovarnick; review motion to compel further interrogatory answers; attention to subpoenas to S. Rice and Rice Financial Group | JFC | 2.90 |
| 12/20/12 | Meet with J. Bowen regarding summary judgment filing (3.0); revisions to motion to compel and file (1.9); subpoena to JP Morgan (.5); emails regarding subpoenas (.5); | JDP | 6.10 |
| 12/20/12 | Review spreadsheet analysis of First Republic Bank accounts regarding fraudulent transfers; review documents produced by First Republic Bank; emails from S. Bovarnick; review subpoena to J.P. Morgan | JFC | 3.50 |
| 12/21/12 | Research and continue drafting summary judgment motion (2.0); attention to outstanding discovery issues (1.2); prepare amended notice of deposition and scheduling with court reporter (.2); conference with Dorsey and receipt of document responses (.2); review responses to document requests (.3) | JDP | 3.90 |
| 12/21/12 | Emails from M. Russo regarding proposed settlement offer; forward same to bank; continued attention to discovery items including motion to compel; emails from S. Bovarnick; review CBS writ of attachment and analysis of station valuation in light of same; attention to deposition of K. O'Brien and amended notice of deposition to be served; review email form J. Dorsey; review K. O'Brien's responses to interrogatories | JFC | 4.20 |
| 12/22/12 | Continue drafting Bowen affidavit in support of summary judgment | JDP | 2.30 |
| 12/23/12 | Continue to work on summary judgment brief and affidavit | JDP | 4.90 |
| 12/24/12 | Continue working on Bowen affidavit in support of summary judgment | JDP | 1.30 |
| 12/25/12 | Continue drafting summary judgment materials (2.9); attention to O'Brien's responses to document requests (.3) | JDP | 3.20 |
| 12/26/12 | Continue to draft summary judgment papers (1.7); Conference with J. Bowen regarding affidavit (1.0) | JDP | 2.70 |

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                              January 30, 2013
Resp. Aty.: PJA                                  Bill No. 447956/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 12/26/12 | Attention to J. Bowen affidavit; continued review of discovery items; attention to deadline for filing motion for summary judgment; review email from S. Bovarnick | JFC | 1.50 |
| 12/27/12 | Continue drafting summary judgment materials including revisions to Bowen affidavit | JDP | 3.60 |
| 12/28/12 | Conference with J. Bowen regarding affidavit (.7); draft email to opposing counsel regarding document responses (.3); revisions to affidavit and continue drafting summary judgment documents (2.7) | JDP | 3.70 |
| 12/28/12 | Attention to emails from M. Russo regarding settlement offer; reply to same; attention to revised affidavit for J. Bowen; review file | JFC | 1.00 |
| 12/29/12 | Continue to draft summary judgment brief; additional legal research | JDP | 6.20 |
| 12/30/12 | Continue to work on summary judgment brief (4.3); draft motion to extend case deadlines (.9) | JDP | 5.20 |
| 12/31/12 | Continue drafting summary judgment materials; (2.5) attention to Schwab document production (.5) | JDP | 3.00 |

Total Hours for Matter 00051                                 117.70

Total Time for Matter 00051                                  $30,633.00

Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Coffey, James F. | 27.40 | 360.00 | 9,864.00 |
| **Associates** | | | |
| Persky, Jonathan D. | 90.30 | 230.00 | 20,769.00 |

Total Time for Matter 00051                                  $30,633.00

Total for Services                                           $30,633.00

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505
Page 5

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614    January 30, 2013
Resp. Aty.: PJA    Bill No. 447956/03SLW

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|
| 11/16/12 | Mileage, Tolls, Parking | 17.00 |
| 11/30/12 | Computer Aided Research | 50.00 |
| 12/03/12 | Photocopy Charges for 34 pages at .10 per page | 3.36 |
| 12/04/12 | Photocopy Charges for 870 pages at .10 per page | 87.00 |
| 12/04/12 | Westlaw | 17.73 |
| 12/05/12 | Photocopy Charges for 4 pages at .10 per page | 0.36 |
| 12/11/12 | Photocopy Charges for 49 pages at .10 per page | 4.92 |
| 12/11/12 | Lexis | 24.00 |
| 12/12/12 | Photocopy Charges for 164 pages at .10 per page | 16.44 |
| 12/13/12 | Photocopy Charges for 162 pages at .10 per page | 16.20 |
| 12/14/12 | Photocopy Charges for 54 pages at .10 per page | 5.40 |
| 12/16/12 | Westlaw | 36.97 |
| 12/18/12 | Photocopy Charges for 408 pages at .10 per page | 40.80 |
| 12/19/12 | Photocopy Charges for 20 pages at .10 per page | 2.04 |
| 12/19/12 | Westlaw | 61.42 |
| 12/20/12 | Photocopy Charges for 179 pages at .10 per page | 17.88 |
| 12/20/12 | Westlaw | 1.95 |
| 12/21/12 | Photocopy Charges for 282 pages at .10 per page | 28.20 |
| 12/21/12 | Record Research | 82.46 |
| 12/23/12 | Westlaw | 27.48 |
| 12/26/12 | Photocopy Charges for 10 pages at .10 per page | 0.96 |
| 12/28/12 | Photocopy Charges for 89 pages at .10 per page | 8.88 |
| 12/28/12 | Lexis | 30.00 |
| 12/28/12 | Westlaw | 91.25 |
| 12/29/12 | Westlaw | 198.54 |
| 12/30/12 | Westlaw | 190.44 |

**Total Disbursements and Other Charges**    $1,061.68

Total of This Bill    ---------------- $31,694.68

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505