**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                              February 21, 2013
Resp. Aty.: PJA                                                  Bill No. 449894/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President


FOR PROFESSIONAL SERVICES rendered and unbilled through January 31, 2013 in connection with the following:

**Matter Name:   Global Broadcasting of Southern New England LLC**
**Matter No.:    00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**


| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 01/01/13 | Continue drafting summary judgment brief and related materials, including statement of undisputed facts | JDP | 3.00 |
| 01/01/13 | Attention to email to M. McGowan regarding pleadings needed from the receivership proceeding | JFC | 0.10 |
| 01/02/13 | Revise summary judgment brief and statement of facts (6.2); conference with JP Morgan regarding subpoena (.1) | JDP | 6.30 |
| 01/02/13 | Review deadline for expert witness disclosures; attention to draft motion for summary judgment; review and revise memorandum of law in support of motion for summary judgment; attention to Sovereign Bank monthly update; review and revise draft affidavit for J. Bowen; review statement of undisputed facts and revise same; email from M McGowan; email from J. Dorsey; attention to discovery issues and deposition of K. O'Brien | JFC | 6.10 |
| 01/03/13 | Further revisions to summary judgment documents, including brief and statement of facts | JDP | 5.20 |
| 01/03/13 | Review email from M. Russo regarding K. O'Brien deposition; attention to K. O'Brien's failure to comply with discovery requests per Second Request for Production of Documents; review Answer to Sovereign Bank's complaint filed by Moelleken; emails form S. Bovarnick; review transcript from telephonic hearing | JFC | 3.80 |
| 01/04/13 | Finalize and file summary judgment materials (8.3); conference with J. Dorsey regarding discovery issues (.1) | JDP | 8.40 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614          February 21, 2013
Resp. Aty.: PJA          Bill No. 449894/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 01/04/13 | Attention to J. Bowen affidavit; email from A. Wiener; review brief in support of Motion for Summary Judgment; final review of pleadings to be submitted to court | JFC | 2.20 |
| 01/07/13 | Prepare monthly update (.7); review UBS document production (1.5); review motion to bifurcate (.7) | JDP | 2.90 |
| 01/07/13 | Attention to monthly update; attention to UBS document production; review response to Motion to Compel further interrogatory answers filed by K. O'Brien; review Motion to Bifurcate filed by K. O'Brien and Memorandum of Law in support thereof; emails from S. Bovarnick | JFC | 3.80 |
| 01/08/13 | Attention to emails from J. Bowen and others regarding motion to bifurcate | JDP | 0.10 |
| 01/08/13 | Review Motion to Bifurcate and Memo; email to J. Bowen | JFC | 0.90 |
| 01/09/13 | Conference with J. Bowen (.5); attention to Comerica subpoena (.3); attention to review of bank records (2.0); begin drafting opposition to motion to bifurcate (.3); draft motion to compel document requests (1.8) | JDP | 4.90 |
| 01/09/13 | Research re: bifurcation | HSB | 1.00 |
| 01/09/13 | Attention to invoices sent by local counsel; review subpoena to Comerica Bank; attention to discovery issues | JFC | 1.90 |
| ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■ |
| 01/10/13 | Email to Dorsey regarding document requests (.1); review documents related to Global Restaurant Group (.4); draft motion to compel further responses to document requests (2.9) | JDP | 3.40 |
| 01/10/13 | Research and analyze Rule 42(b) bifurcation cases in First Circuit | HSB | 8.50 |
| 01/10/13 | Review/revise motion to compel; attention to K. O'Brien deposition | JFC | 1.20 |
| 01/11/13 | Emails concerning O'Brien's document production (.4); draft motion to compel document production (3.7); draft opposition to motion to bifurcate (1.5) | JDP | 5.60 |
| 01/11/13 | Researching bifurcation caselaw; analyzing and drafting strategy for opposition to motion to bifurcate | HSB | 5.50 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614 February 21, 2013
Resp. Aty.: PJA Bill No. 449894/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 01/11/13 | Attention to discovery items in dispute; review email responses from J. Dorsey and M. Russo; attention to proposed dates for deposition of K. O'Brien; review and revise motion to compel; emails from S. Bovarnick; review further edits to motion to compel | JFC | 3.20 |
| 01/13/13 | Attention to review of O'Brien financial documents, including emails to Bailard and Steve Rice | JDP | 0.40 |
| 01/13/13 | Researching bifurcation cases ▮▮▮ | HSB | 1.00 |
| 01/13/13 | Analyze flow of funds transferred by K. O'Brien; review multiple emails from S. Bovarnick regarding K. O'Brien's assets; attention to trademark filings; review subpoena to S. Rice; discussion regarding further discovery | JFC | 3.20 |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 01/14/13 | Opposition to motion to bifurcate claims | JDP | 2.60 |
| 01/14/13 | Attention to emails from local counsel regarding real estate assets of K. O'Brien; discussion regarding discovery items to follow up on; review emails from J. Dorsey and M. Russo | JFC | 1.70 |
| 01/15/13 | Attention to receipt and review of subpoenaed documents from JP Morgan and Bailard | JDP | 3.00 |
