**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614　　　　　　　　　　　　　　　　　　　March 26, 2013
Resp. Aty.: PJA　　　　　　　　　　　　　　　　　　　Bill No. 451924/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through February 28, 2013 in connection with the following:

**Matter Name:   Global Broadcasting of Southern New England LLC**
**Matter No.:      00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 02/01/13 | Prepare for and attend telephone conference with S. Morris and J. Bowen (.8); legal research regarding motion for protective order (1.8) | JDP | 2.60 |
| 02/01/13 | Drafting motion for protective order and affidavit ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | HSB | 3.00 |
| 02/01/13 | Review multiple emails from S. Bovarnick; attention to deposition details; review documents produced to date; consider motion to compel future production of documents; attention to file; consider ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ attention to case history memorandum; review notice of deposition for M. Lee | JFC | 5.20 |
| 02/02/13 | Draft emergency motion for protective order and reply brief in support of summary judgment | JDP | 3.20 |
| 02/02/13 | Continued review of file and documents produced to date; review multiple emails from S. Bovarnick; attention to deposition of Morgan Estates; review bio details regarding S. Rice; attention to press release concerning S. Rice; attention to deposition notices issued to Sovereign Bank | JFC | 4.20 |
| 02/03/13 | Draft reply brief in support of summary judgment and emergency motion for protective order | JDP | 7.40 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  March 26, 2013
Resp. Aty.: PJA  Bill No. 451924/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 02/03/13 | Reviewing J. Persky's brief for protective order; searching for ▓▓▓▓ apex doctrine | HSB | 0.50 |
| 02/03/13 | Review confirmation of scheduling and Notice of Deposition for K. O'Brien's wife; review notice of deposition for Morgan Estates; instructions regarding deposition notices; emails from S. Bovarnick | JFC | 1.80 |
| 02/04/13 | Continue drafting emergency motion for protective order (2.0); revisions to Rice letter and various emails regarding same (1.0) | JDP | 3.00 |
| 02/04/13 | Drafting motion for protective order and affidavit for Juan Davila and re-drafting as per discussion with J. Persky | HSB | 5.20 |
| 02/04/13 | Work on discovery issues; review draft letter to S. Rice regarding subpoena compliance and filing motion to compel; multiple emails from S. Bovarnick; review email from M. Russo regarding alternate deposition dates for M. Russo; review counter claimants Expert Witness Disclosure and Exhibit A; attention to Juan Davilla affidavit in support of Motion for Protective Order | JFC | 4.70 |
| 02/05/13 | Prepare for and attend conference with Russo (.5); Summary email to Bowen and Morris (.5); Draft motion for protective order (4.0) | JDP | 5.00 |
| 02/05/13 | Research ▓▓▓▓ "estate planning purpose" | HSB | 4.20 |
| ▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ |
| 02/05/13 | File review; develop strategy; review discovery; analyze summary judgment arguments; telephone conference with Mark Russo; follow-up communications regarding same | EPM | 4.70 |
| ▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ |
| 02/06/13 | Attention to research regarding estate-planning defense (.5); draft reply brief in support of motion for summary judgment (3.8); email to client requesting information for Davila and Lee affidavits (.6) | JDP | 4.90 |
| 02/06/13 | Research regardin ▓▓▓▓ estate planning purpose" (review articles, federal and state law); conference with J. Persky regarding research findings and next steps; formulating questions for Juan Davila; organizing preparation of filings binder for E. Magnuson | HSB | 10.20 |

