EXHIBIT V

## Nutter, McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614　　　　　　　　　　　　　　　　　March 26, 2013
Resp. Aty.: PJA　　　　　　　　　　　　　　　　　　　Bill No. 451930/03SLW

Sovereign Bank New England
75 State Street
Boston, MA  02109

Attention: John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through March 26, 2013 in connection with the following:

**Matter Name:　Global Broadcasting of Southern New England LLC**
**Matter No.:　　00051**

**Billing Contact: Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center: 8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 03/01/13 | Prepare for and attend court hearing on summary judgment and discovery motions (3.6); follow-up research regarding prejudgment interest (.4) | JDP | 4.00 |
| 03/01/13 | Analyzing Kevin O'Brien's bank statements for ▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉ | HSB | 4.50 |
| ▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ | ▉ |
| 03/01/13 | Prepare for oral argument; present oral argument on summary judgment; attend discovery hearing; multiple communications with client; develop collection strategy | EPM | 6.70 |
| 03/03/13 | Quarterly status report | JDP | 0.40 |
| 03/04/13 | Conference with Bowen (.2); Prepare damages assessment (2.0); review bank statements and prepare correspondence to Union Bank and UBS (1.5); prepare for O'Brien deposition (.4) | JDP | 3.90 |
| 03/04/13 | Analyzing O'Brien's bank accounts ▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉ | HSB | 4.20 |
| ▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ | ▉ |
| 03/04/13 | File review; review documents; develop collection strategy; develop deposition strategy; communications with client | EPM | 4.40 |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                           March 26, 2013
Resp. Aty.: PJA                                               Bill No. 451930/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 03/05/13 | Prepare for O'Brien deposition (1.0); attention to damage calculation (.3); conference with Rob Migliaccio ▮▮▮▮ ▮▮▮▮▮▮ (.4); legal research and analyze cases regarding ▮▮▮▮▮▮▮▮▮▮ (1.0); attention to estate planning defense (.3); review of O'Brien's bank statements (.5); attention to communication from UBS (.3) | JDP | 3.80 |
| 03/05/13 | Analyzing Kevin O'Brien's bank accounts ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ attention to researching ▮▮▮▮ ▮▮▮▮▮▮ | HSB | 7.20 |
| 03/05/13 | File review; develop discovery strategy; review documents; communications with client | EPM | 2.50 |
| 03/06/13 | Prepare monthly report (.4); Prepare for O'Brien deposition (1.2); emails with First Republic Bank (.1); attention to review of O'Brien bank transfers (.2); attention to motion for contempt against Rice (.1) | JDP | 2.00 |
| 03/06/13 | Analyzing Kevin O'Brien's bank accounts ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | HSB | 4.20 |
| 03/07/13 | Review orders on motions to compel and emails to client (.3); attention to review of Bailard documents (.5); attention to emails regarding settlement (.3); prepare for O'Brien deposition (1.1) | JDP | 2.20 |
| 03/07/13 | Attention to analyzing Kevin O'Brien's bank accounts ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | HSB | 7.20 |
| 03/07/13 | Multiple communications with client; multiple communications with opposing counsel; review status; develop strategy; analyze communications and documents | EPM | 1.50 |
| 03/08/13 | Prepare for O'Brien deposition (0.7); correspondence with Russo (.2); review chronology of asset transfers (0.7); attention to motion for contempt re: Rice (1.0) | JDP | 2.60 |

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                                                                       March 26, 2013
Resp. Aty.: PJA                                                                                           Bill No. 451930/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 03/08/13 | Analyzing O'Brien's bank accounts ▮▮▮▮ | HSB | 5.40 |
| 03/08/13 | Communications with client; review documents; analyze deposition issues; communications with opposing counsel; develop discovery strategy | EPM | 1.70 |
| 03/09/13 | Attention to emails | JDP | 0.10 |
| 03/09/13 | Various e-mails and follow up to same | PJA | 0.30 |
| 03/10/13 | Revise motion to compel Rice documents and associated legal research (1.2); prepare for O'Brien deposition (2.6) | JDP | 3.80 |
| 03/11/13 | Respond to Bowen email regarding O'Brien document production (.4); edits to motion to compel compliance with subpoena (1.0); prepare for O'Brien deposition (2.3) | JDP | 3.50 |
| 03/11/13 | Revising ▮▮▮▮ estate planning memorandum | HSB | 3.30 |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ |
| 03/11/13 | File review; communications with client regarding settlement financial discovery; develop strategy; outline discovery; review documents | EPM | 4.00 |
| 03/12/13 | Prepare for O'Brien deposition (2.7); review summary judgment decision and conferences regarding same (.5); research ▮▮▮▮ (2.1); review billing records in connection with fee petition (1.3) | JDP | 6.60 |
| 03/12/13 | Updating Kevin O'Brien's transfer chronology ▮▮▮▮ | HSB | 2.00 |
| 03/12/13 | Communications with client; analyze court's decision on summary judgment; develop case and discovery strategy; communications regarding motion to compel in California action | EPM | 3.90 |
| 03/13/13 | Continue legal research regarding ▮▮▮▮ (1.0); prepare for and attend telephone conference with Russo, and followup emails (1.2); ==research regarding fee petition and begin drafting fee petition (3.7);== prepare for O'Brien deposition (.5) | JDP | 6.40 |
| 03/13/13 | Conference call with opposing counsel regarding deposition, settlement offer, and further document production | HSB | 0.50 |

