EXHIBIT C

LAW OFFICES OF
## LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.
824 NORTH MARKET ST. STE 100
WILMINGTON, DE 19801-4937

October 8, 2012
Bill Number: 120028
Page 2

Matter Number: SOVBNK.0001  V. O'BRIEN, KEVIN P,

For Legal Services and Costs Advanced through September 30, 2012

| Date | Atty | Legal Services | Hours | Amount |
|---|---|---|---|---|
| 09/29/12 | SHB | FURTHER RESEARCH; MEMOS RE COMMUNITY PROPERTY ISSUES. | 0.50 | 230.00 |
| 09/29/12 | SHB | LEGAL RESEARCH AND ANALYSIS OF INJUNCTION AND UFTA ISSUES IN CALIFORNIA AND RHODE ISLAND; MEMOS WITH CO-COUNSEL; OPEN FILE. | 3.00 | 1,380.00 |
| | | Total For Legal Services | 3.50 | $1,610.00 |

Total For This Bill  $1,610.00