## LAW OFFICES OF
## LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.
824 NORTH MARKET ST. STE 100
WILMINGTON, DE 19801-4937

November 8, 2012
Bill Number: 120426
Page 2

Matter Number: SOVBNK.0001    V. O'BRIEN, KEVIN P,

For Legal Services and Costs Advanced through October 31, 2012

| Date | Atty | Legal Services | Hours | Amount |
|---|---|---|---|---|
| 10/01/12 | SHB | CONFERENCE CALL AND MEMOS WITH CO-COUNSEL; RESEARCH COMMUNITY PROPERTY ISSUES AND UFTA FORMS. | 2.25 | 1,035.00 |
| 10/04/12 | SHB | REVIEW/RESEARCH ESTATE PLANNING CARVE OUT ISSUE FROM INJUNCTION MEMOS WITH CO-COUNSEL. | 0.50 | 230.00 |
| 10/09/12 | SHB | MEMOS WITH CO-COUNSEL (5) TO ARRANGE FOR SERVICE OF PERSONAL APPEARANCE SUBPOENA. | 0.50 | 230.00 |
| 10/10/12 | SHB | CHECK STATUS OF SERVICE OF SUBPOENA; REVIEW AND COMMENT ON DRAFT PRELIMINARY INJUNCTION AND GUARANTEE. | 0.50 | 230.00 |
| 10/18/12 | SHB | CALL WITH JON AND JIM; INVESTIGATE, RESEARCH AND ANALYZE ISSUES SURROUNDING FRAUD TRANSFER AND COLLECTION. | 2.50 | 1,150.00 |
| 10/19/12 | SHB | RESEARCH AND ANALYSIS OF UFTA ISSUES AND MOTION. | 1.00 | 460.00 |
| 10/20/12 | SHB | RESEARCH FRAUD TRANSFER ISSUES. | 0.50 | 230.00 |
| 10/22/12 | SHB | RESEARCH AND ANALYSIS | 1.50 | 690.00 |
| 10/23/12 | SHB | CONFERENCE CALL WITH JON AND REBECCA TO DISCUSS FILINGS IN CALIFORNIA AND PROCEEDINGS IN RHODE ISLAND; REVIEW DISCOVERY DOCUMENTS. | 1.00 | 460.00 |
| 10/25/12 | SHB | MEMOS AND FOLLOW-UP RE SERVICE OF SUBPOENAS. | 0.40 | 184.00 |
| 10/26/12 | SHB | WORK ON COMPLAINT. | 4.25 | 1,955.00 |
| 10/29/12 | SHB | WORK ON COMPLAINTS FOR SAN FRANCISCO AND RIVERSIDE ACTIONS; INVESTIGATE AND ANALYZE; MEMOS WITH JON AND JIM. | 3.50 | 1,610.00 |
| 10/30/12 | SHB | REVISIONS TO COMPLAINTS FOR SAN FRANCISCO AND RIVERSIDE; MEMOS WITH JON AND JIM; FILE COMPLAINTS; ORDER DOCUMENTS FROM SECRETARY OF STATE. | 2.50 | 1,150.00 |
| 10/31/12 | SHB | MEMOS WITH CO-COUNSEL; INVESTIGATE BACKGROUND FOR WIFE'S ATTORNEY. | 0.25 | 115.00 |

PLEASE MAKE CHECK PAYABLE TO LELAND, PARACHINI, STEINBERG, ET AL.
BILLING INQUIRIES: (415) 957-1800  FACSIMILE: (415) 974-1520

LAW OFFICES OF
# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.  
824 NORTH MARKET ST. STE 100  
WILMINGTON, DE 19801-4937

November 8, 2012  
Bill Number: 120426  
Page 3

| | | |
|---|---|---|
| Total For Legal Services | 21.15 | $9,729.00 |

| Date | Costs Advanced | Amount |
|---|---|---|
| 10/31/12 | RIVERSIDE COUNTY SUPERIOR COURT: FILING FEE FOR FIRST APPEARANCE | 450.00 |
| | Total For Costs Advanced | $450.00 |
| | Total For This Bill | $10,179.00 |