EXHIBIT E

LAW OFFICES OF
## LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.
824 NORTH MARKET ST. STE 100
WILMINGTON, DE 19801-4937

December 12, 2012
Bill Number: 121548
Page 2

Matter Number: SOVBNK.0001    V. O'BRIEN, KEVIN P,

For Legal Services and Costs Advanced through November 30, 2012

| Date | Atty | Legal Services | Hours | Amount |
|---|---|---|---|---|
| 11/03/12 | SHB | MEMO WITH CO-COUNSEL RE COORDINATION OF DISCOVERY. | 0.10 | 46.00 |
| 11/06/12 | SHB | RESEARCH AND ANALYZE NEW DISCOVERY ISSUES; MEMOS WITH CO-COUNSEL; FOLLOW-UP ON RIVERSIDE ACTION. | 2.00 | 920.00 |
| 11/07/12 | SHB | PLEADINGS; SERVICE ISSUES; DISCOVERY; MEMOS; CALLS, ETC. | 4.75 | 2,185.00 |
| 11/19/12 | SHB | PREPARE NOTICE OF PENDENCY OF ACTION; MEMOS WITH JOHN RE ORDER GRANTING MOTION AND AMENDED COMPLAINT. | 0.75 | 345.00 |
| 11/20/12 | SHB | WORK ON CASE. | 2.00 | 920.00 |
| | | Total For Legal Services | 9.60 | $4,416.00 |

| Date | Costs Advanced | Amount |
|---|---|---|
| 11/07/12 | WESTERN MESSENGER SERVICE, INC.: TO AND FROM SAN FRANCISCO SUPERIOR COURT 10/30/12 | 562.51 |
| 11/07/12 | SUNDOC FILINGS: FILING FEES | 46.00 |
| 11/07/12 | WHEELS OF JUSTICE, INC.: PROCESS SERVICE - UNION BANK NA | 75.00 |
| 11/07/12 | WHEELS OF JUSTICE, INC.: PROCESS SERVICE - BAILARD INC | 110.00 |
| 11/07/12 | WHEELS OF JUSTICE, INC.: PROCESS SERVICE - UBS FINANCIAL SERVICES INC | 155.00 |
| 11/07/12 | WHEELS OF JUSTICE, INC.: PROCESS SERVICE - CHARLES SCHWAB CORPORATION | 150.00 |
| 11/07/12 | WHEELS OF JUSTICE, INC.: PROCESS SERVICE - FIRST REPUBLIC BANK | 75.00 |
| 11/16/12 | PACIFIC COAST LEGAL SERVICES: PROCESS SERVICE - UNIONBANC SERVICES LLC | 97.00 |
| 11/26/12 | SAN FRANCISCO COUNTY RECORDER: RECORDING FEE | 30.00 |
| 11/27/12 | FEDEX: TO RIVERSIDE COUNTY SUPERIOR COURT 10/30/12 | 24.88 |
| 11/27/12 | FEDEX: FROM RIVERSIDE COUNTY SUPERIOR COURT 11/06/12 | 25.49 |

PLEASE MAKE CHECK PAYABLE TO LELAND, PARACHINI, STEINBERG, ET AL.
BILLING INQUIRIES: (415) 957-1800   FACSIMILE: (415) 974-1520

LAW OFFICES OF
## LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.  
824 NORTH MARKET ST. STE 100  
WILMINGTON, DE 19801-4937

December 12, 2012  
Bill Number: 121548  
Page 3

| Date | Costs Advanced | Amount |
|---|---|---|
| 11/27/12 | PACIFIC COAST LEGAL SERVICES: PROCESS SERVICE - MORGAN ESTATES LLC | 78.00 |
| 11/27/12 | WESTLAW CHARGES [SHB] - OCTOBER 2012 | 115.40 |
| | Total For Costs Advanced | $1,544.28 |
| | Total For This Bill | $5,960.28 |

PLEASE MAKE CHECK PAYABLE TO LELAND, PARACHINI, STEINBERG, ET AL.
BILLING INQUIRIES: (415) 957-1800  FACSIMILE: (415) 974-1520

LAW OFFICES OF
# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.  
824 NORTH MARKET ST. STE 100  
WILMINGTON, DE 19801-4937

December 12, 2012  
Bill Number: 121549  
Page 2

Matter Number: SOVBNK.0002  V. MORGAN ESTATES, LLC

For Legal Services and Costs Advanced through November 30, 2012

| Date | Atty | Legal Services | Hours | Amount |
|---|---|---|---|---|
| 11/02/12 | SHB | REVIEW LLC FILINGS AND ANALYZE; DETAILED MEMO TO CO-COUNSEL WITH ANALYSIS OF FINDINGS. | 1.00 | 460.00 |
| 11/07/12 | SHB | PREPARE NOTICE OF PENDENCY OF ACTION FOR RIVERSIDE COUNTY ACTION; MEMOS WITH CO-COUNSEL; REVISE DRAFT OPPOSITION. | 1.25 | 575.00 |
| | | Total For Legal Services | 2.25 | $1,035.00 |
| | | Total For This Bill | | $1,035.00 |

LAW OFFICES OF
# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.  
824 NORTH MARKET ST. STE 100  
WILMINGTON, DE 19801-4937

December 12, 2012  
Bill Number: 121550  
Page 2

Matter Number: SOVBNK.0003      v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB)

For Legal Services and Costs Advanced through November 30, 2012

| Date | Atty | Legal Services | Hours | Amount |
|---|---|---|---|---|
| 11/05/12 | SHB | MEMO WITH CO-COUNSEL; REVIEW MOTION TO QUASH; RESEARCH OPPOSITION TO MOTION TO QUASH; INVESTIGATE. | 2.00 | 920.00 |
| 11/26/12 | SHB | REVIEW ORDER OF ASSIGNMENT AND MAGISTRATE JUDGE PROCEDURES; MEMO TO CO-COUNSEL. | 0.25 | 115.00 |
| 11/29/12 | JAL | REVIEW FILE, MOTION TO QUASH; RESEACH AND DRAFT OPPOSITION | 5.80 | 2,175.00 |
| 11/30/12 | JAL | RESEARCH AND DRAFT OPPOSITION TO MOTION TO QUASH; REVIEW LOCAL RULES | 2.90 | 1,087.50 |
| | | Total For Legal Services | 10.95 | $4,297.50 |

Total For This Bill          $4,297.50