LAW OFFICES OF
# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.
ATTN: HEATHER WILSON, ADMINISTRATIVE ASSISTANT
619 ALEXANDER RD
PRINCETON, NJ 94540

January 16, 2013
Bill Number: 122051
Page 2

Matter Number: SOVBNK.0001     V. O'BRIEN, KEVIN P,

For Legal Services and Costs Advanced through December 31, 2012

| Date | Atty | Legal Services | Hours | Amount |
|---|---|---|---|---|
| 12/18/12 | SHB | PREPARE FORM INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION; MEMOS WITH CO-COUNSEL. | 2.50 | 1,150.00 |
| 12/18/12 | SHB | ASSET SEARCH AND INVESTIGATION OF [REDACTED] | 0.50 | 230.00 |
| 12/31/12 | SHB | CHECK STATUS OF RESPONSIVE PLEADING; MEMO TO CO-COUNSEL RE ANSWER BEING FILED. | 0.20 | 92.00 |
| | | Total For Legal Services | 3.20 | $1,472.00 |

| Date | Costs Advanced | Amount |
|---|---|---|
| 12/04/12 | RIVERSIDE COUNTY RECORDER: RECORDING FEES | 31.00 |
| 12/11/12 | PACIFIC COAST LEGAL SERVICES: PROCESS SERVICE | 96.00 |
| 12/11/12 | PACIFIC COAST LEGAL SERVICES: PROCESS SERVICE | 48.00 |
| | Total For Costs Advanced | $175.00 |
| | Total For This Bill | $1,647.00 |

LAW OFFICES OF
## LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.
ATTN: HEATHER WILSON, ADMINISTRATIVE ASSISTANT
619 ALEXANDER RD
PRINCETON, NJ 94540

January 16, 2013
Bill Number: 122052
Page 2

Matter Number: SOVBNK.0002    V. MORGAN ESTATES, LLC

For Legal Services and Costs Advanced through December 31, 2012

| Date | Atty | Legal Services | Hours | Amount |
|---|---|---|---|---|
| 12/18/12 | SHB | PREPARE FORM INTERROGATORIES, REQUESTS FOR ADMISSION AND REQUEST FOR PRODUCTION OF DOCUMENTS; MEMOS WITH CO-COUNSEL. | 2.50 | 1,150.00 |
| | | Total For Legal Services | 2.50 | $1,150.00 |
| | | Total For This Bill | | $1,150.00 |

LAW OFFICES OF
# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.
ATTN: HEATHER WILSON, ADMINISTRATIVE ASSISTANT
619 ALEXANDER RD
PRINCETON, NJ 94540

January 16, 2013
Bill Number: 122053
Page 2

Matter Number: SOVBNK.0003    v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB)

For Legal Services and Costs Advanced through December 31, 2012

| Date | Atty | Legal Services | Hours | Amount |
|---|---|---|---|---|
| 12/02/12 | SHB | RESEARCH AND WORK ON OPPOSITION TO MOTION. | 2.00 | 920.00 |
| 12/03/12 | JAL | PREPARE REQUEST FOR JUDICIAL NOTICE; REVIEW REVISED OPPOSITION | 1.30 | 487.50 |
| 12/03/12 | SHB | WORK ON OPPOSITION TO MOTION; MEMOS AND CALLS WITH CO-COUNSEL; CALLS WITH OPPOSING COUNSEL. | 4.75 | 2,185.00 |
| 12/05/12 | SHB | IN PERSON MEET AND CONFER WITH OPPOSING COUNSEL AS ORDERED BY COURT; FOLLOW UP CALL WITH CO-COUNSEL. | 1.50 | 690.00 |
| 12/07/12 | SHB | MEMOS WITH OPPOSING COUNSEL RE MEET & CONFER; MEMOS WITH CO-COUNSEL RE STATUS OF PRODUCTION. | 0.30 | 138.00 |
| 12/08/12 | SHB | MEMOS WITH CO-COUNSEL; REVIEW SUMMARY JUDGMENT MOTION. | 0.40 | 184.00 |
| 12/10/12 | SHB | PREPARE JOINT LETTER; MEMOS AND CALLS WITH OPPOSING COUNSEL; MEMOS WITH CO-COUNSEL; REVIEW REPLY TO OPPOSITION. | 3.00 | 1,380.00 |
| 12/11/12 | SHB | MEMO FROM COURT RE SCHEDULING HEARING; MEMOS WITH OPPOSING COUNSEL COORDINATING HEARING; MEMOS WITH CO-COUNSEL RE HEARING AND STRATEGY. | 0.75 | 345.00 |
| 12/12/12 | SHB | HEARING PREPARATION; DISCOVERY HEARING; CALL AND MEMOS WITH CO-COUNSEL; LEGAL RESEARCH; PROCEDURAL DEVELOPMENTS. | 2.75 | 1,265.00 |
| 12/15/12 | SHB | PREPARE LETTER TO COURT WITH ENTERED ORDER; MEMOS TO CO-COUNSEL WITH SERVICE OF SUBPOENA INFORMATION; MEMOS TO SUBPOENA RECIPIENTS RE ENTERED ORDER. | 1.25 | 575.00 |
| 12/17/12 | SHB | REVIEW, ANALYZE AND CONFER RESPONSES TO SUBPOENAS AND PRODUCED DOCUMENTS; MEMO TO CO-COUNSEL WITH ANALYSIS. | 0.30 | 138.00 |
| 12/17/12 | SHB | REVIEW AND ANALYZE DRAFT MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES; MEMOS TO CO-COUNSEL. | 0.75 | 345.00 |

