LAW OFFICES OF
## LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

February 13, 2013
Bill Number: 122662
Page 2

Matter Number: SOVBNK.0001    V. O'BRIEN, KEVIN P.

For Legal Services and Costs Advanced through January 31, 2013

| Date | Atty | Legal Services | Hours | Amount |
| --- | --- | --- | --- | --- |
| 01/03/13 | SHB | REVIEW ANSWER TO COMPLAINT (.2); MEMOS TO OPPOSING COUNSEL RE IMPROPER VERIFICATIONS (.2); MEMOS TO CO-COUNSEL (.2); REVIEW CCP SECTION 446 RE VERIFICATIONS (.2). | 0.75 | 356.25 |
| 01/07/13 | SHB | PREPARE MONTHLY STATUS REPORT. | 0.25 | 118.75 |
| 01/16/13 | SHB | MEMOS WITH OPPOSING COUNSEL RE AMENDED VERIFICATIONS AND DISCOVERY RESPONSE EXTENSION. | 0.20 | 95.00 |
| | | Total For Legal Services | 1.20 | $570.00 |

| Date | Costs Advanced | Amount |
| --- | --- | --- |
| 01/10/13 | WHEELS OF JUSTICE, INC.: PROCESS SERVICE - J P MORGAN CHASE | 185.00 |
| 01/24/13 | FEDEX: TO HEATHER WILSON 12/27/12 | 58.53 |
| | Total For Costs Advanced | $243.53 |

Total For This Bill    $813.53

LAW OFFICES OF
## LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

February 13, 2013
Bill Number: 122663
Page 2

Matter Number: SOVBNK.0002    V. MORGAN ESTATES, LLC

For Legal Services and Costs Advanced through January 31, 2013

| Date | Atty | Legal Services | Hours | Amount |
|---|---|---|---|---|
| 01/03/13 | SHB | REVIEW ANSWER TO COMPLAINT (.2); MEMOS TO OPPOSING COUNSEL RE VERIFICATIONS (.2); MEMOS TO CO-COUNSEL (.2). | 0.50 | 237.50 |
| 01/07/13 | SHB | PREPARE MONTHLY STATUS REPORT. | 0.25 | 118.75 |
| 01/16/13 | SHB | MEMOS WITH OPPOSING COUNSEL RE AMENDED VERIFICATIONS AND DISCOVERY RESPONSE EXTENSION. | 0.20 | 95.00 |
| | | Total For Legal Services | 0.95 | $451.25 |
| | | Total For This Bill | | $451.25 |

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

February 13, 2013
Bill Number: 122664
Page 2

Matter Number: SOVBNK.0003    v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB)

For Legal Services and Costs Advanced through January 31, 2013

| Date | Atty | Legal Services | Hours | Amount |
|---|---|---|---|---|
| 01/02/13 | SHB | MEMOS WITH CO-COUNSEL RE DOCUMENTS BEING PRODUCED AND DEPOSITION OF O'BRIEN; CHECK STATUS OF SUBPOENAS. | 0.40 | 190.00 |
| 01/03/13 | SHB | REVIEW TRANSCRIPT FROM COURT HEARING (.2); MEMOS TO CO-COUNSEL (.2); REVIEW MEMOS RE DEPOSITION (.1); CHECK STATUS OF RICE SUBPOENA AND OTHER SUBPOENAS (.2). | 0.75 | 356.25 |
| 01/04/13 | SHB | ASSIST WITH REVIEW AND EDITING OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. | 0.75 | 356.25 |
| 01/04/13 | SHB | FOLLOW UP ON RESPONSES TO SDT FROM UBS FINANCIAL. | 0.25 | 118.75 |
| 01/05/13 | SHB | REVIEW OPPOSITION TO SUMMARY JUDGEMENT MOTION AS FILED, DECLARATIONS AND EVIDENCE IN SUPPORT OF OPPOSITION; MEMOS WITH COUNSEL. | 0.40 | 190.00 |
| 01/07/13 | SHB | PREPARE MONTHLY STATUS REPORT. | 0.25 | 118.75 |
| 01/09/13 | SHB | ASSIST WITH EDITING MOTION TO COMPEL PRODUCTION OF DOCUMENTS (.75); MEMOS TO CO-COUNSEL (.25). | 1.00 | 475.00 |
| 01/09/13 | SHB | CHECK STATUS OF PRODUCTION OF SUBPOENAED RECORDS FROM ACCOUNTANT. | 0.25 | 118.75 |
| 01/11/13 | SHB | WORK ON DISCOVERY AND INVESTIGATION OF ASSETS. | 1.25 | 593.75 |
| 01/13/13 | SHB | ASSET SEARCH RELATING TO ███████████ ███████████████████████████████ ██████████, ANALYZE UBS FINANCIAL DOCUMENTS; MEMOS WITH CO-COUNSEL. | 3.00 | 1,425.00 |
| 01/14/13 | SHB | MEMOS WITH CO-COUNSEL RE STATUS OF CHASE, BAILARD AND RICE SUBPOENAS. | 0.20 | 95.00 |
| 01/16/13 | SHB | EDIT OPPOSITION TO MOTION TO BIFURCATE PREPARED BY CO-COUNSEL. | 0.75 | 356.25 |
| 01/16/13 | SHB | MEMOS WITH CO-COUNSEL; ANALYZE ADDITIONAL DOCUMENTS. | 1.25 | 593.75 |

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

February 13, 2013
Bill Number: 122664
Page 3

| Date | Atty | Legal Services | Hours | Amount |
|---|---|---|---|---|
| 01/21/13 | SHB | MEMOS WITH CO-COUNSEL RE DISCOVERY (.2); REVIEW DOCUMENTS PRODUCED BY CHASE FOR TRANSFERS TO AVOID CREDITORS AND/OR IN BREACH OF GUARANTEE; MEMO TO FILE WITH ANALYSIS. | 1.50 | 712.50 |
| 01/21/13 | SHB | REVIEW FILED OPPOSITION TO MOTION TO BIFURCATE; FURTHER RESEARCH ON CUFTA; CASE ANALYSIS. | 1.50 | 712.50 |
| 01/23/13 | SHB | MEMOS RE INTERFERENCE WITH SUBPOENA. | 0.30 | 142.50 |
| 01/28/13 | SHB | MEMOS WITH CO-COUNSEL RE DOCUMENT PRODUCTION FROM RICE AND O'BRIEN. | 0.20 | 95.00 |
| 01/29/13 | SHB | REVIEW REPLY TO OPPOSITION AND COMMENT; PROVIDE EXAMPLE OF ACCOUNT APPLICATION TO CO-COUNSEL; MEMOS (6) TO CO-COUNSEL RE DEMAND FOR ATTORNEY FEE INFORMATION, ETC. | 1.00 | 475.00 |
| | | Total For Legal Services | 15.00 | $7,125.00 |

| Date | Costs Advanced | Amount |
|---|---|---|
| 01/25/13 | WESTLAW CHARGES DECEMBER 2012 - SHB | 201.66 |
| | Total For Costs Advanced | $201.66 |

Total For This Bill         $7,326.66