LAW OFFICES OF

# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP

199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

March 13, 2013
Bill Number: 123224
Page 2

Matter Number: SOVBNK.0001     V. O'BRIEN, KEVIN P.

For Legal Services and Costs Advanced through February 28, 2013

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 02/01/13 | SHB | PREPARE NOTICE OF TAKING DEPOSITION; MEMOS WITH CO-COUNSEL. | 0.40 | 190.00 |
| 02/03/13 | SHB | MEMOS TO CO-COUNSEL RE STATUS OF SERVICE OF SUBPOENA AND CASE DEVELOPMENTS. | 0.20 | 95.00 |
| 02/06/13 | SHB | INITIAL REVIEW OF DISCOVERY RESPONSES. | 0.40 | 190.00 |
| 02/07/13 | SHB | ANALYZE DISCOVERY RESPONSES; PREPARE MEET AND CONFER LETTER. | 0.75 | 356.25 |
| 02/09/13 | SHB | REVISE MEET AND CONFER LETTER AND SEND; MEMOS TO CO-COUNSEL. | 0.25 | 118.75 |
| 02/13/13 | SHB | CALLS AND MEMO TO MARTHA BOERSCH. | 0.10 | 47.50 |
| 02/15/13 | SHB | CALL WITH DEFENSE COUNSEL TO MEET AND CONFER ON DISCOVERY RESPONSES AND SCHEDULING DEPOSITION DATES. | 0.20 | 95.00 |
| 02/16/13 | SHB | STATUS REPORT TO CO-COUNSEL RE DISCOVERY RESPONSES AND SCHEDULING DEPOSITIONS. | 0.10 | 47.50 |
| 02/16/13 | SHB | MEET AND CONFER LETTER TO OPPOSING COUNSEL. | 0.25 | 118.75 |
| 02/23/13 | SHB | MEMOS WITH OPPOSING COUNSEL RE DISCOVERY RESPONSES AND DOCUMENTS. | 0.25 | 118.75 |
| 02/26/13 | SHB | CALL WITH OPPOSING COUNSEL RE DISCOVERY STATUS; MEMO TO CO-COUNSEL. | 0.20 | 95.00 |
| 02/27/13 | SHB | STATUS MEMO WITH OPPOSING COUNSEL RE DISCOVERY. | 0.10 | 47.50 |
| | | Total For Legal Services | 3.20 | $1,520.00 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 02/11/13 | WESTERN MESSENGER SERVICE, INC.: TO 235 MONTGOMERY STREET | 9.85 |
| | Total For Costs Advanced | $9.85 |

LAW OFFICES OF

# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP

199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

March 13, 2013
Bill Number:　123224
Page 3

Total For This Bill　　　$1,529.85



PLEASE MAKE CHECK PAYABLE TO LELAND, PARACHINI, STEINBERG, ET AL.
BILLING INQUIRIES: (415) 957-1800　FACSIMILE: (415) 974-1520

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

March 13, 2013
Bill Number: 123225
Page 2

Matter Number: SOVBNK.0002     V. MORGAN ESTATES, LLC

For Legal Services and Costs Advanced through February 28, 2013

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 02/01/13 | SHB | PREPARE NOTICE OF TAKING DEPOSITION; MEMOS WITH CO-COUNSEL. | 0.40 | 190.00 |
| 02/03/13 | SHB | MEMOS WITH CO-COUNSEL RE STATUS OF SERVICE OF SUBPOENA AND CASE DEVELOPMENTS. | 0.20 | 95.00 |
| 02/06/13 | SHB | INITIAL REVIEW OF DISCOVERY RESPONSES. | 0.40 | 190.00 |
| 02/07/13 | SHB | ANALYZE DISCOVERY RESPONSES; PREPARE MEET AND CONFER LETTER. | 0.50 | 237.50 |
| 02/09/13 | SHB | REVISE MEET AND CONFER LETTER AND SEND; MEMOS TO CO-COUNSEL. | 0.25 | 118.75 |
| 02/13/13 | SHB | CALL TO MARTHA BOERSH AND MEMOS TO CO-COUNSEL. | 0.10 | 47.50 |
| 02/15/13 | SHB | CALL WITH DEFENSE COUNSEL TO MEET AND CONFER ON DISCOVERY RESPONSES AND SCHEDULING DEPOSITION DATE. | 0.20 | 95.00 |
| 02/16/13 | SHB | STATUS REPORT TO CO-COUNSEL RE DISCOVERY RESPONSES AND SCHEDULING DEPOSITION. | 0.10 | 47.50 |
| 02/16/13 | SHB | MEET AND CONFER LETTER TO OPPOSING COUNSEL. | 0.25 | 118.75 |
| 02/23/13 | SHB | MEMOS WITH OPPOSING COUNSEL RE DISCOVERY AND DOCUMENTS. | 0.25 | 118.75 |
| 02/26/13 | SHB | CALL WITH OPPOSING COUNSEL RE DISCOVERY; MEMOS TO CO-COUNSEL RE STATUS. | 0.20 | 95.00 |
| 02/28/13 | SHB | STATUS MEMO WITH OPPOSING COUNSEL RE DISCOVERY. | 0.10 | 47.50 |
| | | Total For Legal Services | 2.95 | $1,401.25 |

