EXHIBIT I

# Matter Worked Detail Report

Worked between 01/01/1900 thru 03/25/2013

*Client Number*
*Matter No. & Name*

**SOVBNK: SOVEREIGN BANK, N.A.**
SOVBNK.0001: V. O'BRIEN, KEVIN P.
Time Entries

| Date Worked | Timekeeper | Work Status | Entry No. | Description / Notes / Codes | Hours / Rate / Dollars |
|---|---|---|---|---|---|
| 03/07/2013 | BOVARNICK, STEVEN H. | | 1524586 | CALL TO MARTHA BOERSCH; MEMO TO MARTHA SETTING DEADLINES TO PRODUCE AMENDED RESPONSES AND RESPONSIVE DOCUMENTS. | 0.40 |
| | | Open | | | 475.00 |
| | | | | | 190.00 |
| 03/12/2013 | BOVARNICK, STEVEN H. | | 1524587 | MEMOS WITH MARTHA BOERSCH RE SUMMARY JUDGMENT ORDER AND MOVING TO COMPEL. | 0.25 |
| | | Open | | | 475.00 |
| | | | | | 118.75 |
| 03/16/2013 | BOVARNICK, STEVEN H. | | 1524588 | PREPARE CASE MANAGEMENT STATEMENT FOR FILING IN COURT; MEMOS WITH CO-COUNSEL. | 1.25 |
| | | Open | | | 475.00 |
| | | | | | 593.75 |
| 03/19/2013 | BOVARNICK, STEVEN H. | | 1524589 | MAKE REVISIONS TO CASE MANAGEMENT STATEMENT. | 0.25 |
| | | Open | | | 475.00 |
| | | | | | 118.75 |
| 03/21/2013 | BOVARNICK, STEVEN H. | | 1524590 | CALL WITH OPPOSING COUNSEL; MEMOS WITH OPPOSING COUNSEL AND CO-COUNSEL. | 0.40 |
| | | Open | | | 475.00 |
| | | | | | 190.00 |
| 03/22/2013 | BOVARNICK, STEVEN H. | | 1524619 | MEMOS RE TRIAL SCHEDULING AND CASE MANAGEMENT PROCEDURES TO CO-COUNSEL; REVIEW TRIAL SETTING NOTICE. | 0.50 |
| | | Open | | | 475.00 |
| | | | | | 237.50 |
| 03/23/2013 | BOVARNICK, STEVEN H. | | 1524623 | REVIEW TAX COLLECTOR AND RECORDER WEBSITES FOR CURRENT STATUS OF PAYMENTS AND ENCUMBRANCES; CHECK COURT WEBSITE. | 0.25 |
| | | Open | | | 475.00 |
| | | | | | 118.75 |

| Total For SOVBNK.0001: V. O'BRIEN, KEVIN P. | Hours | Dollars | Bill Value |
|---|---|---|---|
| | 3.30 | 1,567.50 | 0.00 |

SOVBNK.0002: V. MORGAN ESTATES, LLC
Time Entries

| Date Worked | Timekeeper | Work Status | Entry No. | Description / Notes / Codes | Hours / Rate / Dollars |
|---|---|---|---|---|---|
| 03/07/2013 | BOVARNICK, STEVEN H. | | 1524591 | MEMO TO MARTHA BOERSCH RE DISCOVERY RESPONSES AND RESULT OF RHODE ISLAND MOTIONS. | 0.30 |
| | | Open | | | 475.00 |
| | | | | | 142.50 |
| 03/12/2013 | BOVARNICK, STEVEN H. | | 1524592 | MEMOS TO MARTHA BOERSCH AND MOTION TO COMPEL. | 0.20 |

*Client Number*
*Matter No. & Name*

**SOVBNK: SOVEREIGN BANK, N.A.**
SOVBNK.0002: V. MORGAN ESTATES, LLC
  **Time Entries**

| Date Worked | Timekeeper | Work Status | Entry No. | Description / Notes / Codes | Hours / Rate / Dollars |
|---|---|---|---|---|---|
| | | Open | | | 475.00 |
| | | | | | 95.00 |
| 03/16/2013 | BOVARNICK, STEVEN H. | | 1524593 | ORGANIZE EXHIBITS IN ADVANCE OF PREPARING MOTION TO COMPEL. | 0.50 |
| | | Open | | | 475.00 |
| | | | | | 237.50 |
| 03/19/2013 | BOVARNICK, STEVEN H. | | 1524594 | MEMOS WITH CO-COUNSEL RE TAX FILINGS AND MEMBERSHIP INTEREST FOR MORGAN ESTATES. | 0.50 |
| | | Open | | | 475.00 |
| | | | | | 237.50 |

| Total For SOVBNK.0002: V. MORGAN ESTATES, LLC | Hours | Dollars | Bill Value |
|---|---|---|---|
| | 1.50 | 712.50 | 0.00 |

