
Exhibit 3

Client No.: 0104614 January 27, 2012

Resp. Aty.: PJA Bill No. 420396/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through December 31, 2011 in connection with the following:

**Matter Name:   Global Broadcasting of Southern New England LLC**
**Matter No.:      00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| ███ | ████████████████ | ██ | ██ |
| ███ | ████████████████ | ██ | ██ |
| 12/13/11 | Attention to Kevin O'Brien guarantee and suit on same | JFC | 0.50 |
| ███ | ████████████ | ██ | ██ |
| 12/22/11 | Review personal guarantee executed by K. O'Brien; review emails from K. O'Brien; review promissory note and obtain copies of documents necessary for complaint against K. O'Brien | JFC | 1.00 |

Total Hours for Matter 00051 ███ 1.5

Total Time for Matter 00051 ███ $540.00

<u>Timekeeper Summary</u>

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| **Partners** | | | |
| Coffey, James F. | ██ 1.5 | $360.00 | ██ $540.00 |
| Total Time for Matter 00051 | | | ██ $540.00 |

PAYMENT DUE UPON RECEIPT
BALANCES OVER THIRTY DAYS ARE SUBJECT TO A MONTHLY FINANCE CHARGE OF ONE AND ONE HALF PERCENT
FEDERAL TAX ID: 04-2106505

Client No.: 0104614                                          January 27, 2012

Resp. Aty.:  PJA                                          Bill No. 420396/03SLW

Total for Services                                          —— $540.00

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|------|-------------|-------|
| ██ | ██████ | █ |
| | **Total Disbursements and Other Charges** | █ |

Total of This Bill                                          $█ —— $540.00

Client No.: 0104614 | February 14, 2012
Resp. Aty.: PJA | Bill No. 422037/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through January 31, 2012 in connection with the following:

**Matter Name:    Global Broadcasting of Southern New England LLC**
**Matter No.:       00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| <u>Date</u> | <u>Description</u> | <u>Timekpr</u> | <u>Hours</u> |
|---|---|---|---|
| ███ | ██████████████ | ███ | ███ |
| 01/04/12 | Work on update for bank regarding Global Broadcasting matter; review draft complaints regarding suit versus K. O'Brien; attention to rules of U.S. D.C. Rhode Island | JFC | 1.40 |
| ███ | ██████████████ | ███ | ███ |
| 01/05/12 | Finish monthly update for bank and email same to C. MacDonald; attention to draft complaint; emails regarding same; telephone call from J. Bowen regarding status | JFC | 0.70 |
| 01/07/12 | Attention to draft complaint | JFC | 1.00 |
| 01/10/12 | Attention to file regarding guarantee of K. O'Brien | JFC | 0.20 |
| 01/11/12 | Attention to draft complaint/file | JFC | 0.50 |
| ███ | ██████████████ | ███ | ███ |
| 01/18/12 | Reviewed relevant pleadings from case; research in support of complaint against O'Brien; drafted portions of complaint against O'Brien | BLM | 3.20 |
| 01/19/12 | Attention to draft complaint issues; review message regarding caption for Complaint | JFC | 0.50 |
| 01/19/12 | Drafted portions of complaint against O'Brien | BLM | 4.50 |

Client No.: 0104614            February 14, 2012

Resp. Aty.: PJA            Bill No. 422037/03SLW

| Date | Description | Initials | Hours |
|---|---|---|---|
| 01/20/12 | Drafted portions of complaint against O'Brien; drafted cover e-mail to client | BLM | 7.40 |
| 01/23/12 | Attention to draft complaint and forward same to J. Bowen | JFC | 0.50 |
| 01/25/12 | Attention to emails from B. Mack; discussion with B. Mack regarding status with draft | JFC | 0.30 |
| 01/26/12 | Draft email to B. Mack regarding national bank status for Sovereign Bank (need to amend complaint) | JFC | 0.10 |
| 01/31/12 | Telephone call from J. Bowen regarding edits to complaint; attention to file regarding same | JFC | 0.50 |

Total Hours for Matter 00051      20.80

Total Time for Matter 00051      $5,525.00

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| | | | 0 |
| Coffey, James F. | 5.7 | 360.00 | $2,052.00 |
| **Associates** | | | |
| Mack, Benjamin L. | 15.10 | 230.00 | 3,473.00 |
| | | | |

Total Time for Matter 00051      $5,525.00

Total of This Bill      $5,525.00

Client No.: 0104614          March 13, 2012

Resp. Aty.:  PJA          Bill No. 423828/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through February 29, 2012 in connection with the following:

**Matter Name:**    **Global Broadcasting of Southern New England LLC**
**Matter No.:**      **00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| ███ | ██████████████ | ██ | ██ |
| 02/01/12 | Attention to monthly update for bank | JFC | 0.30 |
| 02/06/12 | Emails from J. Bowen; discussion with B. Mack regarding completion of draft complaint; email to J. Bowen; update monthly report for Bank; review demand letter sent by Bank | JFC | 0.80 |
| 02/16/12 | Attention to voice mail from J. Bowen regarding details for Complaint | JFC | 0.10 |
| 02/23/12 | Attention to Complaint | JFC | 0.40 |
| 02/24/12 | Follow up with B. Mack regarding complaint against K. O'Brien | JFC | 0.30 |
| 02/27/12 | Discussion with B. Mack regarding draft complaint; email regarding same | JFC | 0.10 |
| 02/27/12 | Research re: complaint against O'Brien; revised complaint | BLM | 2.50 |
| 02/28/12 | Telephone call to B. Mack regarding Complaint | JFC | 0.10 |
| 02/28/12 | Research re: complaint against O'Brien; revised complaint | BLM | 2.80 |

