Client No.: 0104614          November 13, 2012

Resp. Aty.: PJA          Bill No. 442715/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention: John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through October 31, 2012 in connection with the following:

**Matter Name:**   **Global Broadcasting of Southern New England LLC**
**Matter No.:**     **00051**

**Billing Contact: Paul J. Ayoub, Esq. (Telephone no.: 617-439-2270)**

**Cost Center: 8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 10/01/12 | Finalize and file motion to amend, amended complaint and motion for preliminary injunction; calls with court clerk; conference with S. Bovarnick; continue document review; draft motion to extend deadlines; revisions to motion to compel | JDP | 8.30 |
| 10/01/12 | Draft and edit Motion to Compel | RHG | 1.90 |
| ███ | ███████████ | ██ | ██ |
| ███ | ███████████ | ██ | ██ |
| 10/01/12 | Conference call with Attorney Steven Bovarnick regarding conforming pleadings for later use in California; telephone call to docketing clerk regarding hearing date for motion; review and revise all pleadings; review email from J. Bowen; emails from S. Bovarnick | JFC | 2.10 |
| 10/02/12 | Attention to document review and production; draft and serve bank subpoenas; revisions to motion to compel; status update to J. Coffey; prepare subpoenas | JDP | 5.70 |
| 10/02/12 | Attention to monthly update; evaluate issues with regard to motion to compel | JFC | 0.50 |
| 10/03/12 | Call with ███; edits to motion to extend time; emails with S. Bovarnick | JDP | 0.60 |
| 10/03/12 | Prepare for conference call with Judge Lisi | JFC | 1.00 |

Client No.: 0104614          November 13, 2012

Resp. Aty.: PJA          Bill No. 442715/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 10/04/12 | Attention to privilege log; prepare for telephonic hearing; attend telephonic hearing; conference with Russo; draft stipulated preliminary injunction; continue document review; research personal jurisdiction issue | JDP | 6.90 |
| 10/04/12 | Attention to issues raised on conference call with Judge Lisi; prepare for conference call with opposing counsel; conference call with M. Russo regarding terms of stipulated order on preliminary injunction and motion to amend complaint; review emails from S. Bovarnick | JFC | 3.50 |
| 10/05/12 | Continue research regarding personal jurisdiction issue; finalize and file motion to extend time; review documents | JDP | 0.90 |
| 10/05/12 | Evaluate strategy for litigation; attention to emails from S. Bovarnick; review draft of motion to extend deadlines for discovery; telephone call to M. Russo; review order issued by the court; email from M. Russo; attention to details regarding proposal to do carve out for estate planning | JFC | 2.80 |
| 10/08/12 | Review documents in connection with collection of Nutter emails for review and production; conference with B. Mack regarding strategy; draft trial subpoena; e-mail and voicemail to J. Bowen regarding hearing; research jurisdictional issues with service of subpoena | JDP | 5.50 |
| 10/08/12 | Attention to Privilege Log and Redaction Log; draft Redaction Log | RHG | 0.60 |
| 10/08/12 | Review issues relating to obtainment of preliminary injunction; attention to subpoena to be served; email to M. Russo | JFC | 1.00 |
| 10/09/12 | Telephone with J. Bowen regarding evidentiary hearing; prepare exhibits and cross-examination outlines; attention to document production and privilege log; prepare affidavit regarding noncompliance with meet and confer obligations; attention to service of process of trial subpoena; review materials in preparation for preliminary injunction argument and evidentiary hearing | JDP | 7.80 |
| 10/09/12 | Draft Redaction and Privilege Logs | RHG | 5.80 |
| 10/09/12 | Telephone call to M. Russo regarding order on preliminary injunction; email from M. Russo; review and revise subpoena to K. O'Brien; follow up regarding terms of stipulated order on preliminary injunction; review motion to extend deadlines; review emails from S. Bovarnick | JFC | 0.80 |

# Nutter, McClennen & Fish, LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                                      November 13, 2012

Resp. Aty.: PJA                                                          Bill No. 442715/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 10/10/12 | Prepare O'Brien cross examination for evidentiary hearing on Motion for preliminary Injunction; attention to Bowen direct exam; attention to document production; review and mark up Russo draft of stipulated PI; emails and telephone calls with S. Bovarnick; telephone conference with M. Russo | JDP | 6.10 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮ |
| 10/10/12 | Draft Redaction and Privilege Logs | RHG | 7.50 |
| 10/10/12 | Work on Stipulated Order regarding preliminary injunction; emails and telephone calls regarding same; email from S. Bovarnick; email from M. Russo | JFC | 1.20 |
| 10/11/12 | Finalize stipulated preliminary injunction and emails with Russo; draft motion for entry of preliminary injunction; telephone with J. Bowen; attention to document review and production | JDP | 2.60 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮ |
| 10/11/12 | Draft Redaction and Privilege Logs | RHG | 4.50 |
| 10/12/12 | Telephone conference with J. Bowen; review, prepare and finalize document production | JDP | 1.00 |
| 10/12/12 | Review Court Order cancelling evidentiary hearing on Monday in light of stipulation order; attention to document production | JFC | 1.10 |
| 10/14/12 | Review and edit R. Gallup draft of privilege log; follow-up email | JDP | 1.00 |
| 10/15/12 | Draft Redaction and Privilege Logs | RHG | 4.80 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮ |
| 10/15/12 | Attention to file; review emails from S. Bovarnick | JFC | 0.40 |
| 10/16/12 | Telephone conference with J. Bowen regarding case status; revisions to privilege log | JDP | 0.60 |
| 10/16/12 | Draft Redaction and Privilege Logs | RHG | 5.50 |
| 10/16/12 | Attention to emails from S. Bovarnick; review of order entered by the Court; review engagement letter terms with J. Bowen; discussion regarding opposition to motion to amend complaint | JFC | 0.80 |
| 10/17/12 | Draft Redaction and Privilege Logs | RHG | 4.60 |
| 10/17/12 | Attention to issues raised by local counsel concerning fraudulent conveyance actions; email from S. Bovarnick | JFC | 0.50 |

Client No.: 0104614     November 13, 2012

Resp. Aty.: PJA     Bill No. 442715/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 10/18/12 | Revisions to privilege log; review opposition to motion to amend and legal research concerning standing to oppose; conference with S. Bovarnick | JDP | 2.30 |
| 10/18/12 | Attention to privilege log; conference call with S. Bovarnick; review opposition to bank's motion to amend complaint; review emails from S. Bovarnick; telephone call to J. Bowen | JFC | 1.50 |
| 10/19/12 | Transmit privilege log to opposing counsel with reminder re: discovery obligations; begin drafting reply brief to motion to amend; email to team regarding reply brief strategy | JDP | 3.90 |
| 10/19/12 | Research standing issues | RHG | 1.10 |
| 10/19/12 | Attention to court filings and orders entered by the court; emails from S. Bovarnick; attention to pleadings filed; review privilege log | JFC | 1.20 |
| 10/20/12 | Research standing issues; review defendant's Amended Counterclaim | RHG | 1.20 |
| 10/21/12 | Review O'Brien's motion to amend counterclaim | JDP | 0.80 |
| 10/21/12 | Review O'Brien memorandum in support of motion to amend counterclaim | JFC | 0.50 |
| 10/22/12 | Telephone conference with J. Bowen; assess response to motion to amend counterclaim | JDP | 1.50 |
| 10/22/12 | Research alter ego and fraudulent conveyance issues | RHG | 2.70 |
| 10/22/12 | Telephone call from J. Bowen regarding status; email from S. Bovarnick regarding conference call | JFC | 0.20 |
| 10/23/12 | Draft subpoenas; conference with S. Bovarnick; attention to emails concerning discovery; draft reply brief | JDP | 2.80 |
| 10/23/12 | Conference S. Bovarnick regarding California complaint | RHG | 0.50 |
| 10/23/12 | Attention to emails regarding bank records; instructions regarding subpoena for bank records; review email form J. Dorsey regarding document production | JFC | 0.50 |
| 10/24/12 | Attention to issuance and service of subpoenas; conference with S. Bovarnick; begin drafting opposition to motion to amend | JDP | 2.00 |
| 10/24/12 | Attention to service of subpoenas duces tecum | JFC | 0.50 |
| 10/26/12 | Draft partial withdrawal of motion to amend; conference with First Republic counsel; emails with S. Bovarnick | JDP | 1.00 |