| 01/15/13 | Research and analyze case law regarding ▮▮▮ bifurcation | HSB | 1.50 |
| 01/15/13 | Emails regarding discovery issues; attention to K. O'Brien children's trust; attention to Bailard, Inc. discovery; review email regarding Steven Rice's reluctance to testify against K. O'Brien; attention to accountant and client privilege issue; emails from S. Bovarnick; follow up regarding same; review draft memo in opposition to motion to bifurcate | JFC | 3.60 |
| 01/16/13 | Draft opposition to motion to bifurcate | JDP | 3.40 |
| 01/16/13 | Additional search and case analysis regarding not staying discovery despite granting bifurcation | HSB | 1.50 |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  February 21, 2013
Resp. Aty.: PJA  Bill No. 449894/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 01/16/13 | Draft email to J. Bowen regarding California counsel invoices; review and revise memorandum in opposition to motion to bifurcate | JFC | 1.50 |
| 01/17/13 | Continue drafting opposition to motion to bifurcate | JDP | 2.60 |
| 01/17/13 | Editing O'Brien memo in opposition to motion to bifurcate and deposition preparation, | HSB | 1.00 |
| 01/17/13 | Attention to Memorandum of Law in support of Opposition to Motion to Bifurcate; attention to document requests | JFC | 1.50 |
| 01/18/13 | Revisions to opposition to motion to bifurcate | JDP | 0.20 |
| 01/18/13 | Deposition preparation, | HSB | 3.20 |
| 01/18/13 | Review and revise memorandum of law in opposition to motion to bifurcate; follow up regarding same; attention to emails regarding deposition of K. O'Brien and discovery issues; review emails from J. Dorsey | JFC | 1.80 |
| 01/19/13 | Work on amended Rule 26 disclosures | JDP | 0.80 |
| 01/21/13 | Telephone with Dorsey (.1); finalize objection to motion to bifurcate (1.9) | JDP | 2.00 |
| 01/21/13 | Attention to emails regarding Amended Rule 26(a)(1) disclosures; review email from S. Bovarnick; attention to revised memo and outstanding discovery; review flow of transferred assets | JFC | 2.50 |
| 01/22/13 | Finished reviewing                              for use in upcoming deposition | HSB | 2.90 |
| 01/23/13 | Research regarding sanctions and various emails (1.3); conference with Dorsey (.2); conference with Rice (.2) | JDP | 1.70 |
| 01/23/13 | Review order from J. Lisi regarding allowance of motion to extend time to file response to Cross Motion for summary judgment; work on discovery; attention to K. O'Brien's counsel's interference with subpoena to S. Rice; instructions regarding same; review case law regarding interference with subpoenas | JFC | 2.80 |
| 01/24/13 | Emails with Russo concerning O'Brien deposition scheduling; attention to O'Brien financial documents | JDP | 1.00 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614            February 21, 2013
Resp. Aty.: PJA            Bill No. 449894/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 01/24/13 | ▮▮▮▮▮▮▮▮▮▮ preparation for deposition | HSB | 0.50 |
| 01/24/13 | Discussion regarding discovery items; emails from M. Russo; emails from S. Bovarnick | JFC | 1.00 |
| 01/25/13 | Attention to emails from M. Russo regarding deposition; review file regarding additional discovery to obtain; email form S. Bovarnick | JFC | 1.90 |
| 01/26/13 | Attention to file/case law on subpoenas | JFC | 1.50 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ |
| 01/28/13 | Email to Dorsey regarding document production (.2); review O'Brien's brief in opposition to motion to compel and draft reply (.9) | JDP | 1.10 |
| 01/28/13 | Review email regarding subpoena to S. Rice and document production; attention to multiple emails from S. Bovarnick; review response to Motion to Compel production of documents; attention to discovery matters; review motion to extend time filed by K. O'Brien; review memo of law filed by K. O'Brien | JFC | 2.20 |
| 01/29/13 | Draft reply brief in support of motion to compel documents (4.0); draft memorandum to client regarding case status and strategy (4.3); review summary judgment filings (1.5); various emails (.5) | JDP | 10.30 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ |
| 01/29/13 | Email to S. Bovarnick regarding ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ evaluate issues and develop strategy regarding discovery; attention to email from M. Russo and issue of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; emails from S. Bovarnick; emails from J. Dorsey | JFC | 2.70 |
| 01/30/13 | Revisions to strategy memo and attention to discovery strategy (3.0); research reply brief in support of summary judgment (1.2); analyze possible motion for protective order (.8) | JDP | 5.00 |
| 01/30/13 | Research regarding "apex" doctrine and motions for protective order | HSB | 1.20 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                                                                   February 21, 2013
Resp. Aty.: PJA                                                                                       Bill No. 449894/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 01/31/13 | Legal research concerning availability of protective order against Sovereign depositions (1.0); attention to client memorandum concerning case strategy and next steps (1.0); review O'Brien's summary judgment filing (.4) | JDP | 2.40 |
| 01/31/13 | Research and analyze "apex" doctrine; start draft motion for protective order | HSB | 4.60 |
| ██████ | ████████████████████████████████████████ | ███ | ███ |