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614            March 26, 2013
Resp. Aty.: PJA            Bill No. 451924/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 02/06/13 | File review; develop strategy; outline motion for protective order; develop deposition strategy; communications with CA counsel; analyze summary judgment arguments | EPM | 5.00 |
| 02/07/13 | Email to Russo re depositions (.4); letter to Judge Almond (.3); attention to reply memorandum (1.2) | JDP | 1.90 |
| 02/07/13 | Finalize research; conference with P. Brown regarding estate planning; draft estate planning memorandum | HSB | 7.50 |
| 02/07/13 | File review; review summary judgment filings; draft opposition to motion for summary judgment; communications regarding affidavits for motion for protective order; analyze Guaranty | EPM | 3.80 |
| 02/08/13 | Revisions to reply brief in support of summary judgment | JDP | 4.30 |
| 02/08/13 | Case law research regarding ▬▬▬▬▬▬▬▬▬▬▬▬▬; drafting estate planning memorandum and cite check Sovereign reply brief in support of summary judgment | HSB | 3.80 |
| 02/08/13 | Draft/edit opposition to motion for summary judgment; analyze law and facts; review court papers and pleadings; develop strategy; communications regarding affidavits | EPM | 5.40 |
| 02/10/13 | Draft memorandum in support of motion for protective order | JDP | 1.50 |
| 02/10/13 | Further drafting of estate planning memorandum | HSB | 2.70 |
| 02/11/13 | Revisions to memorandum in support of motion for protective order | JDP | 1.90 |
| 02/11/13 | Review pleadings and court papers; edit/draft motion for protective order; review communications with client regarding affidavits; edit affidavit; develop strategy for oral argument on summary judgment | EPM | 2.00 |
| 02/12/13 | Attention to drafting of motion to stay discovery and motion for protective order | JDP | 3.50 |
| 02/12/13 | Conference with J. Persky regarding estate planning memorandum | HSB | 0.50 |
| ▬▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬ |
| 02/12/13 | Analyze discovery; review documents; develop strategy; outline/draft motion to stay; review research in connection with same | EPM | 4.00 |
| 02/13/13 | Revisions to motion to stay discovery | JDP | 2.10 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614            March 26, 2013
Resp. Aty.: PJA            Bill No. 451924/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 02/13/13 | Proofreading and cite checking motion for partial stay of discovery | HSB | 1.00 |
| 02/13/13 | Draft motion for stay of discovery; draft motion for protective order; draft motion regarding hearing; analyze research; review discovery; develop strategy; communications with client | EPM | 7.50 |
| 02/14/13 | Attention to supplemental document production | JDP | 2.40 |
| 02/14/13 | Re-drafting estate planning memorandum | HSB | 4.50 |
| 02/14/13 | Develop strategy; communications with John Bowen and Steve Morris | EPM | 0.40 |
| 02/15/13 | Review documents for production (2.1); message for Dorsey (.1); attention to O'Brien finances (.3) | JDP | 2.60 |
| ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 02/18/13 | Analyzing ■■■■■■■■■■■■■■■■■■■■■■ to be used for his deposition | HSB | 2.50 |
| 02/19/13 | Analyze estate planning defense (.8); attention to supplemental document production (1.6); attention to issues surrounding discovery cut-off date and draft motion to extend time for discovery (2.3) | JDP | 4.70 |
| 02/19/13 | Analyzing ■■■■■■■■■■■■■■■■■■ estate planning defense; analyzing ■■■■■■■■■■■■ to be used for his deposition | HSB | 5.00 |
| ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 02/20/13 | Analyzing ■■■■■■■■■■■■■■■■■■ estate planning defense; analyzing Kevin O'Brien's ■■■■■■■■■■■■ to be used for his deposition | HSB | 6.00 |
| ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 02/21/13 | Call with Dorsey (.2); attention to issues regarding Rice subpoena and contempt (.4) | JDP | 0.60 |
| 02/21/13 | Analyzing and drafting memorandum regarding ■■■■■■■■■■ estate planning defense | HSB | 5.30 |
| 02/22/13 | Attention to issues concerning Rice documents and email to counsel (.6); review Judge Almond decision and transmit to client (.4); attention to estate planning defense (.2) | JDP | 1.20 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                                    March 26, 2013
Resp. Aty.: PJA                                                        Bill No. 451924/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 02/22/13 | Communications regarding discovery strategy | EPM | 0.40 |
| 02/25/13 | Prepare outline of summary judgment argument (2.7); prepare for hearing on motions to compel (.3) | JDP | 3.00 |
| 02/25/13 | Attention to discovery disputes and related matters; analyze summary judgment papers; review transcript and documents | EPM | 2.50 |
| ██████ | ████████████████████████████████████████ | ███ | ██ |
| 02/26/13 | Prepare for and attend conference with Russo (.6); memorandum re estate planning defense (.7); prepare for hearing on motions to compel (1.7) | JDP | 3.00 |
| 02/26/13 | Analyzing Kevin O'Brien's ████████████████ to be used at his deposition | HSB | 3.70 |
| 02/26/13 | Review correspondence; email and telephone communications with opposing counsel regarding discovery; prepare for oral arguments | EPM | 1.50 |
| 02/27/13 | Prepare for hearings on summary judgment and discovery motions | JDP | 3.90 |
| 02/27/13 | Review record, cases, arguments; review pleadings and transcript; prepare for oral argument | EPM | 4.00 |
| ██████ | ████████████████████████████ | ███ | ██ |
| 02/28/13 | Review record; analyze arguments; prepare for summary judgment oral argument; analyze communications with opposing counsel | EPM | 6.00 |
| 02/28/13 | Researching and analyzing ████████████████████████████████████████████████ | HSB | 3.60 |
| 02/28/13 | Prepare for summary judgment and discovery motion hearings | JDP | 4.30 |

Total Hours for Matter 00051                                                    199.3
Total Time for Matter 00051                                                $54,042.00

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505
Page 5

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614　　　　　　　　　　　　　　　　　　　　　　　March 26, 2013
Resp. Aty.: PJA　　　　　　　　　　　　　　　　　　　　　　　　　Bill No. 451924/03SLW

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| ▮ | ▮ | ▮ | ▮ |
| Coffey, James F. | 15.90 | 360.00 | 5,724.00 |
| ▮ | ▮ | ▮ | ▮ |
| Magnuson, Eric P. | 47.20 | 360.00 | 16,992.00 |
| **Associates** | | | |
| Blackwood, Hilary S. | 69.20 | 230.00 | 15,916.00 |
| Persky, Jonathan D. | 67.00 | 230.00 | 15,410.00 |
| ▮ | ▮ | ▮ | ▮ |

Total Time for Matter 00051　　　　　　　　　　　　　　　　　　　　　$54,042.00

Total for Services　　　　　　　　　　　　　　　　　　　　　　　　　　$54,042.00

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|
| 02/01/13 | Telephone | 7.66 |
| 02/03/13 | Westlaw | 30.30 |
| 02/04/13 | Federal Express | 28.02 |
| 02/06/13 | Filing Fee | 50.00 |
| 02/06/13 | Federal Express | 13.07 |
| 02/06/13 | Westlaw | 4.80 |
| 02/08/13 | Westlaw | 115.35 |
| 02/11/13 | Service of Process | 149.00 |
| 02/12/13 | Westlaw | 9.75 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614 March 26, 2013
Resp. Aty.: PJA Bill No. 451924/03SLW

| Date | Description | Amount |
|---|---|---|
| 02/13/13 | Westlaw | 9.75 |
| 02/18/13 | Westlaw | 26.58 |
| 02/25/13 | Westlaw | 62.99 |
| 02/27/13 | Westlaw | 57.71 |
| 02/28/13 | Westlaw | 8.85 |
| 02/28/13 | Computer Aided Research | 53.20 |

**Total Disbursements and Other Charges** 739.11

Total of This Bill $54,781.11