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614　　　　　　　　　　　　　　　　　　　　　March 26, 2013
Resp. Aty.: PJA　　　　　　　　　　　　　　　　　　　　　Bill No. 451930/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 03/13/13 | File review; prepare for and engage in telephone conference with Mark Russo; analyze settlement issues; communications regarding California actions; develop discovery strategy | EPM | 3.00 |
| 03/14/13 | Prepare for O'Brien deposition (1.8); work on fee petition (2.4); call with Jeannine Noel regarding mediation (.1); emails with Russo (.2) | JDP | 4.50 |
| 03/14/13 | Attention to analyzing deposition outline | HSB | 0.70 |
| 03/14/13 | Communications regarding fee application; review case law regarding fee application; review discovery; communications regarding deposition strategy and preparation | EPM | 0.70 |
| 03/15/13 | Email to J. Bowen regarding interest rates to be applied in fee petition (.2); prepare for O'Brien deposition (2.9); work on fee petition (.7) | JDP | 3.80 |
| 03/15/13 | Review documents; communications regarding deposition strategy and preparation | EPM | 0.50 |
| 03/17/13 | Prepare for O'Brien deposition | JDP | 2.50 |
| 03/18/13 | Prepare for and attend O'Brien deposition (2.4); attention to possible remedies for failure to appear at deposition (3.0); conference with J. Bowen (.2); review O'Brien document production (.8); attention to fee petition (.2); draft memorandum of law in support of motion for sanctions (1.0) | JDP | 7.60 |
| 03/18/13 | Attention to research regarding sanctions, meet and conferences, and motions to compel | HSB | 8.50 |
| ███████ | ████████████████ | ███ | ███ |
| 03/18/13 | Communications regarding Kevin O'Brien's failure to appear at deposition; discuss and outline motion for sanctions | EPM | 1.20 |
| 03/19/13 | Draft motion for sanctions (4.1); attention to fee petition (1.3); | JDP | 5.40 |
| 03/19/13 | Attention to research regarding motion for sanctions; reviewing motion for sanctions documents; analyzing documents produced on March 18 in preparation of Kevin O'Brien's deposition | HSB | 4.30 |
| ███████ | ████████████████ | ███ | ███ |
| 03/19/13 | Review and edit motion for sanctions; review case law; communications regarding strategy | EPM | 0.80 |
| ███████ | ████████████████ | ███ | ███ |

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614  March 26, 2013
Resp. Aty.: PJA  Bill No. 451930/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 03/20/13 | Draft fee petition and supporting documents (2.6); review O'Brien supplemental interrogatory answers (1.0); conference with J. Bowen (.3); review and analyze documents produced by O'Brien (.7); conference with Bovarnick regarding CA actions (.1); letter to Denise Vasquez regarding Union Bank subpoena (.2) | JDP | 4.90 |
| 03/20/13 | Attention to analyzing documents produced on March 18 and updating deposition chronology | HSB | 4.00 |
| 03/20/13 | Review interrogatory answers; communications regarding same | EPM | 0.40 |
| ■ | ■ | ■ | ■ |
| 03/21/13 | Work on fee petition (1.4); attention to memo from J. Roberts regarding estate planning (.5); | JDP | 1.90 |
| 03/21/13 | Attention to analyzing documents produced on March 18 and updating deposition chronology | HSB | 3.70 |
| ■ | ■ | ■ | ■ |
| 03/22/13 | Continue working on fee petition | JDP | 4.60 |
| 03/22/13 | Communications regarding moving case deadlines | EPM | 0.20 |
| 03/23/13 | Continue working on fee petition | JDP | 2.00 |
| 03/24/13 | Continue to work on fee petition | JDP | 2.50 |
| 03/25/13 | Continue to work on fee petition | JDP | 3.50 |
| 03/25/13 | Communications with client regarding fee petition; review and edit fee petition documents | EPM | 1.00 |

Total Hours for Matter 00051  174.7

Total Time for Matter 00051  43,348.00

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614        March 26, 2013
Resp. Aty.: PJA        Bill No. 451930/03SLW

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| ▄▄▄▄ | ▄ | ▄ | ▄ |
| Magnuson, Eric P. | 30.8 | 360.00 | 11,088.00 |
| ▄▄▄▄ | ▄ | ▄ | ▄ |
| **Associates** | | | |
| Blackwood, Hilary S. | 59.70 | 230.00 | 13,731.00 |
| Persky, Jonathan D. | 56.3 | 230.00 | 12,949.00 |
| ▄▄▄▄ | ▄ | ▄ | ▄ |
| FEE APPLICATION | 27.9 | 200.00 | 5,580.00 |
| Total Time for Matter 00051 | | | 43,348.00 |
| Total for Services | | | 43,348.00 |

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|
| 03/01/13 | Mileage, Tolls, Parking | 85.17 |
| 03/04/13 | Facsimile Charges for 2 pages | 0.50 |
| 03/08/13 | Postage | 0.46 |
| 03/18/13 | Transcripts of Testimony - Kevin P. O'Brien | 335.00 |
| 03/21/13 | Facsimile Charges for 13 pages | 3.25 |
| 03/22/13 | Transcripts of Testimony | 138.75 |
| 03/25/13 | Copies of Record | 34.90 |
| | **Total Disbursements and Other Charges** | $598.03 |

Total of This Bill        43,946.03