SOVEREIGN BANK, N.A.
ATTN: HEATHER WILSON, ADMINISTRATIVE ASSISTANT
619 ALEXANDER RD
PRINCETON, NJ 94540

January 16, 2013
Bill Number: 122053
Page 3

| Date | Atty | Legal Services | Hours | Amount |
|---|---|---|---|---|
| 12/19/12 | SHB | MEMOS RE RICE SUBPOENAS (6); REVIEW AND ANALYZE FIRST REPUBLIC BANK'S DOCUMENT PRODUCTION; MEMOS REGARDING SETTLEMENT STRATEGY. | 1.75 | 805.00 |
| 12/20/12 | SHB | PROCESS JP MORGAN CHASE SUBPOENA FOR SERVICE; SUGGEST REVISIONS; OBTAIN JUDGEMENT AND OTHER PLEADINGS FROM LOS ANGELES SUPERIOR COURT; MEMOS WITH JON AND JIM. | 1.25 | 575.00 |
| 12/24/12 | SHB | MEMOS WITH CO-COUNSEL RE SCHEDULING DEPOSITIONS AND CASE DEVELOPMENTS; COMPLETE ENGAGEMENT PACKAGE; REVIEW OUTSIDE COUNSEL GUIDELINES. | 0.50 | 230.00 |
| 12/24/12 | SHB | REVIEW SUBPOENA RESPONSE FROM SCHWAB; MEMO TO CO-COUNSEL RE SAME. | 0.20 | 92.00 |
| 12/26/12 | SHB | REVIEW CHARLES SCHWAB RESPONSE TO SDT; MEMOS WITH CO-COUNSEL. | 0.20 | 92.00 |
| 12/28/12 | SHB | STATUS MEMOS TO CO-COUNSEL RE SCHWAB RESPONSE TO SDT; STATUS OF RESPONSIVE PLEADINGS; STATUS OF KOB'S DEPOSITION; CALL WITH DEFENSE COUNSEL RE COURT CLOSURES AND STATUS MEMO TO CO-COUNSEL RE RESPONSIVE PLEADINGS. | 0.50 | 230.00 |
| 12/31/12 | SHB | MEMOS RE SCHWAB PRODUCTION; INVESTIGATE ▮▮▮; MEMOS RE PROCEDURAL DEVELOPMENTS; REVIEW DOCUMENTS. | 0.50 | 230.00 |
| 12/31/12 | SHB | ASSET INVESTIGATION | 0.50 | 230.00 |

Total For Legal Services

24.45   $11,136.50

| Date | Costs Advanced | Amount |
|---|---|---|
| 12/20/12 | PACIFIC COAST LEGAL SERVICES; PROCESS SERVICE - STEPHEN M. RICE | 35.00 |

LAW OFFICES OF
# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.
ATTN: HEATHER WILSON, ADMINISTRATIVE ASSISTANT
619 ALEXANDER RD
PRINCETON, NJ 94540

January 16, 2013
Bill Number: 122053
Page 4

| Date | Costs Advanced | Amount |
|---|---|---|
| 12/20/12 | PACIFIC COAST LEGAL SERVICES; PROCESS SERVICE - RICE FINANCIAL GROUP | 78.00 |
| 12/20/12 | DEBRA PAS: COURT TRANSCRIPT | 38.15 |
| 12/31/12 | WESTLAW CHARGES DECEMBER 2012 - SHB | 209.48 |
| 12/31/12 | WESTLAW CHARGES DECEMBER 2012 - JAL | 61.77 |
| | Total For Costs Advanced | $422.40 |

Total For This Bill    $11,558.90