Total For This Bill     $1,401.25

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

March 13, 2013
Bill Number: 123226
Page 2

Matter Number: SOVBNK.0003     v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB)

For Legal Services and Costs Advanced through February 28, 2013

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 02/02/13 | SHB | BEGIN PREPARATION OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS - B. STEPHEN RICE (1.25); INVESTIGATE AND ANALYZE FACTUAL AND PROCEDURAL BACKGROUND (.5); MEMOS WITH CO-COUNSEL (.25). | 2.00 | 950.00 |
| 02/04/13 | SHB | RESEARCH CONTENT PROCEDURE FOR NON-COMPLIANCE WITH SUBPOENA DUCES TECUM BY STEVE RICE (1.0); MEMOS WITH CO-COUNSEL (.3); ANALYZE FACTS AND INVESTIGATE BACKGROUND (.7). | 2.00 | 950.00 |
| 02/06/13 | SHB | PREPARE DEMAND LETTER TO STEVE RICE (.25); MEMOS WITH CO-COUNSEL (.25). | 1.00 | 475.00 |
| 02/13/13 | SHB | CALL TO STEVE RICE; MEMOS TO CO-COUNSEL. | 0.10 | 47.50 |
| 02/14/13 | SHB | CALL WITH STEVE RICE; MEMO TO CO-COUNSEL RE CALL TO STEVE RICE. | 0.25 | 118.75 |
| 02/14/13 | SHB | REVIEW MOTION TO STAY DISCOVERY; MEMOS WITH CO-COUNSEL. | 0.20 | 95.00 |
| 02/16/13 | SHB | MEMOS WITH CO-COUNSEL RE RICE DOCUMENTS AND DEPOSITIONS AND HEARING STATUS. | 0.20 | 95.00 |
| 02/16/13 | SHB | MEET AND CONFER LETTER TO STEVE RICE. | 0.25 | 118.75 |
| 02/23/13 | SHB | REVIEW ORDER FROM COURT RE MOTION TO BIFURCATE; MEMOS WITH CO-COUNSEL RE DISCOVERY AND MOTIONS TO COMPEL AND CONTENT OF SAME. | 0.50 | 237.50 |
| 02/26/13 | SHB | PARTICIPATE IN CONFERENCE CALL WITH CO-COUNSEL AND RHODE ISLAND'S COUNSEL RE STEVE RICE DOCUMENTS AND PRODUCTION; MEMOS WITH CO-COUNSEL. | 0.50 | 237.50 |
| 02/27/13 | SHB | MEMOS WITH CO-COUNSEL TO PREPARE FOR ARGUMENT ON OUR DISCOVERY MOTIONS SET FOR MARCH 1, 2013; FURTHER MEMOS. | 0.50 | 237.50 |

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

March 13, 2013
Bill Number:   123226
Page 3

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 02/28/13 | SHB | MEMOS WITH CO-COUNSEL RE CONFIDENTIALITY AGREEMENT; ASSIST WITH PREPARING FOR ORAL ARGUMENT. | 0.75 | 356.25 |
| | | Total For Legal Services | 8.25 | $3,918.75 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 02/26/13 | WESTLAW CHARGES - JANUARY 2013 (SHB) | 175.11 |
| | Total For Costs Advanced | $175.11 |

Total For This Bill    $4,093.86