SOVBNK.0003: v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB)
  **Time Entries**

| Date Worked | Timekeeper | Work Status | Entry No. | Description / Notes / Codes | Hours / Rate / Dollars |
|---|---|---|---|---|---|
| 03/01/2013 | BOVARNICK, STEVEN H. | | 1524595 | CALL WITH JON PERSKY RE RESULTS OF HEARINGS ON SUMMARY JUDGMENT AND MOTIONS TO COMPEL. | 0.40 |
| | | Open | | | 475.00 |
| | | | | | 190.00 |
| 03/03/2013 | BOVARNICK, STEVEN H. | | 1524596 | LEGAL RESEARCH IN ADVANCE OF PREPARING MOTION/APPLICATION ISSUING ORDER TO SHOW CAUSE RE STEVE RICE CONTEMPT. | 0.75 |
| | | Open | | | 475.00 |
| | | | | | 356.25 |
| 03/06/2013 | BOVARNICK, STEVEN H. | | 1524597 | INITIAL DRAFTING OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA. | 1.00 |
| | | Open | | | 475.00 |
| | | | | | 475.00 |
| 03/07/2013 | BOVARNICK, STEVEN H. | | 1524598 | MEMOS WITH CO-COUNSEL RE SETTING NEGOTIATIONS AND DEMANDS; MEMO RE COURT ORDERS AND STEVE RICE. | 0.30 |
| | | Open | | | 475.00 |
| | | | | | 142.50 |
| 03/07/2013 | BOVARNICK, STEVEN H. | | 1524599 | INVESTIGATE [REDACTED] FURTHER ANALYSIS; REVIEW DOCUMENTS FROM BAILARD. | 0.75 |
| | | Open | | | 475.00 |
| | | | | | 356.25 |
| 03/07/2013 | BOVARNICK, STEVEN H. | | 1524600 | DRAFT MOTION TO COMPEL COMPLIANCE WITH SUBPOENA. | 2.50 |
| | | Open | | | 475.00 |
| | | | | | 1,187.50 |

*Client Number*
*Matter No. & Name*

### Time Entries

| Date Worked | Timekeeper | Work Status | Entry No. | Description / Notes / Codes | Hours / Rate / Dollars |
|---|---|---|---|---|---|
| 03/08/2013 | BOVARNICK, STEVEN H. | Open | 1524602 | REVIEW NEW DOCUMENTS COLLECTED BY SOVEREIGN BANK RE ▇ | 0.50 / 475.00 / 237.50 |
| 03/09/2013 | BOVARNICK, STEVEN H. | Open | 1524601 | REVISE MOTION TO COMPEL. | 1.50 / 475.00 / 712.50 |
| 03/09/2013 | BOVARNICK, STEVEN H. | Open | 1524608 | WORK ON MOTION TO COMPEL STEVE RICE. | 1.50 / 475.00 / 712.50 |
| 03/11/2013 | BOVARNICK, STEVEN H. | Open | 1524611 | REVISIONS TO MOTION TO COMPEL; PREPARE DECLARATIONS. | 1.75 / 475.00 / 831.25 |
| 03/12/2013 | BOVARNICK, STEVEN H. | Open | 1524612 | FURTHER REVISIONS TO MOTION TO COMPEL; REVISIONS TO DECLARATION; PREPARE PROPOSED ORDER; REVIEW LOCAL RULES; MEMOS TO CO-COUNSEL. | 2.25 / 475.00 / 1,068.75 |
| 03/12/2013 | BOVARNICK, STEVEN H. | Open | 1524613 | REVIEW SUMMARY JUDGMENT RULING; MEMOS TO CO-COUNSEL; MEMOS RE ▇ | 0.75 / 475.00 / 356.25 |
| 03/13/2013 | BOVARNICK, STEVEN H. | Open | 1524614 | REVIEW AND COMMENT ON KOB'S DEPOSITION OUTLINE; MEMOS RE ASSET INVESTIGATION. | 0.30 / 475.00 / 142.50 |
| 03/18/2013 | BOVARNICK, STEVEN H. | Open | 1524615 | MEMOS AND REVIEW DOCUMENTS PRODUCED IN DISCOVERY. | 0.50 / 475.00 / 237.50 |
| 03/20/2013 | BOVARNICK, STEVEN H. | Open | 1524617 | EDIT DRAFTS; MEMOS TO CO-COUNSEL; CALL WITH CO-COUNSEL RE DISCOVERY; RESEARCH IRREVOCABLE TRUST ISSUES. | 0.75 / 475.00 / 356.25 |
| 03/21/2013 | BOVARNICK, STEVEN H. | Open | 1524618 | MEMOS WITH ESTATE/TAX ATTORNEY AT CO-COUNSEL'S OFFICE. | 0.25 / 475.00 / 118.75 |
| 03/22/2013 | BOVARNICK, STEVEN H. | Open | 1524625 | PREPARE DECLARATION FOR ATTORNEYS' FEE MOTION; MEMOS WITH CO-COUNSEL RE ATTORNEYS' FEE MOTION AND LATEST DEVELOPMENTS. | 3.75 / ▇ / 200.00 |

*Client Number*
*Matter No. & Name*

SOVBNK: SOVEREIGN BANK, N.A.
SOVBNK.0003: v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB)

**Time Entries**

| Date Worked | Timekeeper | Entry No. Work Status | Description Notes Codes | Hours Rate Dollars |
|---|---|---|---|---|
| | | | | 750.00 |
| 03/23/2013 | BOVARNICK, STEVEN H. | 1524626 Open | PREPARE EXHIBITS FOR ATTORNEYS' FEE DECLARATION; MEMOS WITH CO-COUNSEL. | 0.50 200.00 100.00 |
| 03/23/2013 | BOVARNICK, STEVEN H. | 1524627 Open | ANALYZE KOB'S SUPPLEMENTAL RESPONSES TO INTERROGATORIES AND MEMOS TO CO-COUNSEL. | 0.50 475.00 237.50 |

| | Hours | Dollars | Bill Value |
|---|---|---|---|
| Total For SOVBNK.0003: v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB) | 20.50 | 8,568.75 | 0.00 |
| Total For SOVBNK: SOVEREIGN BANK, N.A. | 25.30 | 10,848.75 | 0.00 |