Total Hours for Matter 00051        ███ 7.4

Total Time for Matter 00051        ███ $1,975.00

Client No.: 0104614                                             March 13, 2012

Resp. Aty.:  PJA                                          Bill No. 423828/03SLW

Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | ███ | ███ | ███ |
| Coffey, James F. | 2.10 | 360.00 | 756.00 |
| **Associates** | | | |
| Mack, Benjamin L. | 5.30 | 230.00 | 1,219.00 |

Total Time for Matter 00051                                 -█████ $1,975.00

Total for Services                                         -█████ $1,975.00

Total of This Bill                                     ---$█████ $1,975.00

Client No.: 0104614                                                     April 10, 2012

Resp. Aty.:  PJA                                          Bill No. 426287/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through March 31, 2012 in connection with the following:

**Matter Name:   Global Broadcasting of Southern New England LLC**
**Matter No.:        00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| ███ | ████████████████████ | ███ | ███ |
| 03/01/12 | Forward K. O'Brien financial statement to B. Mack and discussion regarding attachment of any personal assets located in Rhode Island | JFC | 0.30 |
| 03/02/12 | Attention to draft complaint; telephone call to M. McGowan | JFC | 0.50 |
| 03/05/12 | Attention to email from J. Bowen regarding demand; emails regarding same; research regarding waiver of demand; email to J. Bowen regarding same | JFC | 0.90 |
| 03/06/12 | Draft monthly update regarding litigation against K. O'Brien | JFC | 0.30 |
| 03/07/12 | Review Summons received from Court | JFC | 0.10 |
| ███ | ███████████████████████████ | ███ | ███ |
| 03/16/12 | Edits to demand letter | JFC | 0.50 |
| ███ | ██████████████████████ | ███ | ███ |
| 03/20/12 | Update demand letter; telephone call to J. Bowen; telephone call from J. Bowen; send out demand to K. O'Brien | JFC | 0.80 |

Client No.: 0104614          April 10, 2012

Resp. Aty.: PJA          Bill No. 426287/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 03/20/12 | Drafted and revised demand letter | BLM | 2.10 |
| 03/21/12 | Revised demand letter | BLM | 0.80 |
| 03/26/12 | Attention to diary regarding deadline for response to demand letter | JFC | 0.20 |
| 03/27/12 | Overview email from L. Stern with attached correspondence regarding K. O'Brien | JFC | 0.20 |
| 03/28/12 | Attention to email regarding retention of litigation counsel by K. O'Brien; note to file regarding same with contact information | JFC | 0.30 |
| 03/29/12 | Reviewed letter from counsel to O'Brien | BLM | 0.40 |

Total Hours for Matter 00051        7.40

Total Time for Matter 00051        $2,235.00

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| **Partners** | | | |
| Coffey, James F. | 4.1 | $360.00 | $1,476.00 |
| **Associates** | | | |
| Mack, Benjamin L. | 3.30 | 230.00 | 759.00 |
|  |  |  |  |

Total Time for Matter 00051        $2,235.00

Total for Services        $2,235.00

## Summary of Disbursements and Other Charges

| Date | Description | Total |
|------|-------------|-------|
| 03/02/12 | Filing Fee | 350.00 |
| 03/02/12 | Federal Express | 20.42 |

Client No.: 0104614                                        April 10, 2012
Resp. Aty.:  PJA                                           Bill No. 426287/03SLW

**Total Disbursements and Other Charges**                  $370.42

Total of This Bill                                 ██  $2,605.42

████████████████████                               ████
███████                                            ████

| Client No.: 0104614 | May 8, 2012 |
|---|---|
| Resp. Aty.: PJA | Bill No. 428285/03SLW |

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through April 30, 2012 in connection with the following:

**Matter Name:   Global Broadcasting of Southern New England LLC**
**Matter No.:      00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.: 617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 04/02/12 | Attention to Amended Complaint | JFC | 0.50 |
| 04/02/12 | Research in support of Amended Complaint; drafted amended complaint | BLM | 3.70 |
| 04/03/12 | Attention to amended complaint | JFC | 0.50 |
| 04/03/12 | Attention to issues re: service of summons | BLM | 1.10 |
| 04/04/12 | Attention to issues involving service of Complaint upon K. O'Brien; discussion regarding strategy in service of process; review emails from process server in California; review cases on service of process | JFC | 2.50 |
| 04/04/12 | Attention to issues re: service of summons; calls with process server re: same | BLM | 2.80 |
| 04/05/12 | Review documents | JFC | 0.30 |
| 04/05/12 | Attention to issues re: service of summons; calls with process server re: same | BLM | 1.50 |
| 04/10/12 | Telephone call from and telephone call to Bill Norman, counsel to K. O'Brien regarding settlement discussion; review letter and law of California regarding enforcement of personal guarantees | JFC | 1.20 |
| 04/11/12 | Telephone calls from B. Norman regarding conference call tomorrow; emails regarding conference call and call with client | JFC | 1.00 |