Client No.: 0104614            November 13, 2012

Resp. Aty.: PJA            Bill No. 442715/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 10/27/12 | Review and comment on draft of California fraudulent transfer filing | JDP | 0.90 |
| 10/28/12 | Prepare reply brief and withdrawal motion for filing | JDP | 0.20 |
| 10/28/12 | Review documents produced by O'Brien | JFC | 1.00 |
| 10/29/12 | Revisions and filing of reply brief; attention to notice of deposition; review drafts of California complaint against Sonja O'Brien | JDP | 1.10 |
| 10/29/12 | Review and edit California complaints | RHG | 1.10 |
| ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮ | ▮▮ | ▮▮ |
| 10/29/12 | Review and revise pleadings regarding fraudulent conveyance action in California; attention to emails from S. Bovarnick | JFC | 1.00 |
| 10/30/12 | Review drafts of California complaints; emails and calls with S. Bovarnick | JDP | 1.00 |
| 10/30/12 | Attention to emails regarding filing of complaint in California; email to J. Bowen regarding execution of verification pages; review copies of filed complaints in California actions | JFC | 1.00 |
| 10/31/12 | Call with Roger Rubin regarding claims against Sonja O'Brien; follow up email | JDP | 0.50 |
| ▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 10/31/12 | Attention to emails regarding service of Complaint upon California defendants and telephone call from counsel to Sonja O'Brien; attention to litigation summary; review email from J. Dorsey regarding defendant's document production; emails form S. Bovarnick regarding Roger Rubin | JFC | 1.40 |

Total Hours for Matter 00051          ----------▮▮ 131.30

Total Time for Matter 00051          --▮▮▮▮▮▮ $33,384.00

Client No.: 0104614                                              November 13, 2012

Resp. Aty.:  PJA                                                 Bill No. 442715/03SLW

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| ███████ | ███ | ███ | ██████ |
| Coffey, James F. | 24.50 | 360.00 | 8,820.00 |
| ███████████████ | | | |
| | ███ | ███ | ████ |
| **Associates** | | | |
| Gallup, Rebecca H. | 41.80 | 230.00 | 9,614.00 |
| Persky, Jonathan D. | 65.00 | 230.00 | 14,950.00 |
| ██████████ | ███ | ███ | ███ |

Total Time for Matter 00051                          ----------$33,384.00

Total for Services                                        ----------$33,384.00

### Summary of Disbursements and Other Charges

| Date | Description | Total |
|---|---|---|
| 10/01/12 | Westlaw | 1.95 |
| 10/02/12 | Investigations & Reports - █████████ | 10,000.00 |
| 10/02/12 | Westlaw | 30.30 |
| 10/04/12 | Westlaw | 73.95 |
| 10/05/12 | Westlaw | 34.83 |
| 10/08/12 | Westlaw | 54.52 |
| 10/09/12 | Client Supplies | 3.99 |
| 10/12/12 | Westlaw | 3.75 |
| 10/18/12 | Lexis | 18.00 |
| 10/18/12 | Westlaw | 97.37 |
| 10/19/12 | Westlaw | 156.35 |
| 10/21/12 | Westlaw | 52.61 |
| 10/22/12 | Certificates - Good Standing | 15.00 |
| 10/22/12 | Federal Express | 12.54 |
| 10/22/12 | Westlaw | 92.90 |

# Nutter, McClennen & Fish, LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                      November 13, 2012

Resp. Aty.:  PJA                                         Bill No. 442715/03SLW

| | | |
|---|---|---|
| 10/23/12 | Westlaw | 10.20 |
| 10/24/12 | Service of Process | 96.00 |
| 10/24/12 | Service of Process | 63.00 |
| 10/24/12 | Westlaw | 12.60 |
| 10/27/12 | Westlaw | 12.93 |

**Total Disbursements and Other Charges**                    $10,842.79

Total of This Bill                                           $44,226.79

Client No.: 0104614          December 12, 2012

Resp. Aty.: PJA          Bill No. 445316/03SLW

Sovereign Bank New England
75 State Street
Boston, MA 02109

Attention: John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through November 30, 2012 in connection with the following:

**Matter Name:** **Global Broadcasting of Southern New England LLC**
**Matter No.:** **00051**

**Billing Contact: Paul J. Ayoub, Esq. (Telephone no.: 617-439-2270)**

**Cost Center: 8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 11/01/12 | Review court decision granting motion to amend; finalize and file amended complaint; email to R. Gallup about written discovery | JDP | 1.10 |
| 11/01/12 | Attention to email regarding Roger Rubin, counsel to S. O'Brien; review order entered by the court granting Motion to Amend Complaint; review email from J. Bowen; review emails from S. Bovarnick and M. Russo; attention to monthly update; attention to Notice of Pendency of California action; conference call regarding California actions | JFC | 1.20 |
| 11/02/12 | Draft Second Request for Production | RHG | 1.90 |
| 11/02/12 | Attention to monthly update; review multiple emails from S. Bovarnick regarding Sovereign vs. Morgan Estates, LLC; attention to discovery matters; follow up with S. Bovarnick regarding items to be addressed in California actions | JFC | 2.10 |
| 11/03/12 | Draft second request for production of documents | JDP | 3.00 |
| 11/04/12 | Draft opposition to motion to amend counterclaim | JDP | 2.60 |
| 11/05/12 | Conference with Dana Scheer and Sonja Thadhari and Bailard regarding subpoena; Review correspondence from Union Bank and voicemail; edits to opposition to motion to amend; prepare monthly litigation update; review motion to quash and legal research regarding same; attention to emails; notes regarding agenda items and upcoming tasks | JDP | 2.90 |

Client No.: 0104614          December 12, 2012

Resp. Aty.: PJA          Bill No. 445316/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 11/05/12 | Attention to issue of subpoena for Cox Communications; review response to subpoena issued to Union Bank; review emails from S. Bovarnick regarding Motion to Quash; attention to interspousal deed issue; attention to documents requested to be produced by Bailard; email regarding same; attention to monthly update for Sovereign Bank | JFC | 2.70 |
| ▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉ | ▉▉ |
| 11/06/12 | Revise opposition to motion to amend; check N.D. Cal. docket; draft opposition to motion to quash; further research in support of motion to quash; call with Union Bank and follow-up email regarding Bailard | JDP | 1.00 |
| ▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉ | ▉▉ |
| 11/06/12 | Attention to emails; review motion to quash; review case law sent by S. Bovarnick regarding proper jurisdiction for filing motion to quash; follow up regarding subpoenas; develop strategy for deposition of K. O'Brien, S. O'Brien and broker; review response from D. Scheer regarding Bailard response to subpoena | JFC | 2.20 |
| 11/07/12 | Draft opposition to motion to quash; finalize opposition to motion to amend and file; emails with Bovarnick; telephone conference with J. Bowen | JDP | 6.10 |
| 11/07/12 | Review outstanding agenda items to be completed regarding motion to quash; subpoenas to be served; responses to subpoenas to date; review of discovery produced by K. O'Brien; review email from J. Bowen; review emails from S. Bovarnick; review email from J. Dorsey; review second document request; review opposition to motion to quash | JFC | 2.50 |
| 11/08/12 | Finalize and file opposition to motion to quash; draft subpoenas; telephone conference with S. Bovarnick regarding discovery; draft amended Rule 26 disclosures; draft interrogatories; telephone conference with J. Dorsey | JDP | 4.10 |
| ▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉ | ▉▉ |
| 11/08/12 | Attention to interrogatories; review email from S. Bovarnick; review opposition to Motion to Quash; revise same; attention to deposition of K. O'Brien; review emails regarding avoidance of service of process; review memo in support of opposition to Motion to Quash | JFC | 2.70 |

# Nutter, McClennen & Fish, LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614        December 12, 2012

Resp. Aty.: PJA        Bill No. 445316/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 11/09/12 | E-mails concerning O'Brien's hiring of California counsel; finalize and serve document requests, interrogatories and notice of deposition; subpoena to Steve Rice | JDP | 2.00 |
| 11/09/12 | Attention to interrogatories; review updated docket; attention to deposition of K. O'Brien; attention to emails regarding subpoenas from S. Bovarnick; attention to emails regarding refusal to accept service of process by S. O'Brien | JFC | 1.80 |
| 11/10/12 | Review email from D. Cerveny regarding motion to quash; attention to emails to S. Bovarnick; review email regarding criminal attorney representing S. O'Brien | JFC | 0.60 |
| 11/12/12 | Draft subpoena to Steve Rice; emails with S. Bovarnick | JDP | 1.70 |
| 11/12/12 | Attention to file; email regarding J. Bowen deposition; review email from S. Bovarnick; attention to O'Brien litigation summary | JFC | 1.00 |
| 11/13/12 | Prepare for meeting with John Bowen regarding deposition; meet with John Bowen | JDP | 3.50 |
| 11/13/12 | Review order entered by court regarding hearing on Motion to Amend Complaint; follow up regarding same; review email from M. Boersch; email from S. Bovarnick; review email from D. Cerveny | JFC | 1.20 |
| 11/14/12 | Attention to preparation for Monday hearing; emails with Russo regarding O'Brien's deposition; research documents in preparation for Bowen deposition; review answer and counterclaim and research potential motion to strike | JDP | 1.10 |
| 11/14/12 | Review email from M. Russo; attention to logistical issues with K. O'Brien's deposition; emails from S. Bovarnick; attention to letter to the court; edit same; attention to answer to amended complaint; review counterclaim filed by K. O'Brien; attention to file regarding hearing on Monday; telephone call regarding hearing on motion to quash subpoena | JFC | 3.50 |
| 11/15/12 | Defend John Bowen's deposition; review cases in preparation for hearing; review Becca Gallup's research on motion to strike and perform additional research; draft ConforMIS protective orde; e-mail update to team | JDP | 6.20 |
| 11/15/12 | Research and draft legal memorandum regarding counterclaims | RHG | 5.20 |
| 11/15/12 | Attention to emails from M. Boersch regarding acceptance of service of subpoenas; emails from S. Bovarnick regarding M. Boersch; attention to file | JFC | 1.00 |