Total Hours for Matter 00051                                                                  -            159.80

Total Time for Matter 00051                                                                              $43,397.00

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Coffey, James F. | 51.10 | $360.00 | $18,396.00 |
| ██████████████ | ███ | ███ | ███ |
| ██████████████ | ███ | ███ | ███ |
| **Associates** | | | |
| Blackwood, Hilary S. | 32.40 | 230.00 | 7,452.00 |
| Persky, Jonathan D. | 76.30 | 230.00 | 17,549.00 |
| ██████████████ | ███ | ███ | ███ |
| ██████████████ | ███ | ███ | ███ |

Total Time for Matter 00051                                                                            $43,397.00

Total for Services                                                                                     $43,397.00

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  February 21, 2013
Resp. Aty.: PJA  Bill No. 449894/03SLW

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|
| 12/01/12 | Transcripts of Testimony - John Bowen | 227.55 |
| 12/14/12 | Federal Express | 23.00 |
| 12/14/12 | Federal Express | 25.27 |
| 12/31/12 | Computer Aided Research | 44.80 |
| 12/31/12 | Service of Process | 803.27 |
| 01/02/13 | Westlaw | 103.20 |
| 01/04/13 | Service of Process | 302.75 |
| 01/10/13 | Westlaw | 51.07 |
| 01/11/13 | Certificates - of Inc & All Amend/Mrgr - Delaware | 165.40 |
| 01/11/13 | Westlaw | 13.05 |
| 01/14/13 | Westlaw | 13.65 |
| 01/15/13 | Certificates - of Inc & All Amend/Mrgr - Delaware | 78.20 |
| 01/16/13 | Westlaw | 1.95 |
| 01/17/13 | Westlaw | 3.45 |
| 01/23/13 | Westlaw | 17.88 |
| 01/29/13 | Westlaw | 3.75 |
| 01/30/13 | Westlaw | 36.63 |
| 01/31/13 | Westlaw | 62.50 |
| | **Total Disbursements and Other Charges** | **$1,977.37** |

Total of This Bill  $45,374.37

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505
Page 7