# Nutter, McClennen & Fish, LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614        May 8, 2012

Resp. Aty.: PJA        Bill No. 428285/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 04/11/12 | Reviewed letter response from counsel to O'Brien; legal research re: same; coordinated call with O'Brien's counsel | BLM | 3.30 |
| 04/12/12 | Review letter from B. Norman; make notes for call with B. Norman; call with J. Bowen at the bank; conference call with B. Norman; follow up call with J. Bowen; draft email to J. Bowen with information concerning K. O'Brien | JFC | 2.00 |
| ▉ | ▉ | ▉ | ▉ |
| 04/12/12 | Call with counsel for O'Brien; prep for call; discussion with J. Bowen re: same | BLM | 1.60 |
| 04/30/12 | Review diary regarding deadline to answer complaint; review file regarding materials to be sought via discovery | JFC | 2.00 |

Total Hours for Matter 00051      ▉24.00

Total Time for Matter 00051      $6,820.00

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| **Partners** | | | |
| ▉ | ▉ | ▉ | ▉ |
| Coffey, James F. | 10.00 | 360.00 | 3,600.00 |
| **Associates** | | | |
| Mack, Benjamin L. | 14.00 | 230.00 | 3,220.00 |

Total Time for Matter 00051      ▉$6,820.00

Total for Services      ▉$6,820.00

## Summary of Disbursements and Other Charges

| Date | Description | Total |
|------|-------------|-------|
| 02/10/12 | Filing Fee | 293.00 |

| Client No.: 0104614 | May 8, 2012 |
|---|---|
| Resp. Aty.: PJA | Bill No. 428285/03SLW |

| 04/05/12 | Postage | 27.59 |
|---|---|---|
| | **Total Disbursements and Other Charges** | $320.59 |

Total of This Bill        ----$███████ $7,140.59

Client No.: 0104614                                         June 28, 2012

Resp. Aty.:  PJA                                     Bill No. 431696/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through May 31, 2012 in connection with the following:

**Matter Name:   Global Broadcasting of Southern New England LLC**
**Matter No.:      00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 05/01/12 | Attention to discovery to be conducted; review notes from and telephone call from Bill Morman; attention to monthly update; discussion with B. Mack; review email from B. Norman regarding retention of local counsel | JFC | 1.80 |
| 05/02/12 | Attention to email to B. Norman; evaluate extension of time to answer complaint; email from B. Norman; attention to file; follow up regarding amending complaint | JFC | 1.00 |
| 05/03/12 | Review email from J. Bowen regarding status; follow up regarding same | JFC | 0.20 |
| 05/07/12 | Attention to monthly update; email to C. MacDonald | JFC | 0.20 |
| 05/08/12 | Discussion with J. Bowen regarding update | JFC | 0.30 |
| 05/10/12 | Review file regarding guarantee and review K. O'Brien financial statement; attention to items to be sought in discovery | JFC | 1.20 |
| ██████ | ████████ | ██ | ██ |
| 05/14/12 | Check diary regarding deadline for service of responsive pleading | JFC | 0.20 |
| 05/15/12 | Attention to email from M. Russo; check deadlines for responsive pleadings and extension dates and draft reply email to M. Russo requesting updated financials from K. O'Brien; follow up with B. Mack | JFC | 0.80 |
| 05/18/12 | Attention to docket | JFC | 0.20 |

# Nutter, McClennen & Fish, LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614        June 28, 2012

Resp. Aty.: PJA        Bill No. 431696/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 05/21/12 | Attention to pleadings filed via PACER; review Notices of Appearance; review answer and counterclaims asserted against the bank; discussion regarding counterclaims; review guaranty; telephone call to B. Mack regarding counterclaim; review letter from California counsel | JFC | 3.40 |
| 05/21/12 | Reviewed motion to dismiss filed by O'Brien; legal research re: same | BLM | 3.20 |
| 05/22/12 | Attention to Notice of Rule 16 conference to be held on June 20th in Judge Lisi's chambers; attention to diary and file regarding same | JFC | 0.50 |
| 05/22/12 | Call with client re: motion to dismiss filed by O'Brien; legal research re: same | BLM | 4.50 |
| ██████ | ████████████████████████████████████ | ███ | ███ |
| 05/24/12 | Attention to response to counterclaims; review law regarding same; attention to local district court rules | JFC | 1.20 |
| 05/24/12 | Attention to pleading responsive to Motion to Dismiss; legal research re: same | BLM | 4.80 |
| 05/25/12 | Review counterclaims asserted in answer; develop responses to same | JFC | 1.20 |
| 05/31/12 | Attention to Notice of Rule 16 conference; review rules regarding same | JFC | 0.50 |

Total Hours for Matter 00051        25.20

Total Time for Matter 00051        $7,447.00

# Nutter, McClennen & Fish, LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

---

Client No.: 0104614                                              June 28, 2012

Resp. Aty.: PJA                                          Bill No. 431696/03SLW

---

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | ███ | ███ | ███ |
| Coffey, James F. | 12.70 | 360.00 | 4,572.00 |
| **Associates** | | | |
| Mack, Benjamin L. | 12.50 | 230.00 | 2,875.00 |
| Total Time for Matter 00051 | | --- | ████ $7,447.00 |
| Total for Services | | - | ████ $7,447.00 |

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|
| 04/04/12 | Service of Process - Pacific Coast Legal Services | 312.50 |
| 05/04/12 | Transcripts of Testimony - Rosemary Patalano | 275.00 |
| 05/08/12 | Westlaw | 2.11 |
| 05/09/12 | Westlaw | 2.11 |
| 05/14/12 | Westlaw | 36.82 |
| | **Total Disbursements and Other Charges** | $628.54 |