Client No.: 0104614          December 12, 2012

Resp. Aty.: PJA          Bill No. 445316/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 11/16/12 | Prepare for 11/19 hearing on motion to quash/motion to dismiss | JDP | 0.90 |
| 11/16/12 | Research for and draft legal memorandum regarding counterclaims | RHG | 1.70 |
| 11/16/12 | Review order from J. Almond excusing attendance of counsel; attention to emails | JFC | 0.20 |
| 11/18/12 | Prepare for November 19 hearing on motion to quash and motion to amend counterclaim | JDP | 4.40 |
| 11/19/12 | Prepare for and participate in hearing on motion to quash and motion to amend; draft proposed order on motion to quash; investigate issue with Union Bank subpoena | JDP | 6.30 |
| 11/19/12 | Prepare for hearing; attend hearing on Motion to Quash Subpoenas and Motion to Amend Answer and Counterclaim; review emails from S. Bovarnick | JFC | 3.10 |
| 11/20/12 | Conference with John Bowen; review California motion to quash and analyze possible responses; attention to transmittal of draft order regarding motion to quash; e-mails with ConforMIS regarding protective order and order on motion to quash | JDP | 2.40 |
| 11/20/12 | Review emails from S. Bovarnick; review motions to quash subpoenas in California; follow up regarding same; review orders entered by court regarding hearing yesterday; follow up with S. Bovarnick; email to S. Bovarnick; telephone call from ████ | JFC | 1.70 |
| 11/21/12 | Research sanctions motion; analyze strategy for responding to motion to quash and deposition; conference with Unionbanc regarding subpoena; finalize Conformis protective order and motion for entry | JDP | 0.90 |
| 11/21/12 | Attention to motions to quash and strategy regarding California action | JFC | 0.50 |
| 11/26/12 | Review N.D. Cal. docket pertaining to motion to quash | JDP | 0.20 |
| 11/26/12 | Review order referring matter to magistrate judge; review ConforMIS confidentiality protective order; follow up regarding same; review email from M. Russo regarding confidentiality order | JFC | 0.80 |
| 11/27/12 | Attention to emails from S. Bovarnick | JFC | 0.30 |
| 11/28/12 | Attention to receipt of Bowen deposition transcript and transmittal to client | JDP | 0.20 |

Client No.: 0104614                                                December 12, 2012

Resp. Aty.: PJA                                                    Bill No. 445316/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 11/28/12 | Review email from J. Dorsey regarding conform MIS confidentiality protective order; review deposition transcript of J. Bowen; review email from S. Bovarnick with attached discovery guidelines | JFC | 1.60 |
| 11/29/12 | Review and make edits to O'Brien draft of confidentiality protective order; summarize status of outstanding subpoenas | JDP | 2.50 |
| 11/29/12 | Review consent confidentiality order; emails from S. Bovarnick regarding same; attention to file | JFC | 0.80 |
| 11/30/12 | Prepare quarterly status update; attention to Judge Spero's California order re motion to quash | JDP | 0.30 |
| 11/30/12 | Attention to quarterly update; review order to meet and confer with counsel to K. O'Brien sent by S. Bovarnick; attention to docket | JFC | 0.30 |

Total Hours for Matter 00051                                       █ 94.00

Total Time for Matter 00051                                        █ $25,754.00

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| **Partners** | | | |
| Coffey, James F. | 31.80 | $360.00 | $11,448.00 |
| █ | █ | █ | █ |
| **Associates** | | | |
| Gallup, Rebecca H. | 8.80 | 230.00 | 2,024.00 |
| █ | █ | █ | █ |
| Persky, Jonathan D. | 53.40 | 230.00 | 12,282.00 |

Total Time for Matter 00051                                        █ $25,754.00

Total for Services                                                 █ $25,754.00

| Client No.: 0104614 | December 12, 2012 |
|---|---|
| Resp. Aty.:  PJA | Bill No. 445316/03SLW |

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|
| 10/31/12 | Computer Aided Research | 47.50 |
| 11/01/12 | Westlaw | 17.73 |
| 11/06/12 | Westlaw | 22.13 |
| 11/07/12 | Westlaw | 60.82 |
| 11/15/12 | Lexis | 456.00 |
| 11/15/12 | Westlaw | 202.48 |
| 11/16/12 | Westlaw | 3.53 |
| 11/18/12 | Westlaw | 71.75 |
| 11/19/12 | Westlaw | 35.28 |
| 11/20/12 | Federal Express | 17.33 |
| 11/21/12 | Westlaw | 25.98 |
| | **Total Disbursements and Other Charges** | $960.53 |

Total of This Bill                                                          $26,714.53

Client No.: 0104614                                    January 30, 2013

Resp. Aty.: PJA                                        Bill No. 447956/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:  John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through December 31, 2012 in connection
with the following:

**Matter Name:  Global Broadcasting of Southern New England LLC**
**Matter No.:     00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center: 8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 12/03/12 | Attention to confidentiality protective order (.3); draft monthly case update (.7); draft amended initial disclosures (.4); review and comment on draft opposition to motion to quash (1.8) | JDP | 3.40 |
| 12/03/12 | Review and revise draft Stipulated Confidentiality Protective Order; attention to monthly update | JFC | 0.60 |
| 12/04/12 | Attention to confidentiality protective order (.3); conference with Dorsey regarding extension of time to complete document production (.1); voicemail for Guardian Life Insurnace Co. (.1); draft reply to counterclaim (2.5); prepare index of key documents (1.2) | JDP | 4.10 |
| 12/04/12 | Attention to email regarding K. O'Brien's response to second round of document requests; email from S. Bovarnick; attention to monthly update | JFC | 0.50 |
| 12/05/12 | Prepare for and attend meet and confer call with S. Bovarnick and M. Boersch (.7); prepare answer to counterclaim (.9) | JDP | 1.60 |
| 12/05/12 | Review email from S. Bovarnick regarding Martha Boersch; attention to confidentiality order; emails regarding same; attention to answer to counterclaim | JFC | 0.70 |
| ██████ | ██████████████████████████████ | ███ | ███ |
| 12/06/12 | Draft motion to enter confidentiality order (.3); call with Union Bank (.2); attention to correspondence regarding California motion to quash (1.0) | JDP | 1.50 |

# Nutter, McClennen & Fish, LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                              January 30, 2013

Resp. Aty.: PJA                                          Bill No. 447956/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 12/06/12 | Review draft email to M. Boersch; attention to issues regarding Union Bank and Bailard accounts and document production; review emails from S. Bovarnick regarding California action | JFC | 1.10 |
| 12/07/12 | Review summary judgment motion (.7); finalize confidentiality protective order (.3) | JDP | 1.00 |
| 12/07/12 | Attention to file and telephone call from ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮; follow up regarding same; attention to discovery issues and J. Dorsey's request for extension to file written responses to our document requests; review motion for summary judgment filed by K. O'Brien; emails regarding same; review statement of undisputed facts submitted with K. O'Brien's motion for summary judgment | JFC | 2.80 |
| 12/08/12 | Draft email to opposing counsel regarding deposition scheduling and other discovery matters | JDP | 1.10 |
| 12/08/12 | Attention to issues raised with respect to production of Mr. O'Brien's records; email from M. Boersch; emails from S. Bovarnick regarding California action and discovery dispute; respond to same; attention to outstanding discovery issues in Rhode Island action; emails regarding same | JFC | 1.30 |
| 12/09/12 | Begin preparing materials in opposition to O'Brien's motion for summary judgment and Sovereign's cross-motion for summary judgment and analyze strategy | JDP | 2.10 |
| 12/09/12 | Continued review of Motion for Summary Judgment filed by K. O'Brien; develop strategy regarding cross motion for summary judgment to be filed by the bank | JFC | 0.50 |
| 12/10/12 | Review drafts of status report by S. Bovarnick | JDP | 0.50 |
| 12/10/12 | Attention to emails regarding interrogatory responses; review email from S. Bovarnick | JFC | 0.30 |
| 12/11/12 | Call with John Bowen (.2); motion for extension of time (.1); review reply brief re motion to quash (.1); review correspondence regarding California motion hearing (.1) | JDP | 0.70 |
| 12/11/12 | Review M. Boersch's reply to Sovereign Bank's Opposition to Motion to Quash Subpoena's; review email from S. Bovarnick; attention to notice of conference call with Judge Spero | JFC | 0.60 |