Total of This Bill                              --████   $8,075.54

# Nutter, McClennen & Fish, LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614

July 27, 2012

Resp. Aty.: PJA

Bill No. 432694/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through June 30, 2012 in connection with the following:

**Matter Name:   Global Broadcasting of Southern New England LLC**
**Matter No.:      00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 06/02/12 | Review email regarding status with case and filing of responsive pleading | JFC | 0.10 |
| 06/04/12 | Discussion regarding motion to dismiss under 12(b)(6) | JFC | 0.20 |
| 06/04/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum | BLM | 3.10 |
| 06/05/12 | Attention to issues for motion to dismiss | JFC | 0.50 |
| 06/05/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum | BLM | 5.80 |
| 06/06/12 | Telephone call to J. Bowen; attention to Rule 16 scheduling conference issues; discussion regarding Motion to Dismiss and motion to attach assets; telephone call to M. Russo regarding 16(b) conference; review FRCP Rule 16; review conference notice; attention to Rule 26 regarding discovery and disclosure obligations | JFC | 1.80 |
| 06/06/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum | BLM | 5.30 |
| 06/07/12 | Discussion regarding presence of Rhode Island counsel at Rule 16(b) conference on 6/20/12; emails regarding same; attention to Motion to Dismiss; prepare monthly update | JFC | 1.10 |
| 06/07/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum | BLM | 4.30 |

Client No.: 0104614                                                    July 27, 2012

Resp. Aty.: PJA                                              Bill No. 432694/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓ |
| 06/08/12 | Review email from M. Russo regarding Rule 16(b) conference; attention to strategy regarding conference; discussion with B. Mack regarding conference and motion to attach assets; obtain transcript necessary for motion to dismiss | JFC | 1.00 |
| 06/08/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum | BLM | 5.40 |
| 06/10/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum | BLM | 8.80 |
| 06/11/12 | Review and revise Motion to Dismiss; telephone call to J. Bowen requesting permission to file Motion to Dismiss; discussion regarding filing motion by midnight tonight; emails to and from Mark Russo regarding conference call tomorrow; revise second draft of memo of points and authorities; telephone call to B. Mack regarding filing same | JFC | 3.20 |
| ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓ |
| 06/11/12 | Research in support of Motion to Dismiss; drafted motion and supporting memorandum; filed motion and memorandum | BLM | 7.50 |
| 06/12/12 | Prepare for and attend conference call mandated by local Rule 16 with M. Russo; attention to Rule 16(b) | JFC | 1.00 |
| 06/13/12 | Review and revise local Rule 16(b) statement of claim; discussion regarding same | JFC | 0.80 |
| 06/15/12 | Attention to file regarding schedule for call back from M. Russo; discussion regarding same; attention to pro hac vice pleadings | JFC | 0.80 |
| 06/15/12 | Research re: pro hac vice process; prepared pro hac vice papers | BLM | 2.10 |
| ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓ |
| ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓ |
| 06/18/12 | Attention to pro hac vice papers; execute same; prepare for hearing tomorrow | JFC | 1.80 |
| 06/19/12 | Prepare for hearing; review of pleadings | JFC | 2.00 |
| ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓ |

**Nutter, McClennen & Fish, LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                                  July 27, 2012

Resp. Aty.: PJA                                         Bill No. 432694/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 06/20/12 | Attend hearing in Providence, Rhode Island regarding Rule 16(b) conference; telephone call to J. Bowen regarding results of hearing; emails regarding results of conference; discussion with M. Russo | JFC | 1.00 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 06/28/12 | Attention to email from J. Bowen regarding status; telephone call to J. Bowen regarding same; discussion with B. Mack | JFC | 0.30 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 06/30/12 | Email regarding notices served in case | JFC | 0.10 |

Total Hours for Matter 00051                                          ▮▮58.00

Total Time for Matter 00051                                    ▮▮▮▮▮ $15,381.00

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| **Partners** | | | |
| Coffey, James F. | 15.70 | $360.00 | $5,652.00 |
| ▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| **Associates** | | | |
| Mack, Benjamin L. | 42.30 | 230.00 | 9,729.00 |
| ▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |

Total Time for Matter 00051                                    ▮▮▮▮▮ $15,381.00

Total for Services                                             ▮▮▮▮▮ $15,381.00

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|------|-------------|-------|

Client No.: 0104614                                      July 27, 2012

Resp. Aty.:  PJA                                    Bill No. 432694/03SLW

| Date | Description | Amount |
|------|-------------|-------:|
| 06/04/12 | Westlaw | 293.11 |
| 06/05/12 | Westlaw | 191.18 |
| 06/07/12 | Photocopy Charges for 10 pages at .10 per page | 1.00 |
| 06/07/12 | Federal Express | 16.32 |
| 06/08/12 | Westlaw | 127.23 |
| 06/10/12 | Westlaw | 651.26 |
| 06/11/12 | Federal Express | 17.42 |
| 06/11/12 | Westlaw | 214.19 |
| 06/13/12 | Photocopy Charges for 183 pages at .10 per page | 18.30 |
| 06/13/12 | Westlaw | 193.82 |
| 06/15/12 | Photocopy Charges for 737 pages at .10 per page | 73.70 |
| 06/18/12 | Filing Fee - Pro Hac Vice | 50.00 |
| 06/18/12 | Photocopy Charges for 8 pages at .10 per page | 0.80 |
| 06/18/12 | Federal Express | 12.65 |
| 06/18/12 | Federal Express | 12.65 |
| 06/22/12 | Mileage, Tolls, Parking | 53.04 |