Client No.: 0104614                                          January 30, 2013

Resp. Aty.: PJA                                          Bill No. 447956/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 12/12/12 | Attention to scheduling of telephonic hearing in California (.2); prepare for and attend telephonic hearing, including follow-up calls (1.2); conference with Bowen regarding answer (1.1); revisions to answer (.5); research document database in connection with summary judgment brief (1.2); review draft interrogatory response and prepare letter to counsel (.8) | JDP | 5.10 |
| 12/12/12 | Review emails regarding telephonic hearing with the honorable J. Spero; attention to revised answer to counterclaim; email from S. Bovarnick; email from J. Dorsey and review of answers to Sovereign Bank's interrogatories | JFC | 1.80 |
| 12/13/12 | Draft disputed facts in connection with summary judgment brief (1.0); draft motion to compel interrogatory responses (1.0); coordinate agreement and filing on stipulated protective order (1.5); attention to interrogatory responses (.5) | JDP | 4.00 |
| 12/13/12 | Review email from S. Bovarnick regarding letter to J. Dorsey and M. Russo regarding interrogatory responses; review joint motion to enter into stipulated confidentiality protective order; review proposed order; email from M. Boersch; email form J. Dorsey | JFC | 1.50 |
| 12/14/12 | Finalize answer to counterclaim (.4); draft motion to compel (1.0); conference with J. Dorsey (.3); filing of motion for extension regarding summary judgment filing (.2); draft letters to subpoena recipients and attention to service (1.7) | JDP | 3.60 |
| 12/14/12 | Review emails regarding answer to counterclaim; review order denying the motion to quash subpoenas | JFC | 0.40 |
| 12/16/12 | Continue to draft motion to compel interrogatory responses (1.2); work on summary judgment documents (1.2); legal research (.2) | JDP | 2.60 |
| 12/17/12 | Legal research in connection with summary judgment motion (.4); revisions to motion to compel (.5) | JDP | 0.90 |
| 12/17/12 | Review third-party document production from Conformis; attention to emails regarding Conformis production; attention to motion to compel further answers to interrogatories; emails regarding same | JFC | 1.20 |
| 12/18/12 | Continue drafting summary judgment papers (1.5); prepare for Bowen meeting (1.0); attention to third-party document discovery, including drafting Steve Rice subpoena and review S. Bovarnick drafts of discovery in California case (3.3) | JDP | 5.80 |

Client No.: 0104614                                                                    January 30, 2013

Resp. Aty.: PJA                                                               Bill No. 447956/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 12/18/12 | Attention to emails regarding extension of time to file briefs on summary judgment; review emails from S. Bovarnick; attention to discovery issues | JFC | 1.00 |
| 12/19/12 | Conference wtih J. Dorsey regarding discovery issues (.3); draft motion to compel (1.4); prepare Rice subpoenas (.7); meet with J. Bowen regarding summary judgment brief (2.7); review documents produced by First Republic (1.1) | JDP | 6.20 |
| 12/19/12 | Work on discovery issues; review emails from S. Bovarnick; review motion to compel further interrogatory answers; attention to subpoenas to S. Rice and Rice Financial Group | JFC | 2.90 |
| 12/20/12 | Meet with J. Bowen regarding summary judgment filing (3.0); revisions to motion to compel and file (1.9); subpoena to JP Morgan (.5); emails regarding subpoenas (.5); | JDP | 6.10 |
| 12/20/12 | Review spreadsheet analysis of First Republic Bank accounts regarding fraudulent transfers; review documents produced by First Republic Bank; emails from S. Bovarnick; review subpoena to J.P. Morgan | JFC | 3.50 |
| 12/21/12 | Research and continue drafting summary judgment motion (2.0); attention to outstanding discovery issues (1.2); prepare amended notice of deposition and scheduling with court reporter (.2); conference with Dorsey and receipt of document responses (.2); review responses to document requests (.3) | JDP | 3.90 |
| 12/21/12 | Emails from M. Russo regarding proposed settlement offer; forward same to bank; continued attention to discovery items including motion to compel; emails from S. Bovarnick; review CBS writ of attachment and analysis of station valuation in light of same; attention to deposition of K. O'Brien and amended notice of deposition to be served; review email form J. Dorsey; review K. O'Brien's responses to interrogatories | JFC | 4.20 |
| 12/22/12 | Continue drafting Bowen affidavit in support of summary judgment | JDP | 2.30 |
| 12/23/12 | Continue to work on summary judgment brief and affidavit | JDP | 4.90 |
| 12/24/12 | Continue working on Bowen affidavit in support of summary judgment | JDP | 1.30 |
| 12/25/12 | Continue drafting summary judgment materials (2.9); attention to O'Brien's responses to document requests (.3) | JDP | 3.20 |
| 12/26/12 | Continue to draft summary judgment papers (1.7); Conference with J. Bowen regarding affidavit (1.0) | JDP | 2.70 |

Client No.: 0104614                                           January 30, 2013

Resp. Aty.:  PJA                                      Bill No. 447956/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 12/26/12 | Attention to J. Bowen affidavit; continued review of discovery items; attention to deadline for filing motion for summary judgment; review email from S. Bovarnick | JFC | 1.50 |
| 12/27/12 | Continue drafting summary judgment materials including revisions to Bowen affidavit | JDP | 3.60 |
| 12/28/12 | Conference with J. Bowen regarding affidavit (.7); draft email to opposing counsel regarding document responses (.3); revisions to affidavit and continue drafting summary judgment documents (2.7) | JDP | 3.70 |
| 12/28/12 | Attention to emails from M. Russo regarding settlement offer; reply to same; attention to revised affidavit for J. Bowen; review file | JFC | 1.00 |
| 12/29/12 | Continue to draft summary judgment brief; additional legal research | JDP | 6.20 |
| 12/30/12 | Continue to work on summary judgment brief (4.3); draft motion to extend case deadlines (.9) | JDP | 5.20 |
| 12/31/12 | Continue drafting summary judgment materials; (2.5) attention to Schwab document production (.5) | JDP | 3.00 |

Total Hours for Matter 00051                                    117.70

Total Time for Matter 00051                                  $30,633.00

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| **Partners** | | | |
| Coffey, James F. | 27.40 | 360.00 | 9,864.00 |
| **Associates** | | | |
| Persky, Jonathan D. | 90.30 | 230.00 | 20,769.00 |

Total Time for Matter 00051                                  $30,633.00

Total for Services                                           $30,633.00

Client No.: 0104614 | January 30, 2013
--- | ---
Resp. Aty.: PJA | Bill No. 447956/03SLW

### Summary of Disbursements and Other Charges

| Date | Description | Total |
|------|-------------|-------|
| 11/16/12 | Mileage, Tolls, Parking | 17.00 |
| 11/30/12 | Computer Aided Research | 50.00 |
| 12/03/12 | Photocopy Charges for 34 pages at .10 per page | 3.36 |
| 12/04/12 | Photocopy Charges for 870 pages at .10 per page | 87.00 |
| 12/04/12 | Westlaw | 17.73 |
| 12/05/12 | Photocopy Charges for 4 pages at .10 per page | 0.36 |
| 12/11/12 | Photocopy Charges for 49 pages at .10 per page | 4.92 |
| 12/11/12 | Lexis | 24.00 |
| 12/12/12 | Photocopy Charges for 164 pages at .10 per page | 16.44 |
| 12/13/12 | Photocopy Charges for 162 pages at .10 per page | 16.20 |
| 12/14/12 | Photocopy Charges for 54 pages at .10 per page | 5.40 |
| 12/16/12 | Westlaw | 36.97 |
| 12/18/12 | Photocopy Charges for 408 pages at .10 per page | 40.80 |
| 12/19/12 | Photocopy Charges for 20 pages at .10 per page | 2.04 |
| 12/19/12 | Westlaw | 61.42 |
| 12/20/12 | Photocopy Charges for 179 pages at .10 per page | 17.88 |
| 12/20/12 | Westlaw | 1.95 |
| 12/21/12 | Photocopy Charges for 282 pages at .10 per page | 28.20 |
| 12/21/12 | Record Research | 82.46 |
| 12/23/12 | Westlaw | 27.48 |
| 12/26/12 | Photocopy Charges for 10 pages at .10 per page | 0.96 |
| 12/28/12 | Photocopy Charges for 89 pages at .10 per page | 8.88 |
| 12/28/12 | Lexis | 30.00 |
| 12/28/12 | Westlaw | 91.25 |
| 12/29/12 | Westlaw | 198.54 |
| 12/30/12 | Westlaw | 190.44 |

**Total Disbursements and Other Charges**          $1,061.68

Total of This Bill          $31,694.68

Client No.: 0104614                                    February 21, 2013

Resp. Aty.:  PJA                                         Bill No. 449894/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through January 31, 2013 in connection with
the following:

**Matter Name:    Global Broadcasting of Southern New England LLC**
**Matter No.:       00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 01/01/13 | Continue drafting summary judgment brief and related materials, including statement of undisputed facts | JDP | 3.00 |
| 01/01/13 | Attention to email to M. McGowan regarding pleadings needed from the receivership proceeding | JFC | 0.10 |
| 01/02/13 | Revise summary judgment brief and statement of facts (6.2); conference with JP Morgan regarding subpoena (.1) | JDP | 6.30 |
| 01/02/13 | Review deadline for expert witness disclosures; attention to draft motion for summary judgment; review and revise memorandum of law in support of motion for summary judgment; attention to Sovereign Bank monthly update; review and revise draft affidavit for J. Bowen; review statement of undisputed facts and revise same; email from M McGowan; email from J. Dorsey; attention to discovery issues and deposition of K. O'Brien | JFC | 6.10 |
| 01/03/13 | Further revisions to summary judgment documents, including brief and statement of facts | JDP | 5.20 |
| 01/03/13 | Review email from M. Russo regarding K. O'Brien deposition; attention to K. O'Brien's failure to comply with discovery requests per Second Request for Production of Documents; review Answer to Sovereign Bank's complaint filed by Moelleken; emails form S. Bovarnick; review transcript from telephonic hearing | JFC | 3.80 |
| 01/04/13 | Finalize and file summary judgment materials (8.3); conference with J. Dorsey regarding discovery issues (.1) | JDP | 8.40 |

Client No.: 0104614                                              February 21, 2013

Resp. Aty.: PJA                                              Bill No. 449894/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 01/04/13 | Attention to J. Bowen affidavit; email from A. Wiener; review brief in support of Motion for Summary Judgment; final review of pleadings to be submitted to court | JFC | 2.20 |
| 01/07/13 | Prepare monthly update (.7); review UBS document production (1.5); review motion to bifurcate (.7) | JDP | 2.90 |
| 01/07/13 | Attention to monthly update; attention to UBS document production; review response to Motion to Compel further interrogatory answers filed by K. O'Brien; review Motion to Bifurcate filed by K. O'Brien and Memorandum of Law in support thereof; emails from S. Bovarnick | JFC | 3.80 |
| 01/08/13 | Attention to emails from J. Bowen and others regarding motion to bifurcate | JDP | 0.10 |
| 01/08/13 | Review Motion to Bifurcate and Memo; email to J. Bowen | JFC | 0.90 |
| 01/09/13 | Conference with J. Bowen (.5); attention to Comerica subpoena (.3); attention to review of bank records (2.0); begin drafting opposition to motion to bifurcate (.3); draft motion to compel document requests (1.8) | JDP | 4.90 |
| 01/09/13 | Research re: bifurcation | HSB | 1.00 |
| 01/09/13 | Attention to invoices sent by local counsel; review subpoena to Comerica Bank; attention to discovery issues | JFC | 1.90 |
| █████ | █████████████████████████ | ████ | ███ |
| 01/10/13 | Email to Dorsey regarding document requests (.1); review documents related to Global Restaurant Group (.4); draft motion to compel further responses to document requests (2.9) | JDP | 3.40 |
| 01/10/13 | Research and analyze Rule 42(b) bifurcation cases in First Circuit | HSB | 8.50 |
| 01/10/13 | Review/revise motion to compel; attention to K. O'Brien deposition | JFC | 1.20 |
| 01/11/13 | Emails concerning O'Brien's document production (.4); draft motion to compel document production (3.7); draft opposition to motion to bifurcate (1.5) | JDP | 5.60 |
| 01/11/13 | Researching bifurcation caselaw; analyzing and drafting strategy for opposition to motion to bifurcate | HSB | 5.50 |

Client No.: 0104614                                          February 21, 2013

Resp. Aty.: PJA                                          Bill No. 449894/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 01/11/13 | Attention to discovery items in dispute; review email responses from J. Dorsey and M. Russo; attention to proposed dates for deposition of K. O'Brien; review and revise motion to compel; emails from S. Bovarnick; review further edits to motion to compel | JFC | 3.20 |
| 01/13/13 | Attention to review of O'Brien financial documents, including emails to Bailard and Steve Rice | JDP | 0.40 |
| 01/13/13 | Researching bifurcation cases in search of bench trials versus jury trials | HSB | 1.00 |
| 01/13/13 | Analyze flow of funds transferred by K. O'Brien; review multiple emails from S. Bovarnick regarding K. O'Brien's assets; attention to trademark filings; review subpoena to S. Rice; discussion regarding further discovery | JFC | 3.20 |
| ███ | ████████████████████████████████ | ███ | ███ |
| 01/14/13 | Opposition to motion to bifurcate claims | JDP | 2.60 |
| 01/14/13 | Attention to emails from local counsel regarding real estate assets of K. O'Brien; discussion regarding discovery items to follow up on; review emails from J. Dorsey and M. Russo | JFC | 1.70 |
| 01/15/13 | Attention to receipt and review of subpoenaed documents from JP Morgan and Bailard | JDP | 3.00 |
| 01/15/13 | Research and analyze case law regarding not staying discovery despite granting bifurcation | HSB | 1.50 |
| 01/15/13 | Emails regarding discovery issues; attention to K. O'Brien children's trust; attention to Bailard, Inc. discovery; review email regarding Steven Rice's reluctance to testify against K. O'Brien; attention to accountant and client privilege issue; emails from S. Bovarnick; follow up regarding same; review draft memo in opposition to motion to bifurcate | JFC | 3.60 |
| 01/16/13 | Draft opposition to motion to bifurcate | JDP | 3.40 |
| 01/16/13 | Additional search and case analysis regarding not staying discovery despite granting bifurcation | HSB | 1.50 |
| ███ | ████████████████████████████████ | ███ | ███ |

Client No.: 0104614                                        February 21, 2013

Resp. Aty.: PJA                                            Bill No. 449894/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 01/16/13 | Draft email to J. Bowen regarding California counsel invoices; review and revise memorandum in opposition to motion to bifurcate | JFC | 1.50 |
| 01/17/13 | Continue drafting opposition to motion to bifurcate | JDP | 2.60 |
| 01/17/13 | Editing O'Brien memo in opposition to motion to bifurcate and deposition preparation, specifically creating asset disbursement chronology | HSB | 1.00 |
| 01/17/13 | Attention to Memorandum of Law in support of Opposition to Motion to Bifurcate; attention to document requests | JFC | 1.50 |
| 01/18/13 | Revisions to opposition to motion to bifurcate | JDP | 0.20 |
| 01/18/13 | Deposition preparation, specifically reviewing First Republic Bank, UBS, and GRG Accounts for large transfers | HSB | 3.20 |
| 01/18/13 | Review and revise memorandum of law in opposition to motion to bifurcate; follow up regarding same; attention to emails regarding deposition of K. O'Brien and discovery issues; review emails from J. Dorsey | JFC | 1.80 |
| 01/19/13 | Work on amended Rule 26 disclosures | JDP | 0.80 |
| 01/21/13 | Telephone with Dorsey (.1); finalize objection to motion to bifurcate (1.9) | JDP | 2.00 |
| 01/21/13 | Attention to emails regarding Amended Rule 26(a)(1) disclosures; review email from S. Bovarnick; attention to revised memo and outstanding discovery; review flow of transferred assets | JFC | 2.50 |
| 01/22/13 | Finished reviewing Trust Accounts and building chronology of asset deposits, withdrawals, and transfer for use in upcoming deposition | HSB | 2.90 |
| 01/23/13 | Research regarding sanctions and various emails (1.3); conference with Dorsey (.2); conference with Rice (.2) | JDP | 1.70 |
| 01/23/13 | Review order from J. Lisi regarding allowance of motion to extend time to file response to Cross Motion for summary judgment; work on discovery; attention to K. O'Brien's counsel's interference with subpoena to S. Rice; instructions regarding same; review case law regarding interference with subpoenas | JFC | 2.80 |
| 01/24/13 | Emails with Russo concerning O'Brien deposition scheduling; attention to O'Brien financial documents | JDP | 1.00 |