**Total Disbursements and Other Charges**                 $1,926.67

Total of This Bill                                        $17,307.67

Client No.: 0104614

August 22, 2012

Resp. Aty.:  PJA

Bill No. 436073/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through July 31, 2012 in connection with the following:

**Matter Name:   Global Broadcasting of Southern New England LLC**
**Matter No.:      00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 07/02/12 | Attention to file regarding deadline for filing responsive pleading to Motion to Dismiss; email regarding monthly status update | JFC | 0.50 |
| 07/03/12 | Draft monthly update for the bank | JFC | 0.50 |
| 07/12/12 | Attention to diary deadline regarding time to file responsive pleading to the bank's Motion to Dismiss; conference with B. Mack; review defendant's objection to Motion to Dismiss | JFC | 0.80 |
| 07/12/12 | Reviewed objections to motion to dismiss; legal research re: same | BLM | 2.20 |
| 07/17/12 | Review response to the bank's motion to dismiss | JFC | 0.80 |
| 07/18/12 | Legal research in support of reply brief in further support of motion to dismiss | BLM | 3.50 |
| ███ | ████████████ | ███ | ███ |
| 07/19/12 | Review and revise Reply Brief; discussion with B. Mack regarding same; instructions regarding compliance with local Rhode Island District Court rules; attention to rules; review O'Brien's response to the bank's motion to dismiss | JFC | 2.80 |
| 07/19/12 | Drafted and revised reply brief in further support of Motion to Dismiss | BLM | 5.80 |
| 07/20/12 | Attention to updated court docket regarding filing of Reply Brief | JFC | 0.20 |

Client No.: 0104614                                                        August 22, 2012

Resp. Aty.:  PJA                                                    Bill No. 436073/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 07/23/12 | Review of referral of Motion to Dismiss to Magistrate Lincoln Almand for settlement conference | JFC | 0.20 |
| 07/26/12 | Emails from and to J. Bowen with update regarding settlement; attention to discovery to be served on O'Brien including rules for taking deposition of O'Brien; review docket regarding discovery order and discussion regarding same | JFC | 1.60 |
| 07/27/12 | Emails to J. Bowen regarding deposition of K. O'Brien; discussion with B. Mack regarding same; attention to notice of mediation conference; telephone call to J. Bowen; review Rule 45(b)(2) and 26(c)(1)(B) of the Federal Rules of Civil Procedure regarding place for deposition | JFC | 1.20 |
| 07/30/12 | Emails to M. McGowan regarding venue for deposition; emails with instructions to B. Mack regarding deposition of K. O'Brien | JFC | 0.50 |

Total Hours for Matter 00051                                            █████ 20.60

Total Time for Matter 00051                                            ████$5,921.00

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| **Partners** | | | |
| Coffey, James F. | 9.10 | $360.00 | $3,276.00 |
| ████████ | ██ | ██ | ██ |
| **Associates** | | | |
| Mack, Benjamin L. | 11.50 | 230.00 | 2,645.00 |

Total Time for Matter 00051                                            ████$5,921.00

Total for Services                                                     ████$5,921.00

**Summary of Disbursements and Other Charges**

Client No.: 0104614     August 22, 2012

Resp. Aty.:  PJA     Bill No. 436073/03SLW

| Date | Description | Total |
|---|---|---|
| 06/21/12 | Mileage, Tolls, Parking | 8.00 |
| 06/30/12 | Computer Aided Research | 27.60 |
| 07/15/12 | Westlaw | 21.11 |
| 07/18/12 | Westlaw | 32.25 |
| 07/19/12 | Westlaw | 51.09 |
| 07/20/12 | Westlaw | 127.57 |
| 07/24/12 | Westlaw | 79.23 |
| 07/25/12 | Westlaw | 91.93 |
| 07/27/12 | Westlaw | 21.53 |
| 07/31/12 | Lexis | 12.20 |
| 07/31/12 | Computer Aided Research | 6.80 |
| | **Total Disbursements and Other Charges** | $479.31 |

Total of This Bill     $6,400.31

Client No.: 0104614                                          September 28, 2012

Resp. Aty.:  PJA                                             Bill No. 439261/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through August 31, 2012 in connection with the following:

**Matter Name:    Global Broadcasting of Southern New England LLC**
**Matter No.:       00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center: 8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 08/01/12 | Attention to O'Brien deposition | JFC | 0.50 |
| 08/03/12 | Attention to Notice of Taking Deposition | JFC | 0.20 |
| 08/06/12 | Review Defendants' Rule 26 disclosures and document requests; review pleadings | JDP | 1.30 |
| 08/06/12 | Attention to O'Brien document request and Rule 26 disclosures | JFC | 1.20 |
| 08/07/12 | Draft Rule 26(a) initial disclosures and requests for production; review pleadings and receivership filings | JDP | 4.70 |
| 08/07/12 | Attention to discovery issues | JFC | 0.70 |
| 08/08/12 | Draft interrogatories and requests for admission | JDP | 1.30 |
| ███████ | ██████████████████████████████ | ███ | ███ |
| 08/08/12 | Attention to counterclaim issues; emails regarding same | JFC | 0.20 |
| ███████ | ██████████████████████████████ | ███ | ███ |
| 08/09/12 | Finalize drafts of initial discovery; review J. Coffey comments | JDP | 0.50 |
| 08/09/12 | Attention to counterclaim; review discovery propounded to the bank; discussion with B. Mack; email to J. Bowen; review and revise proposed discovery to K. O'Brien; attention to email form A. Weiner | JFC | 3.50 |
| 08/10/12 | Revisions to initial discovery | JDP | 0.30 |