Client No.: 0104614                                February 21, 2013

Resp. Aty.: PJA                                    Bill No. 449894/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 01/24/13 | Money transfer chronology in preparation for deposition | HSB | 0.50 |
| 01/24/13 | Discussion regarding discovery items; emails from M. Russo; emails from S. Bovarnick | JFC | 1.00 |
| 01/25/13 | Attention to emails from M. Russo regarding deposition; review file regarding additional discovery to obtain; email form S. Bovarnick | JFC | 1.90 |
| 01/26/13 | Attention to file/case law on subpoenas | JFC | 1.50 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 01/28/13 | Email to Dorsey regarding document production (.2); review O'Brien's brief in opposition to motion to compel and draft reply (.9) | JDP | 1.10 |
| 01/28/13 | Review email regarding subpoena to S. Rice and document production; attention to multiple emails from S. Bovarnick; review response to Motion to Compel production of documents; attention to discovery matters; review motion to extend time filed by K. O'Brien; review memo of law filed by K. O'Brien | JFC | 2.20 |
| 01/29/13 | Draft reply brief in support of motion to compel documents (4.0); draft memorandum to client regarding case status and strategy (4.3); review summary judgment filings (1.5); various emails (.5) | JDP | 10.30 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 01/29/13 | Email to S. Bovarnick regarding obtaining copies of signature cards for all K. O'Brien accounts; evaluate issues and develop strategy regarding discovery; attention to email from M. Russo and issue of obtaining invoices to bank for legal services; emails from S. Bovarnick; emails from J. Dorsey | JFC | 2.70 |
| 01/30/13 | Revisions to strategy memo and attention to discovery strategy (3.0); research reply brief in support of summary judgment (1.2); analyze possible motion for protective order (.8) | JDP | 5.00 |
| 01/30/13 | Research regarding "apex" doctrine and motions for protective order | HSB | 1.20 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |

# Nutter, McClennen & Fish, LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614 | February 21, 2013
Resp. Aty.: PJA | Bill No. 449894/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 01/31/13 | Legal research concerning availability of protective order against Sovereign depositions (1.0); attention to client memorandum concerning case strategy and next steps (1.0); review O'Brien's summary judgment filing (.4) | JDP | 2.40 |
| 01/31/13 | Research and analyze "apex" doctrine; start draft motion for protective order | HSB | 4.60 |

Total Hours for Matter 00051      -      159.80

Total Time for Matter 00051       $43,397.00

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| **Partners** | | | |
| Coffey, James F. | 51.10 | $360.00 | $18,396.00 |
| **Associates** | | | |
| Blackwood, Hilary S. | 32.40 | 230.00 | 7,452.00 |
| Persky, Jonathan D. | 76.30 | 230.00 | 17,549.00 |

Total Time for Matter 00051       $43,397.00

Total for Services       $43,397.00

| | |
|---|---|
| Client No.: 0104614 | February 21, 2013 |
| Resp. Aty.: PJA | Bill No. 449894/03SLW |

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|
| 12/01/12 | Transcripts of Testimony - John Bowen | 227.55 |
| 12/14/12 | Federal Express | 23.00 |
| 12/14/12 | Federal Express | 25.27 |
| 12/31/12 | Computer Aided Research | 44.80 |
| 12/31/12 | Service of Process | 803.27 |
| 01/02/13 | Westlaw | 103.20 |
| 01/04/13 | Service of Process | 302.75 |
| 01/10/13 | Westlaw | 51.07 |
| 01/11/13 | Certificates - of Inc & All Amend/Mrgr - Delaware | 165.40 |
| 01/11/13 | Westlaw | 13.05 |
| 01/14/13 | Westlaw | 13.65 |
| 01/15/13 | Certificates - of Inc & All Amend/Mrgr - Delaware | 78.20 |
| 01/16/13 | Westlaw | 1.95 |
| 01/17/13 | Westlaw | 3.45 |
| 01/23/13 | Westlaw | 17.88 |
| 01/29/13 | Westlaw | 3.75 |
| 01/30/13 | Westlaw | 36.63 |
| 01/31/13 | Westlaw | 62.50 |

| | | |
|---|---|---|
| | **Total Disbursements and Other Charges** | $1,977.37 |

Total of This Bill  $45,374.37

Client No.: 0104614                            March 26, 2013

Resp. Aty.: PJA                              Bill No. 451924/03SLW

Sovereign Bank New England
75 State Street
Boston, MA   02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through February 28, 2013 in connection with the following:

**Matter Name:**   **Global Broadcasting of Southern New England LLC**
**Matter No.:**     **00051**

**Billing Contact:  Paul J. Ayoub, Esq. (Telephone no.:  617-439-2270)**

**Cost Center:  8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 02/01/13 | Prepare for and attend telephone conference with S. Morris and J. Bowen (.8); legal research regarding motion for protective order (1.8) | JDP | 2.60 |
| 02/01/13 | Drafting motion for protective order and affidavit researching documents on Concordance to see/determine Juan Davilas involvement with Global Account | HSB | 3.00 |
| 02/01/13 | Review multiple emails from S. Bovarnick; attention to deposition details; review documents produced to date; consider motion to compel future production of documents; attention to file; consider motion for preliminary injunction to restrain future transfers of assets; attention to case history memorandum; review notice of deposition for M. Lee | JFC | 5.20 |
| 02/02/13 | Draft emergency motion for protective order and reply brief in support of summary judgment | JDP | 3.20 |
| 02/02/13 | Continued review of file and documents produced to date; review multiple emails from S. Bovarnick; attention to deposition of Morgan Estates; review bio details regarding S. Rice; attention to press release concerning S. Rice; attention to deposition notices issued to Sovereign Bank | JFC | 4.20 |
| 02/03/13 | Draft reply brief in support of summary judgment and emergency motion for protective order | JDP | 7.40 |

Client No.: 0104614                                              March 26, 2013

Resp. Aty.: PJA                                              Bill No. 451924/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 02/03/13 | Reviewing J. Persky's brief for protective order; searching for harassment cases in the context of the apex doctrine | HSB | 0.50 |
| 02/03/13 | Review confirmation of scheduling and Notice of Deposition for K. O'Brien's wife; review notice of deposition for Morgan Estates; instructions regarding deposition notices; emails from S. Bovarnick | JFC | 1.80 |
| 02/04/13 | Continue drafting emergency motion for protective order (2.0); revisions to Rice letter and various emails regarding same (1.0) | JDP | 3.00 |
| 02/04/13 | Drafting motion for protective order and affidavit for Juan Davila and re-drafting as per discussion with J. Persky | HSB | 5.20 |
| 02/04/13 | Work on discovery issues; review draft letter to S. Rice regarding subpoena compliance and filing motion to compel; multiple emails from S. Bovarnick; review email from M. Russo regarding alternate deposition dates for M. Russo; review counter claimants Expert Witness Disclosure and Exhibit A; attention to Juan Davilla affidavit in support of Motion for Protective Order | JFC | 4.70 |
| 02/05/13 | Prepare for and attend conference with Russo (.5); Summary email to Bowen and Morris (.5); Draft motion for protective order (4.0) | JDP | 5.00 |
| 02/05/13 | Research what constitutes legitimate "estate planning purpose" versus illegitimate "estate planning purpose" | HSB | 4.20 |
| ███ | ██████████████████████████████████ | ███ | ███ |
| 02/05/13 | File review; develop strategy; review discovery; analyze summary judgment arguments; telephone conference with Mark Russo; follow-up communications regarding same | EPM | 4.70 |
| ███ | ██████████████████████████████ | ███ | ███ |
| 02/06/13 | Attention to research regarding estate-planning defense (.5); draft reply brief in support of motion for summary judgment (3.8); email to client requesting information for Davila and Lee affidavits (.6) | JDP | 4.90 |
| 02/06/13 | Research regarding what constitutes legitimate "estate planning purpose" versus illegitimate "estate planning purpose" (review articles, federal and state law); conference with J. Persky regarding research findings and next steps; formulating questions for Juan Davila; organizing preparation of filings binder for E. Magnuson | HSB | 10.20 |

| Client No.: 0104614 | | March 26, 2013 |
|---|---|---|
| Resp. Aty.: PJA | | Bill No. 451924/03SLW |

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 02/06/13 | File review; develop strategy; outline motion for protective order; develop deposition strategy; communications with CA counsel; analyze summary judgment arguments | EPM | 5.00 |
| 02/07/13 | Email to Russo re depositions (.4); letter to Judge Almond (.3); attention to reply memorandum (1.2) | JDP | 1.90 |
| 02/07/13 | Finalize research; conference with P. Brown regarding estate planning; draft estate planning memorandum | HSB | 7.50 |
| 02/07/13 | File review; review summary judgment filings; draft opposition to motion for summary judgment; communications regarding affidavits for motion for protective order; analyze Guaranty | EPM | 3.80 |
| 02/08/13 | Revisions to reply brief in support of summary judgment | JDP | 4.30 |
| 02/08/13 | Case law research regarding extrinsic evidence when the contract is not ambiguous; drafting estate planning memorandum and cite check Sovereign reply brief in support of summary judgment | HSB | 3.80 |
| 02/08/13 | Draft/edit opposition to motion for summary judgment; analyze law and facts; review court papers and pleadings; develop strategy; communications regarding affidavits | EPM | 5.40 |
| 02/10/13 | Draft memorandum in support of motion for protective order | JDP | 1.50 |
| 02/10/13 | Further drafting of estate planning memorandum | HSB | 2.70 |
| 02/11/13 | Revisions to memorandum in support of motion for protective order | JDP | 1.90 |
| 02/11/13 | Review pleadings and court papers; edit/draft motion for protective order; review communications with client regarding affidavits; edit affidavit; develop strategy for oral argument on summary judgment | EPM | 2.00 |
| 02/12/13 | Attention to drafting of motion to stay discovery and motion for protective order | JDP | 3.50 |
| 02/12/13 | Conference with J. Persky regarding estate planning memorandum | HSB | 0.50 |
| ████ | ███████████████████ | ███ | ███ |
| 02/12/13 | Analyze discovery; review documents; develop strategy; outline/draft motion to stay; review research in connection with same | EPM | 4.00 |
| 02/13/13 | Revisions to motion to stay discovery | JDP | 2.10 |