Client No.: 0104614     September 28, 2012

Resp. Aty.: PJA     Bill No. 439261/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 08/10/12 | Attention to discovery issues | JFC | 0.30 |
| 08/13/12 | Revisions to initial discovery | JDP | 0.20 |
| ■■■■ | ■■■■■■■■ | ■■ | ■■ |
| 08/16/12 | Attention to discovery issues | JFC | 0.50 |
| 08/20/12 | Email from J. Bowen regarding status; follow up regarding same; email from S. Morris with instructions to proceed | JFC | 0.60 |
| ■■■■ | ■■■■■■■■ | ■■ | ■■ |
| 08/21/12 | Attention to discovery issues regarding requests for production of documents, requests for admissions, notice of taking deposition | JFC | 1.20 |
| 08/23/12 | Revise discovery and initial disclosures | JDP | 0.90 |
| 08/23/12 | Review edits to discovery requests | JFC | 0.80 |
| 08/24/12 | Memo regarding upcoming deadlines and hearing dates under the scheduling order | JDP | 0.30 |
| ■■■■ | ■■■■■■■■ | ■■ | ■■ |
| 08/27/12 | Final edits to document requests, interrogatories and requests for admission and prepare service; continue to work on Rule 26(a) disclosures; draft letter requesting excusal from settlement conference | JDP | 3.30 |
| ■■■■ | ■■■■■■■■■ | ■■ | ■■ |
| 08/27/12 | Attention to emails regarding upcoming hearing and discovery schedule; review list of possible individuals with knowledge of claims and defenses; attention to loan file; retrieve names for initial disclosures; review memorandum in support of motion to dismiss and cases cited therein | JFC | 2.50 |
| 08/28/12 | Continuing work on Rule 26(a) disclosures; attention to service; draft responses to defendants' requests for production; prepare materials for status conference; review briefs and summary document | JDP | 5.50 |
| 08/28/12 | Work on discovery issues; review and revise disclosures to be made per rule 26(a); attention to settlement conference order; email from J. Bowen regarding discovery and telephone conference tomorrow; review emails from the clerk, J. Noel; telephone call from J. Bowen; review file for individuals with knowledge of claims and defenses; prepare for status conference | JFC | 3.50 |

Client No.: 0104614          September 28, 2012

Resp. Aty.: PJA          Bill No. 439261/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 08/29/12 | Attend status conference with Judge Almond; conference with J. Bowen; research and analyze possibility of preliminary injunction; conference with C. Fonda and memo to C. Fonda regarding electronic discovery | JDP | 6.10 |
| 08/29/12 | Prepare for status conference with Judge Lincoln Almand; attend status conference; telephone call to J. Bowen; attention to emails regarding discovery; telephone call from and telephone call to A. Weiner regarding electronic discovery; discussion regarding asset search and electronic discovery; review scheduling order | JFC | 4.20 |
| 08/30/12 | Research privilege issues; investigate O'Brien land transfers; review receivership pleadings; | JDP | 2.30 |
| 08/30/12 | Emails from J. Bowen; attention to asset search issues; telephone call from ▮▮▮ regarding asset search; attention to agreement with ▮▮▮; review revised order from the court altering the discovery schedule; evaluate issues regarding maintaining the attorney client privilege with ▮▮▮ | JFC | 2.80 |
| 08/31/12 | Conference with C. Fonda regarding status of document collection | JDP | 0.30 |
| 08/31/12 | Attention to discovery issues; execute engagement letter for ▮ ▮▮▮; review items for response to electronic discovery request; draft of discovery response; review emails from A. Wiener | JFC | 2.80 |

Total Hours for Matter 00051          ▮▮52.50

Total Time for Matter 00051          $15,390.00

Client No.: 0104614                                       September 28, 2012

Resp. Aty.:  PJA                                         Bill No. 439261/03SLW

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| ██████ | ██ | ███ | ███ |
| Coffey, James F. | 25.50 | 360.00 | 9,180.00 |
| ████████ | ██ | ██ | ██ |
| **Associates** | | | |
| ██████ | ██ | ██ | ██ |
| Persky, Jonathan D. | 27.00 | 230.00 | 6,210.00 |

Total Time for Matter 00051               ---███████ $15,390.00

Total for Services                         ---███████ $15,390.00

### Summary of Disbursements and Other Charges

| Date | Description | Total |
|---|---|---|
| 08/02/12 | Westlaw | 2.25 |
| 08/29/12 | Filing Fee | 50.00 |
| 08/29/12 | Postage | 0.45 |
| 08/29/12 | Westlaw | 55.58 |
| 08/30/12 | Westlaw | 21.95 |
| | **Total Disbursements and Other Charges** | $130.23 |

Total of This Bill                          ---███████ $15,520.23

Client No.: 0104614

October 28, 2012

Resp. Aty.: PJA

Bill No. 442624/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through September 30, 2012 in connection with the following:

**Matter Name:   Global Broadcasting of Southern New England LLC**
**Matter No.:      00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center: 8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 09/03/12 | Review list of discovery items to be addressed | JFC | 0.70 |
| 09/04/12 | Draft settlement conference statement | JDP | 1.80 |
| 09/04/12 | Research regarding e-discovery obligations; review settlement conference statement | JFC | 0.50 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 09/05/12 | Prepare and serve settlement conference statement | JDP | 0.30 |
| 09/05/12 | Prepare for meeting with J. Bowen to review discovery items; review notes regarding discovery from call with A. Wiener; email to J. Bowen regarding meeting to discuss discovery issues; attention to file; review Defendant's Confidential Settlement Conference Statement; emails to J. Persky | JFC | 2.90 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 09/06/12 | Meet with J. Bowen; follow up; review documents in J. Bowen file; revise responses to request for production; review O'Brien personal financial statements | JDP | 7.40 |