Client No.: 0104614          March 26, 2013

Resp. Aty.: PJA          Bill No. 451924/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 02/13/13 | Proofreading and cite checking motion for partial stay of discovery | HSB | 1.00 |
| 02/13/13 | Draft motion for stay of discovery; draft motion for protective order; draft motion regarding hearing; analyze research; review discovery; develop strategy; communications with client | EPM | 7.50 |
| 02/14/13 | Attention to supplemental document production | JDP | 2.40 |
| 02/14/13 | Re-drafting estate planning memorandum | HSB | 4.50 |
| 02/14/13 | Develop strategy; communications with John Bowen and Steve Morris | EPM | 0.40 |
| 02/15/13 | Review documents for production (2.1); message for Dorsey (.1); attention to O'Brien finances (.3) | JDP | 2.60 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 02/18/13 | Analyzing Kevin O'Brien's bank accounts for chronology of transfers to be used for his deposition | HSB | 2.50 |
| 02/19/13 | Analyze estate planning defense (.8); attention to supplemental document production (1.6); attention to issues surrounding discovery cut-off date and draft motion to extend time for discovery (2.3) | JDP | 4.70 |
| 02/19/13 | Analyzing whether Kevin O'Brien has a valid estate planning defense; analyzing Kevin O'Brien's bank accounts for chronology of transfers to be used for his deposition | HSB | 5.00 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 02/20/13 | Analyzing whether Kevin O'Brien has a valid estate planning defense; analyzing Kevin O'Brien's bank accounts for chronology of transfers to be used for his deposition | HSB | 6.00 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| 02/21/13 | Call with Dorsey (.2); attention to issues regarding Rice subpoena and contempt (.4) | JDP | 0.60 |
| 02/21/13 | Analyzing and drafting memorandum regarding validity of Kevin O'Brien's estate planning defense | HSB | 5.30 |
| 02/22/13 | Attention to issues concerning Rice documents and email to counsel (.6); review Judge Almond decision and transmit to client (.4); attention to estate planning defense (.2) | JDP | 1.20 |

Client No.: 0104614         March 26, 2013

Resp. Aty.: PJA         Bill No. 451924/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 02/22/13 | Communications regarding discovery strategy | EPM | 0.40 |
| 02/25/13 | Prepare outline of summary judgment argument (2.7); prepare for hearing on motions to compel (.3) | JDP | 3.00 |
| 02/25/13 | Attention to discovery disputes and related matters; analyze summary judgment papers; review transcript and documents | EPM | 2.50 |
| ███████ | ███████████████████████████ | ███ | ███ |
| 02/26/13 | Prepare for and attend conference with Russo (.6); memorandum re estate planning defense (.7); prepare for hearing on motions to compel (1.7) | JDP | 3.00 |
| 02/26/13 | Analyzing Kevin O'Brien's bank accounts for transfer chronology to be used at his deposition | HSB | 3.70 |
| 02/26/13 | Review correspondence; email and telephone communications with opposing counsel regarding discovery; prepare for oral arguments | EPM | 1.50 |
| 02/27/13 | Prepare for hearings on summary judgment and discovery motions | JDP | 3.90 |
| 02/27/13 | Review record, cases, arguments; review pleadings and transcript; prepare for oral argument | EPM | 4.00 |
| ███████ | ███████████████████████████ | ███ | ███ |
| 02/28/13 | Review record; analyze arguments; prepare for summary judgment oral argument; analyze communications with opposing counsel | EPM | 6.00 |
| 02/28/13 | Researching and analyzing parole evidence rule in Rhode Island, whether forbearance is considered a remedy, and whether a Guaranty can become a liability for the beneficiary | HSB | 3.60 |
| 02/28/13 | Prepare for summary judgment and discovery motion hearings | JDP | 4.30 |

Total Hours for Matter 00051       ████ 199.3

Total Time for Matter 00051       ████ $54,042.00

Client No.: 0104614                                             March 26, 2013

Resp. Aty.:  PJA                                          Bill No. 451924/03SLW

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| Coffey, James F. | ▮ 15.90 | 360.00 | ▮ 5,724.00 |
| ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| Magnuson, Eric P. | 47.20 | 360.00 | 16,992.00 |
| **Associates** | | | |
| Blackwood, Hilary S. | 69.20 | 230.00 | 15,916.00 |
| Persky, Jonathan D. | 67.00 | 230.00 | 15,410.00 |
| ▮▮▮▮▮ | ▮ | ▮ | ▮ |

Total Time for Matter 00051                              ▮ $54,042.00

Total for Services                                       ▮ $54,042.00

### Summary of Disbursements and Other Charges

| Date | Description | Total |
|---|---|---|
| 02/01/13 | Telephone | 7.66 |
| 02/03/13 | Westlaw | 30.30 |
| 02/04/13 | Federal Express | 28.02 |
| 02/06/13 | Filing Fee | 50.00 |
| 02/06/13 | Federal Express | 13.07 |
| 02/06/13 | Westlaw | 4.80 |
| 02/08/13 | Westlaw | 115.35 |
| 02/11/13 | Service of Process | 149.00 |
| 02/12/13 | Westlaw | 9.75 |
| ▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮ | ▮▮ |

# Nutter, McClennen & Fish, LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Client No.: 0104614                                        March 26, 2013

Resp. Aty.:  PJA                                        Bill No. 451924/03SLW

| Date | Description | Amount |
|------|-------------|--------|
| 02/13/13 | Westlaw | 9.75 |
| 02/18/13 | Westlaw | 26.58 |
| 02/25/13 | Westlaw | 62.99 |
| 02/27/13 | Westlaw | 57.71 |
| 02/28/13 | Westlaw | 8.85 |
| 02/28/13 | Computer Aided Research | 53.20 |

**Total Disbursements and Other Charges**                739.11

Total of This Bill                                    $54,781.11

Client No.: 0104614             March 26, 2013

Resp. Aty.: PJA           Bill No. 451930/03SLW

Sovereign Bank New England
75 State Street
Boston, MA    02109

Attention:   John P. Bowen, Vice President

FOR PROFESSIONAL SERVICES rendered and unbilled through March 26, 2013 in connection with the following:

**Matter Name:**    **Global Broadcasting of Southern New England LLC**
**Matter No.:**       **00051**

**Billing Contact:**   **Paul J. Ayoub, Esq. (Telephone no.: 617-439-2270)**

**Cost Center: 8413 - Other LLB Workout**

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 03/01/13 | Prepare for and attend court hearing on summary judgment and discovery motions (3.6); follow-up research regarding prejudgment interest (.4) | JDP | 4.00 |
| 03/01/13 | Analyzing Kevin O'Brien's bank statements for chronology of transfers to be used for his deposition | HSB | 4.50 |
| ███ | ████████████████ | ███ | ███ |
| 03/01/13 | Prepare for oral argument; present oral argument on summary judgment; attend discovery hearing; multiple communications with client; develop collection strategy | EPM | 6.70 |
| 03/03/13 | Quarterly status report | JDP | 0.40 |
| 03/04/13 | Conference with Bowen (.2); Prepare damages assessment (2.0); review bank statements and prepare correspondence to Union Bank and UBS (1.5); prepare for O'Brien deposition (.4) | JDP | 3.90 |
| 03/04/13 | Analyzing O'Brien's bank accounts for chronology of transfers to be used for his deposition | HSB | 4.20 |
| ███ | ████████████████ | ███ | ███ |
| 03/04/13 | File review; review documents; develop collection strategy; develop deposition strategy; communications with client | EPM | 4.40 |