Client No.: 0104614          October 28, 2012

Resp. Aty.: PJA          Bill No. 442624/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 09/06/12 | Draft monthly update for bank; meet with J. Bowen regarding review of discovery requests propounded by O'Brien; attention to Rule 26; review electronic discovery rules regarding production of emails between counsel and receiver; review of loan file | JFC | 3.90 |
| 09/07/12 | Attention to response to document request; conference with J. Bardsley regarding access to electronic documents; voicemail for J. Dorsey regarding extension on document production | JDP | 1.50 |
| 09/07/12 | Attention to emails; telephone call regarding discovery items; review documents produced by bank including customer portfolio review report, risk rating change sheets, internal bank memoranda and watched asset reports for Global Broadcasting; discussion with J. Persky regarding discovery strategy; review email from ▇▇; attention to Quarterly Loss Assessment Form | JFC | 3.20 |
| 09/10/12 | Voicemail for J. Dorsey regarding extension of time to respond to discovery | JDP | 0.10 |
| 09/10/12 | Attention to discovery and prepare for mediation with Judge Almand; review settlement conference statement items sent by M. Russo and J. Dorsey | JFC | 3.50 |
| 09/11/12 | Conference with J. Bardsley regarding obtaining data for document review and litigation hold; emails with ▇▇ regarding investigation | JDP | 0.70 |
| 09/11/12 | Attention to emails regarding ▇▇ investigation; follow up regarding same; discussion regarding preliminary injunction; emails from ▇▇ and J. Persky regarding scope of investigation; review updated credit report on K. O'Brien; email to J. Bowen regarding meeting tomorrow in Providence; prepare for mediation; review pleadings and cases cited therein | JFC | 5.20 |
| 09/12/12 | Prepare for and attend settlement conference; meetings J. Bowen; research personal financial statements and emails with ▇▇; draft motion for preliminary injunction | JDP | 4.40 |
| 09/12/12 | Prepare for mediation; review file documents and pleadings; attend mediation session with Judge Almand; attention to email regarding information needed for preliminary injunction enjoining the transfer of assets; review emails from ▇▇; discussion with M. Russo | JFC | 6.20 |

Client No.: 0104614          October 28, 2012

Resp. Aty.: PJA          Bill No. 442624/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 09/20/12 | Evaluate results of ▮▮▮▮▮▮▮▮▮▮ report; telephone call to California counsel; consider strategy regarding pursuit of fraudulent conveyance action in California; attention to issues regarding trustee process defendants | JFC | 1.70 |
| ▮▮▮▮▮ | | ▮▮ | ▮▮ |
| 09/21/12 | Conference with J. Bardsley regarding document production issues; emails with Russo regarding response to document requests; continue drafting amended complaint; research additional causes of action; review documents for production | JDP | 5.40 |
| 09/21/12 | Research constructive trust and trustee process issues | RHG | 3.40 |
| 09/21/12 | Discussion regarding strategy for pursuing preliminary injunction, trustee process and fraudulent conveyance claims; telephone call to California counsel; emails regarding trustee process of accounts; attention to file documents and pleadings; telephone call and email regarding review of recommendations for pursuing recovery v. O'Brien; review emails from M. Russo; telephone call to J. Bowen; email from A. Wiener; email regarding trustee process actions | JFC | 4.50 |
| 09/22/12 | Review documents for production; continue drafting amended complaint; continue drafting motion to amend; work on memo in support of motion for preliminary injunction | JDP | 3.90 |
| 09/23/12 | Continue drafting memorandum in support of preliminary injunction; revisions to amended complaint | JDP | 5.00 |
| 09/23/12 | Research constructive trust and trustee process issues; draft Motion for Trustee Process Attachment | RHG | 4.50 |
| 09/24/12 | Attention to document production; telephone with ▮▮▮▮ regarding investigation; research regarding fraudulent transfers; finalize responses to document requests; continue researching and drafting memorandum in support of preliminary injunction | JDP | 6.00 |
| 09/24/12 | Attention to Amended Complaint; draft and edit Motion for Trustee Process Attachment and Memorandum | RHG | 5.30 |
| 09/24/12 | Review email from A. Wiener; attention to Watched Asset Reports; discussion whether any bank policy document with respect to forbearance might be discoverable; attention to other discovery issues; conference call regarding production of documents; attention to emails regarding call with California counsel | JFC | 2.20 |