# Nutter, McClennen & Fish, LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

---

Client No.: 0104614                                              March 26, 2013

Resp. Aty.:  PJA                                          Bill No. 451930/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 03/05/13 | Prepare for O'Brien deposition (1.0); attention to damage calculation (.3); conference with Rob Migliaccio and follow up regarding drafts of Guaranty (.4); legal research and analyze cases regarding entitlement to prejudgment interest (1.0); attention to estate planning defense (.3); review of O'Brien's bank statements (.5); attention to communication from UBS (.3) | JDP | 3.80 |
| 03/05/13 | Analyzing Kevin O'Brien's bank accounts for chronology of transfers to be used for his deposition; attention to researching prejudgment interest rates | HSB | 7.20 |
| ■■■■ | ■■ | ■■ | ■■ |
| 03/05/13 | File review; develop discovery strategy; review documents; communications with client | EPM | 2.50 |
| 03/06/13 | Prepare monthly report (.4); Prepare for O'Brien deposition (1.2); emails with First Republic Bank (.1); attention to review of O'Brien bank transfers (.2); attention to motion for contempt against Rice (.1) | JDP | 2.00 |
| 03/06/13 | Analyzing Kevin O'Brien's bank accounts for chronology of transfers to be used for his deposition | HSB | 4.20 |
| ■■■ | ■■■■■■■■ | ■■ | ■■ |
| 03/07/13 | Review orders on motions to compel and emails to client (.3); attention to review of Bailard documents (.5); attention to emails regarding settlement (.3); prepare for O'Brien deposition (1.1) | JDP | 2.20 |
| 03/07/13 | Attention to analyzing Kevin O'Brien's bank accounts for chronology of transfers to be used for his deposition and Bailard e-mails | HSB | 7.20 |
| ■■■ | ■■■■■■■■ | ■■ | ■■ |
| 03/07/13 | Multiple communications with client; multiple communications with opposing counsel; review status; develop strategy; analyze communications and documents | EPM | 1.50 |
| 03/08/13 | Prepare for O'Brien deposition (0.7); correspondence with Russo (.2); review chronology of asset transfers (0.7); attention to motion for contempt re: Rice (1.0) | JDP | 2.60 |
| ■■■ | ■■■■■■■ | ■■ | ■■ |

Client No.: 0104614                                                                 March 26, 2013
Resp. Aty.:  PJA                                                                Bill No. 451930/03SLW

| Date | Description | Timekpr | Hours |
|---|---|---|---|
| 03/08/13 | Analyzing O'Brien's bank accounts for chronology of transfers to be used for his deposition (first phase of chronology completed) | HSB | 5.40 |
| 03/08/13 | Communications with client; review documents; analyze deposition issues; communications with opposing counsel; develop discovery strategy | EPM | 1.70 |
| 03/09/13 | Attention to emails | JDP | 0.10 |
| ███ | ███████████████████ | ███ | ███ |
| 03/10/13 | Revise motion to compel Rice documents and associated legal research (1.2); prepare for O'Brien deposition (2.6) | JDP | 3.80 |
| 03/11/13 | Respond to Bowen email regarding O'Brien document production (.4); edits to motion to compel compliance with subpoena (1.0); prepare for O'Brien deposition (2.3) | JDP | 3.50 |
| 03/11/13 | Revising and implementing O'Brien transfer chronology into estate planning memorandum | HSB | 3.30 |
| ███ | ███████████████████ | ███ | ███ |
| 03/11/13 | File review; communications with client regarding settlement financial discovery; develop strategy; outline discovery; review documents | EPM | 4.00 |
| 03/12/13 | Prepare for O'Brien deposition (2.7); review summary judgment decision and conferences regarding same (.5); ████████████████████████████; review billing records in connection with fee petition (1.3) | JDP | 4.5 |
| 03/12/13 | Updating Kevin O'Brien's transfer chronology to be used for his deposition | HSB | 2.00 |
| 03/12/13 | Communications with client; analyze court's decision on summary judgment; develop case and discovery strategy; communications regarding motion to compel in California action | EPM | 3.90 |
| 03/13/13 | ████████████████████ prepare for and attend telephone conference with Russo, and followup emails (1.2); research regarding fee petition and begin drafting fee petition (3.7); prepare for O'Brien deposition (.5) | JDP | 5.4 |
| 03/13/13 | Conference call with opposing counsel regarding deposition, settlement offer, and further document production | HSB | 0.50 |

Client No.: 0104614                                             March 26, 2013
Resp. Aty.: PJA                                           Bill No. 451930/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 03/13/13 | File review; prepare for and engage in telephone conference with Mark Russo; analyze settlement issues; communications regarding California actions; develop discovery strategy | EPM | 3.00 |
| 03/14/13 | Prepare for O'Brien deposition (1.8); work on fee petition (2.4); call with Jeannine Noel regarding mediation (.1); emails with Russo (.2) | JDP | 4.50 |
| 03/14/13 | Attention to analyzing deposition outline | HSB | 0.70 |
| 03/14/13 | Communications regarding fee application; review case law regarding fee application; review discovery; communications regarding deposition strategy and preparation | EPM | 0.70 |
| 03/15/13 | Email to J. Bowen regarding interest rates to be applied in fee petition (.2); prepare for O'Brien deposition (2.9); work on fee petition (.7) | JDP | 3.80 |
| 03/15/13 | Review documents; communications regarding deposition strategy and preparation | EPM | 0.50 |
| 03/17/13 | Prepare for O'Brien deposition | JDP | 2.50 |
| 03/18/13 | Prepare for and attend O'Brien deposition (2.4); attention to possible remedies for failure to appear at deposition (3.0); conference with J. Bowen (.2); review O'Brien document production (.8); attention to fee petition (.2); draft memorandum of law in support of motion for sanctions (1.0) | JDP | 7.60 |
| 03/18/13 | Attention to research regarding sanctions, meet and conferences, and motions to compel | HSB | 8.50 |
| ███ | ████████████████████ | ███ | ███ |
| 03/18/13 | Communications regarding Kevin O'Brien's failure to appear at deposition; discuss and outline motion for sanctions | EPM | 1.20 |
| 03/19/13 | Draft motion for sanctions (4.1); attention to fee petition (1.3); | JDP | 5.40 |
| 03/19/13 | Attention to research regarding motion for sanctions; reviewing motion for sanctions documents; analyzing documents produced on March 18 in preparation of Kevin O'Brien's deposition | HSB | 4.30 |
| ███ | ████████████████████ | ███ | ███ |
| 03/19/13 | Review and edit motion for sanctions; review case law; communications regarding strategy | EPM | 0.80 |
| ███ | ████████████████ | ███ | ███ |

Client No.: 0104614                                                                    March 26, 2013

Resp. Aty.:  PJA                                                                    Bill No. 451930/03SLW

| Date | Description | Timekpr | Hours |
|------|-------------|---------|-------|
| 03/20/13 | Draft fee petition and supporting documents (2.6); review O'Brien supplemental interrogatory answers (1.0); conference with J. Bowen (.3); review and analyze documents produced by O'Brien (.7); conference with Bovarnick regarding CA actions (.1); letter to Denise Vasquez regarding Union Bank subpoena (.2) | JDP | 4.90 |
| 03/20/13 | Attention to analyzing documents produced on March 18 and updating deposition chronology | HSB | 4.00 |
| 03/20/13 | Review interrogatory answers; communications regarding same | EPM | 0.40 |
| ███ | ████████████████████████████ | ███ | ███ |
| 03/21/13 | Work on fee petition (1.4); attention to memo from J. Roberts regarding estate planning (.5); | JDP | 1.90 |
| 03/21/13 | Attention to analyzing documents produced on March 18 and updating deposition chronology | HSB | 3.70 |
| ███ | ████████████████████████████ | ███ | ███ |
| 03/22/13 | Continue working on fee petition | JDP | 4.60 |
| 03/22/13 | Communications regarding moving case deadlines | EPM | 0.20 |
| 03/23/13 | Continue working on fee petition | JDP | 2.00 |
| 03/24/13 | Continue to work on fee petition | JDP | 2.50 |
| 03/25/13 | Continue to work on fee petition | JDP | 3.50 |
| 03/25/13 | Communications with client regarding fee petition; review and edit fee petition documents | EPM | 1.00 |

Total Hours for Matter 00051                                        ███  171.6

Total Time for Matter 00051                                        ███  42,635.00

| | |
|---|---|
| Client No.: 0104614 | March 26, 2013 |
| Resp. Aty.:  PJA | Bill No. 451930/03SLW |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| ▮ | ▮ | ▮ | ▮ |
| Magnuson, Eric P. | 30.8 | 360.00 | 11,088.00 |
| ▮ | ▮ | ▮ | ▮ |
| **Associates** | | | |
| Blackwood, Hilary S. | 59.70 | 230.00 | 13,731.00 |
| Persky, Jonathan D. | 53.2 | 230.00 | 12,236.00 |
| ▮ | ▮ | ▮ | ▮ |
| FEE APPLICATION | 27.9 | 200.00 | 5,580.00 |
| Total Time for Matter 00051 | | | 42,635.00 |
| Total for Services | | | 42,635.00 |

**Summary of Disbursements and Other Charges**

| Date | Description | Total |
|---|---|---|
| 03/01/13 | Mileage, Tolls, Parking | 85.17 |
| 03/04/13 | Facsimile Charges for 2 pages | 0.50 |
| 03/08/13 | Postage | 0.46 |
| 03/18/13 | Transcripts of Testimony - Kevin P. O'Brien | 335.00 |
| 03/21/13 | Facsimile Charges for 13 pages | 3.25 |
| 03/22/13 | Transcripts of Testimony | 138.75 |
| 03/25/13 | Copies of Record | 34.90 |
| | **Total Disbursements and Other Charges** | $598.03 |

| | |
|---|---|
| Total of This Bill | $43,233.03 |