Client No.: 0104614          October 28, 2012

Resp. Aty.: PJA          Bill No. 442624/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 09/25/12 | Telephone with Matt McGowan; telephone with Steve Bovarnick; telephone with J. Bowen; finalize and serve responses to document requests; finalize and serve document production; attention to email discovery | JDP | 4.80 |
| 09/25/12 | Attention to Amended Complaint; draft and edit Motion for Trustee Process Attachment and Memorandum | RHG | 6.40 |
| 09/25/12 | Evaluate issues and develop litigation strategy; telephone call to M. McGowan regarding status with case and documents sought by K. O'Brien; telephone call to S. Bovarnick, proposed California counsel; telephone call to J. Bowen regarding response to document request and litigation issues; review and revise verified amended complaint; memorandum of law in support thereof; review case law cited therein; attention to emails | JFC | 4.40 |
| 09/26/12 | Continue revisions to amended complaint; continue revisions to memorandum in support of preliminary injunction; communicate with vendor on electronic discovery; emails with J. Bowen regarding facts; review draft of motion for trustee process | JDP | 3.10 |
| 09/26/12 | Draft and edit Motion for Trustee Process Attachment and Memorandum | RHG | 4.30 |
| 09/26/12 | Review of memorandum of law; attention to Verified Amended Complaint; evaluate legal issues concerning parallel action in California; research regarding same; review balance owed to Sovereign as alleged in complaint; develop strategy regarding trustee process attachments | JFC | 3.30 |
| 09/27/12 | Review discovery responses; email ▮▮▮▮; continue drafting court filings | JDP | 5.10 |
| 09/27/12 | Draft and edit Motion for Trustee Process Attachment and Memorandum; conduct research on trustee process and writ of attachment | RHG | 1.70 |
| 09/27/12 | Review and revise pleadings; attention to issues regarding trustee process; review K. O'Brien's responses to requests for admissions and first set of interrogatories; evaluate strategy for preliminary injunction | JFC | 4.80 |
| 09/28/12 | Review documents produced by O'Brien; review discovery responses; edits to amended complaint; edits to memorandum in support of preliminary injunction; edits to motion to compel; telephone conferences with S. Bovarnick and J. Bowen; email to Russo regarding discovery deficiencies | JDP | 5.40 |

| | |
|---|---|
| Client No.: 0104614 | October 28, 2012 |
| Resp. Aty.: PJA | Bill No. 442624/03SLW |

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 09/28/12 | Research for and draft Motion to Compel | RHG | 6.60 |
| 09/28/12 | Evaluate issues relating to bank accounts maintained by K. O'Brien; review case law and rules regarding obtainment/standards for temporary restraining orders and preliminary injunction; coordinate filing of Motion for preliminary injunctions; evaluate strategy with local counsel; review discovery response documents produced by K. O'Brien; attention to expert witness disclosure deadline and evaluate whether bank will need experts; email from M. Russo; email from S. Morris regarding Bank's lack of a forbearance policy | JFC | 5.40 |
| 09/29/12 | Revisions to amended complaint, memorandum in support of preliminary injunction, and motion to amend; emails with S. Bovarnick and review cases; review documents for production; prepare exhibits | JDP | 5.10 |
| 09/29/12 | Research for and draft Motion to Compel; edit and cite check Motion to Amend the Complaint and Motion for Preliminary Injunction | RHG | 2.00 |
| 09/29/12 | Review and revise memo in support of motion to amend complaint and memo in support of motion for preliminary injunction | JFC | 0.80 |
| 09/30/12 | Legal research regarding personal jurisdiction and naming of spouse under CUFTA; revisions to motion to amend complaint and research concerning supplementation; continue document review | JDP | 7.20 |

Total Hours for Matter 00051          181.4

Total Time for Matter 00051          $49,964.00

---

Client No.: 0104614

October 28, 2012

Resp. Aty.: PJA

Bill No. 442624/03SLW

---

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| ███████ | ██ | ███ | ███ |
| Coffey, James F. | 63.40 | 360.00 | 22,824.00 |
| ████████████████ | ██ | ███ | ██ |
| **Associates** | | | |
| Gallup, Rebecca H. | 34.20 | 230.00 | 7,866.00 |
| ███████████ | ██ | ███ | ██ |
| Persky, Jonathan D. | 83.80 | 230.00 | 19,274.00 |

Total Time for Matter 00051 --████████ $49,964.00

Total for Services --████████ $49,964.00

### Summary of Disbursements and Other Charges

| Date | Description | Total |
|---|---|---|
| 08/29/12 | Federal Express | 49.23 |
| 08/31/12 | Computer Aided Research | 4.20 |
| 08/31/12 | Computer Aided Research | 90.80 |
| 09/04/12 | Westlaw | 4.35 |
| 09/06/12 | Messenger Delivery | 18.25 |
| 09/13/12 | Messenger Delivery | 15.75 |
| 09/13/12 | Westlaw | 46.68 |
| 09/14/12 | Westlaw | 18.07 |
| 09/18/12 | Federal Express | 17.04 |
| 09/19/12 | Taxi-Passenger | 11.00 |
| 09/19/12 | Westlaw | 239.73 |
| 09/20/12 | Westlaw | 30.15 |
| 09/21/12 | Westlaw | 96.03 |
| 09/23/12 | Westlaw | 196.10 |
| 09/24/12 | Westlaw | 111.51 |
| 09/24/12 | Telephone | 0.12 |

| Client No.: 0104614 | | October 28, 2012 |
|---|---|---|
| Resp. Aty.:  PJA | | Bill No. 442624/03SLW |

| | | |
|---|---|---|
| 09/25/12 | Westlaw | 197.41 |
| 09/25/12 | Telephone | 0.20 |
| 09/26/12 | Westlaw | 39.11 |
| 09/27/12 | Westlaw | 184.29 |
| 09/28/12 | Westlaw | 63.29 |
| 09/29/12 | Westlaw | 66.29 |
| 09/30/12 | Westlaw | 268.39 |
| 09/30/12 | Computer Aided Research | 50.20 |
| | **Total Disbursements and Other Charges** | $1,818.19 |

Total of This Bill                                                                     $51,782.19