
Exhibit 4

LAW OFFICES OF

# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ˢᵀ FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.
824 NORTH MARKET ST. STE 100
WILMINGTON, DE 19801-4937

October 8, 2012
Bill Number: 120028
Page 2

Matter Number: SOVBNK.0001     V. O'BRIEN, KEVIN P,

For Legal Services and Costs Advanced through September 30, 2012

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 09/29/12 | SHB | FURTHER RESEARCH; MEMOS RE COMMUNITY PROPERTY ISSUES. | 0.50 | 230.00 |
| 09/29/12 | SHB | LEGAL RESEARCH AND ANALYSIS OF INJUNCTION AND UFTA ISSUES IN CALIFORNIA AND RHODE ISLAND; MEMOS WITH CO-COUNSEL; OPEN FILE. | 3.00 | 1,380.00 |
| | | Total For Legal Services | 3.50 | $1,610.00 |

Total For This Bill     $1,610.00

SOVEREIGN BANK, N.A.
824 NORTH MARKET ST. STE 100
WILMINGTON, DE 19801-4937

November 8, 2012
Bill Number:    120426
Page 2

Matter Number: SOVBNK.0001     V. O'BRIEN, KEVIN P,

For Legal Services and Costs Advanced through October 31, 2012

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 10/01/12 | SHB | CONFERENCE CALL AND MEMOS WITH CO-COUNSEL; RESEARCH COMMUNITY PROPERTY ISSUES AND UFTA FORMS. | 2.25 | 1,035.00 |
| 10/04/12 | SHB | REVIEW/RESEARCH ESTATE PLANNING CARVE OUT ISSUE FROM INJUNCTION MEMOS WITH CO-COUNSEL. | 0.50 | 230.00 |
| 10/09/12 | SHB | MEMOS WITH CO-COUNSEL (5) TO ARRANGE FOR SERVICE OF PERSONAL APPEARANCE SUBPOENA. | 0.50 | 230.00 |
| 10/10/12 | SHB | CHECK STATUS OF SERVICE OF SUBPOENA; REVIEW AND COMMENT ON DRAFT PRELIMINARY INJUNCTION AND GUARANTEE. | 0.50 | 230.00 |
| 10/18/12 | SHB | CALL WITH JON AND JIM; INVESTIGATE, RESEARCH AND ANALYZE ISSUES SURROUNDING FRAUD TRANSFER AND COLLECTION. | 2.50 | 1,150.00 |
| 10/19/12 | SHB | RESEARCH AND ANALYSIS OF UFTA ISSUES AND MOTION. | 1.00 | 460.00 |
| 10/20/12 | SHB | RESEARCH FRAUD TRANSFER ISSUES. | 0.50 | 230.00 |
| 10/22/12 | SHB | RESEARCH AND ANALYSIS | 1.50 | 690.00 |
| 10/23/12 | SHB | CONFERENCE CALL WITH JON AND REBECCA TO DISCUSS FILINGS IN CALIFORNIA AND PROCEEDINGS IN RHODE ISLAND; REVIEW DISCOVERY DOCUMENTS. | 1.00 | 460.00 |
| 10/25/12 | SHB | MEMOS AND FOLLOW-UP RE SERVICE OF SUBPOENAS. | 0.40 | 184.00 |
| 10/26/12 | SHB | WORK ON COMPLAINT. | 4.25 | 1,955.00 |
| 10/29/12 | SHB | WORK ON COMPLAINTS FOR SAN FRANCISCO AND RIVERSIDE ACTIONS; INVESTIGATE AND ANALYZE; MEMOS WITH JON AND JIM. | 3.50 | 1,610.00 |
| 10/30/12 | SHB | REVISIONS TO COMPLAINTS FOR SAN FRANCISCO AND RIVERSIDE; MEMOS WITH JON AND JIM; FILE COMPLAINTS; ORDER DOCUMENTS FROM SECRETARY OF STATE. | 2.50 | 1,150.00 |
| 10/31/12 | SHB | MEMOS WITH CO-COUNSEL; INVESTIGATE BACKGROUND FOR WIFE'S ATTORNEY. | 0.25 | 115.00 |

SOVEREIGN BANK, N.A.
824 NORTH MARKET ST. STE 100
WILMINGTON, DE 19801-4937

November 8, 2012
Bill Number:  120426
Page 3

Total For Legal Services  21.15  $9,729.00

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 10/31/12 | RIVERSIDE COUNTY SUPERIOR COURT: FILING FEE FOR FIRST APPEARANCE | 450.00 |
| | Total For Costs Advanced | $450.00 |

Total For This Bill  $10,179.00

SOVEREIGN BANK, N.A.
824 NORTH MARKET ST. STE 100
WILMINGTON, DE 19801-4937

December 12, 2012
Bill Number:    121548
Page 2

Matter Number: SOVBNK.0001       V. O'BRIEN, KEVIN P,

For Legal Services and Costs Advanced through November 30, 2012

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 11/03/12 | SHB | MEMO WITH CO-COUNSEL RE COORDINATION OF DISCOVERY. | 0.10 | 46.00 |
| 11/06/12 | SHB | RESEARCH AND ANALYZE NEW DISCOVERY ISSUES; MEMOS WITH CO-COUNSEL; FOLLOW-UP ON RIVERSIDE ACTION. | 2.00 | 920.00 |
| 11/07/12 | SHB | PLEADINGS; SERVICE ISSUES; DISCOVERY; MEMOS; CALLS, ETC. | 4.75 | 2,185.00 |
| 11/19/12 | SHB | PREPARE NOTICE OF PENDENCY OF ACTION; MEMOS WITH JOHN RE ORDER GRANTING MOTION AND AMENDED COMPLAINT. | 0.75 | 345.00 |
| 11/20/12 | SHB | WORK ON CASE. | 2.00 | 920.00 |
| | | Total For Legal Services | 9.60 | $4,416.00 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 11/07/12 | WESTERN MESSENGER SERVICE, INC.: TO AND FROM SAN FRANCISCO SUPERIOR COURT 10/30/12 | 562.51 |
| 11/07/12 | SUNDOC FILINGS: FILING FEES | 46.00 |
| 11/07/12 | WHEELS OF JUSTICE, INC.: PROCESS SERVICE - UNION BANK NA | 75.00 |
| 11/07/12 | WHEELS OF JUSTICE, INC.: PROCESS SERVICE - BAILARD INC | 110.00 |
| 11/07/12 | WHEELS OF JUSTICE, INC.: PROCESS SERVICE - UBS FINANCIAL SERVICES INC | 155.00 |
| 11/07/12 | WHEELS OF JUSTICE, INC.: PROCESS SERVICE - CHARLES SCHWAB CORPORATION | 150.00 |
| 11/07/12 | WHEELS OF JUSTICE, INC.: PROCESS SERVICE - FIRST REPUBLIC BANK | 75.00 |
| 11/16/12 | PACIFIC COAST LEGAL SERVICES: PROCESS SERVICE - UNIONBANC SERVICES LLC | 97.00 |
| 11/26/12 | SAN FRANCISCO COUNTY RECORDER: RECORDING FEE | 30.00 |
| 11/27/12 | FEDEX: TO RIVERSIDE COUNTY SUPERIOR COURT 10/30/12 | 24.88 |
| 11/27/12 | FEDEX: FROM RIVERSIDE COUNTY SUPERIOR COURT 11/06/12 | 25.49 |

LAW OFFICES OF

# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.
824 NORTH MARKET ST. STE 100
WILMINGTON, DE 19801-4937

December 12, 2012
Bill Number:  121548
Page 3

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 11/27/12 | PACIFIC COAST LEGAL SERVICES: PROCESS SERVICE - MORGAN ESTATES LLC | 78.00 |
| 11/27/12 | WESTLAW CHARGES [SHB] - OCTOBER 2012 | 115.40 |
| | Total For Costs Advanced | $1,544.28 |
| | Total For This Bill | $5,960.28 |

LAW OFFICES OF

# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP

199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.
824 NORTH MARKET ST. STE 100
WILMINGTON, DE 19801-4937

December 12, 2012
Bill Number: 121549
Page 2

Matter Number: SOVBNK.0002    V. MORGAN ESTATES, LLC

For Legal Services and Costs Advanced through November 30, 2012

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 11/02/12 | SHB | REVIEW LLC FILINGS AND ANALYZE; DETAILED MEMO TO CO-COUNSEL WITH ANALYSIS OF FINDINGS. | 1.00 | 460.00 |
| 11/07/12 | SHB | PREPARE NOTICE OF PENDENCY OF ACTION FOR RIVERSIDE COUNTY ACTION; MEMOS WITH CO-COUNSEL; REVISE DRAFT OPPOSITION. | 1.25 | 575.00 |
| | | Total For Legal Services | 2.25 | $1,035.00 |

Total For This Bill    $1,035.00

LAW OFFICES OF

# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.
824 NORTH MARKET ST. STE 100
WILMINGTON, DE 19801-4937

December 12, 2012
Bill Number:  121550
Page 2

Matter Number: SOVBNK.0003        v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB)

For Legal Services and Costs Advanced through November 30, 2012

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 11/05/12 | SHB | MEMO WITH CO-COUNSEL; REVIEW MOTION TO QUASH; RESEARCH OPPOSITION TO MOTION TO QUASH; INVESTIGATE. | 2.00 | 920.00 |
| 11/26/12 | SHB | REVIEW ORDER OF ASSIGNMENT AND MAGISTRATE JUDGE PROCEDURES; MEMO TO CO-COUNSEL. | 0.25 | 115.00 |
| 11/29/12 | JAL | REVIEW FILE, MOTION TO QUASH; RESEACH AND DRAFT OPPOSITION | 5.80 | 2,175.00 |
| 11/30/12 | JAL | RESEARCH AND DRAFT OPPOSITION TO MOTION TO QUASH; REVIEW LOCAL RULES | 2.90 | 1,087.50 |
| | | Total For Legal Services | 10.95 | $4,297.50 |

Total For This Bill        $4,297.50

SOVEREIGN BANK, N.A.
ATTN: HEATHER WILSON, ADMINISTRATIVE ASSISTANT
619 ALEXANDER RD
PRINCETON, NJ 94540

January 16, 2013
Bill Number:    122051
Page 2

Matter Number: SOVBNK.0001        V. O'BRIEN, KEVIN P,

For Legal Services and Costs Advanced through December 31, 2012

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 12/18/12 | SHB | PREPARE FORM INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION; MEMOS WITH CO-COUNSEL. | 2.50 | 1,150.00 |
| 12/18/12 | SHB | ASSET SEARCH AND INVESTIGATION OF DERMYSTIQUE AND MOELLEKEN. | 0.50 | 230.00 |
| 12/31/12 | SHB | CHECK STATUS OF RESPONSIVE PLEADING; MEMO TO CO-COUNSEL RE ANSWER BEING FILED. | 0.20 | 92.00 |
| | | Total For Legal Services | 3.20 | $1,472.00 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 12/04/12 | RIVERSIDE COUNTY RECORDER: RECORDING FEES | 31.00 |
| 12/11/12 | PACIFIC COAST LEGAL SERVICES: PROCESS SERVICE | 96.00 |
| 12/11/12 | PACIFIC COAST LEGAL SERVICES: PROCESS SERVICE | 48.00 |
| | Total For Costs Advanced | $175.00 |

Total For This Bill        $1,647.00

LAW OFFICES OF

# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.
ATTN: HEATHER WILSON, ADMINISTRATIVE ASSISTANT
619 ALEXANDER RD
PRINCETON, NJ 94540

January 16, 2013
Bill Number:    122052
Page 2

Matter Number: SOVBNK.0002      V. MORGAN ESTATES, LLC

For Legal Services and Costs Advanced through December 31, 2012

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 12/18/12 | SHB | PREPARE FORM INTERROGATORIES, REQUESTS FOR ADMISSION AND REQUEST FOR PRODUCTION OF DOCUMENTS; MEMOS WITH CO-COUNSEL. | 2.50 | 1,150.00 |
| | | Total For Legal Services | 2.50 | $1,150.00 |

Total For This Bill        $1,150.00

SOVEREIGN BANK, N.A.
ATTN: HEATHER WILSON, ADMINISTRATIVE ASSISTANT
619 ALEXANDER RD
PRINCETON,  NJ  94540

January 16, 2013
Bill Number:    122053
Page 2

Matter Number: SOVBNK.0003        v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB)

For Legal Services and Costs Advanced through December 31, 2012

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 12/02/12 | SHB | RESEARCH AND WORK ON OPPOSITION TO MOTION. | 2.00 | 920.00 |
| 12/03/12 | JAL | PREPARE REQUEST FOR JUDICIAL NOTICE; REVIEW REVISED OPPOSITION | 1.30 | 487.50 |
| 12/03/12 | SHB | WORK ON OPPOSITION TO MOTION; MEMOS AND CALLS WITH CO-COUNSEL; CALLS WITH OPPOSING COUNSEL. | 4.75 | 2,185.00 |
| 12/05/12 | SHB | IN PERSON MEET AND CONFER WITH OPPOSING COUNSEL AS ORDERED BY COURT; FOLLOW UP CALL WITH CO-COUNSEL. | 1.50 | 690.00 |
| 12/07/12 | SHB | MEMOS WITH OPPOSING COUNSEL RE MEET & CONFER; MEMOS WITH CO-COUNSEL RE STATUS OF PRODUCTION. | 0.30 | 138.00 |
| 12/08/12 | SHB | MEMOS WITH CO-COUNSEL; REVIEW SUMMARY JUDGMENT MOTION. | 0.40 | 184.00 |
| 12/10/12 | SHB | PREPARE JOINT LETTER; MEMOS AND CALLS WITH OPPOSING COUNSEL; MEMOS WITH CO-COUNSEL; REVIEW REPLY TO OPPOSITION. | 3.00 | 1,380.00 |
| 12/11/12 | SHB | MEMO FROM COURT RE SCHEDULING HEARING; MEMOS WITH OPPOSING COUNSEL COORDINATING HEARING; MEMOS WITH CO-COUNSEL RE HEARING AND STRATEGY. | 0.75 | 345.00 |
| 12/12/12 | SHB | HEARING PREPARATION; DISCOVERY HEARING; CALL AND MEMOS WITH CO-COUNSEL; LEGAL RESEARCH; PROCEDURAL DEVELOPMENTS. | 2.75 | 1,265.00 |
| 12/15/12 | SHB | PREPARE LETTER TO COURT WITH ENTERED ORDER; MEMOS TO CO-COUNSEL WITH SERVICE OF SUBPOENA INFORMATION; MEMOS TO SUBPOENA RECIPIENTS RE ENTERED ORDER. | 1.25 | 575.00 |
| 12/17/12 | SHB | REVIEW, ANALYZE AND CONFER RESPONSES TO SUBPOENAS AND PRODUCED DOCUMENTS; MEMO TO CO-COUNSEL WITH ANALYSIS. | 0.30 | 138.00 |
| 12/17/12 | SHB | REVIEW AND ANALYZE DRAFT MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES; MEMOS TO CO-COUNSEL. | 0.75 | 345.00 |

LAW OFFICES OF

# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

SOVEREIGN BANK, N.A.
ATTN: HEATHER WILSON, ADMINISTRATIVE ASSISTANT
619 ALEXANDER RD
PRINCETON, NJ 94540

January 16, 2013
Bill Number:   122053
Page 3

| <u>Date</u> | <u>Atty</u> | <u>Legal Services</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| ███████ | ██ | ███████████████ | ██ | ██████ |
| 12/19/12 | SHB | MEMOS RE RICE SUBPOENAS (6); REVIEW AND ANALYZE FIRST REPUBLIC BANK'S DOCUMENT PRODUCTION; MEMOS REGARDING SETTLEMENT STRATEGY. | 1.75 | 805.00 |
| ███████████████████████████████████████████████ | | | | |
| 12/20/12 | SHB | PROCESS JP MORGAN CHASE SUBPOENA FOR SERVICE; SUGGEST REVISIONS; OBTAIN JUDGEMENT AND OTHER PLEADINGS FROM LOS ANGELES SUPERIOR COURT; MEMOS WITH JON AND JIM. | 1.25 | 575.00 |
| 12/24/12 | SHB | MEMOS WITH CO-COUNSEL RE SCHEDULING DEPOSITIONS AND CASE DEVELOPMENTS; COMPLETE ENGAGEMENT PACKAGE; REVIEW OUTSIDE COUNSEL GUIDELINES. | 0.50 | 230.00 |
| 12/24/12 | SHB | REVIEW SUBPOENA RESPONSE FROM SCHWAB; MEMO TO CO-COUNSEL RE SAME. | 0.20 | 92.00 |
| 12/26/12 | SHB | REVIEW CHARLES SCHWAB RESPONSE TO SDT; MEMOS WITH CO-COUNSEL. | 0.20 | 92.00 |
| 12/28/12 | SHB | STATUS MEMOS TO CO-COUNSEL RE SCHWAB RESPONSE TO SDT; STATUS OF RESPONSIVE PLEADINGS; STATUS OF KOB'S DEPOSITION; CALL WITH DEFENSE COUNSEL RE COURT CLOSURES AND STATUS MEMO TO CO-COUNSEL RE RESPONSIVE PLEADINGS. | 0.50 | 230.00 |
| 12/31/12 | SHB | MEMOS RE SCHWAB PRODUCTION; INVESTIGATE O'BRIEN BECOMING PRESIDENT OF BAY AREA SPORTS HALL OF FAME; MEMOS RE PROCEDURAL DEVELOPMENTS; REVIEW DOCUMENTS. | 0.50 | 230.00 |
| 12/31/12 | SHB | ASSET INVESTIGATION | 0.50 | 230.00 |

Total For Legal Services

24.45   $11,136.50

| <u>Date</u> | <u>Costs Advanced</u> | <u>Amount</u> |
|---|---|---|
| 12/20/12 | PACIFIC COAST LEGAL SERVICES; PROCESS SERVICE - STEPHEN M. RICE | 35.00 |

SOVEREIGN BANK, N.A.
ATTN: HEATHER WILSON, ADMINISTRATIVE ASSISTANT
619 ALEXANDER RD
PRINCETON, NJ 94540

January 16, 2013
Bill Number: 122053
Page 4

| Date | Costs Advanced | Amount |
|---|---|---|
| 12/20/12 | PACIFIC COAST LEGAL SERVICES; PROCESS SERVICE - RICE FINANCIAL GROUP | 78.00 |
| 12/20/12 | DEBRA PAS: COURT TRANSCRIPT | 38.15 |
| 12/31/12 | WESTLAW CHARGES DECEMBER 2012 - SHB | 209.48 |
| 12/31/12 | WESTLAW CHARGES DECEMBER 2012 - JAL | 61.77 |
| | Total For Costs Advanced | $422.40 |

Total For This Bill

$11,558.90

JAMES COFFEY  
NUTTER MCCLENNEN & FISH LLP  
RE: GLOBAL BROADCASTING - O'BRIEN MATTER  
COST CENTER 8413  
155 SEAPORT BLVD  
BOSTON, MA 02210-2604  

February 13, 2013  
Bill Number: 122662  
Page 2  

Matter Number: SOVBNK.0001      V. O'BRIEN, KEVIN P.

For Legal Services and Costs Advanced through January 31, 2013

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 01/03/13 | SHB | REVIEW ANSWER TO COMPLAINT (.2); MEMOS TO OPPOSING COUNSEL RE IMPROPER VERIFICATIONS (.2); MEMOS TO CO-COUNSEL (.2); REVIEW CCP SECTION 446 RE VERIFICATIONS (.2). | 0.75 | 356.25 |
| 01/07/13 | SHB | PREPARE MONTHLY STATUS REPORT. | 0.25 | 118.75 |
| 01/16/13 | SHB | MEMOS WITH OPPOSING COUNSEL RE AMENDED VERIFICATIONS AND DISCOVERY RESPONSE EXTENSION. | 0.20 | 95.00 |
| | | Total For Legal Services | 1.20 | $570.00 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 01/10/13 | WHEELS OF JUSTICE, INC.: PROCESS SERVICE - J P MORGAN CHASE | 185.00 |
| 01/24/13 | FEDEX: TO HEATHER WILSON 12/27/12 | 58.53 |
| | Total For Costs Advanced | $243.53 |

Total For This Bill     $813.53

LAW OFFICES OF

# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET – 21ˢᵀ FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

February 13, 2013
Bill Number:    122663
Page 2

Matter Number: SOVBNK.0002      V. MORGAN ESTATES, LLC

For Legal Services and Costs Advanced through January 31, 2013

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 01/03/13 | SHB | REVIEW ANSWER TO COMPLAINT (.2); MEMOS TO OPPOSING COUNSEL RE VERIFICATIONS (.2); MEMOS TO CO-COUNSEL (.2). | 0.50 | 237.50 |
| 01/07/13 | SHB | PREPARE MONTHLY STATUS REPORT. | 0.25 | 118.75 |
| 01/16/13 | SHB | MEMOS WITH OPPOSING COUNSEL RE AMENDED VERIFICATIONS AND DISCOVERY RESPONSE EXTENSION. | 0.20 | 95.00 |
| | | Total For Legal Services | 0.95 | $451.25 |
| | | Total For This Bill | | $451.25 |

LAW OFFICES OF

# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP

199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

February 13, 2013
Bill Number: 122664
Page 2

Matter Number: SOVBNK.0003      v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB)

For Legal Services and Costs Advanced through January 31, 2013

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 01/02/13 | SHB | MEMOS WITH CO-COUNSEL RE DOCUMENTS BEING PRODUCED AND DEPOSITION OF O'BRIEN; CHECK STATUS OF SUBPOENAS. | 0.40 | 190.00 |
| 01/03/13 | SHB | REVIEW TRANSCRIPT FROM COURT HEARING (.2); MEMOS TO CO-COUNSEL (.2); REVIEW MEMOS RE DEPOSITION (.1); CHECK STATUS OF RICE SUBPOENA AND OTHER SUBPOENAS (.2). | 0.75 | 356.25 |
| 01/04/13 | SHB | ASSIST WITH REVIEW AND EDITING OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. | 0.75 | 356.25 |
| 01/04/13 | SHB | FOLLOW UP ON RESPONSES TO SDT FROM UBS FINANCIAL. | 0.25 | 118.75 |
| 01/05/13 | SHB | REVIEW OPPOSITION TO SUMMARY JUDGEMENT MOTION AS FILED, DECLARATIONS AND EVIDENCE IN SUPPORT OF OPPOSITION; MEMOS WITH COUNSEL. | 0.40 | 190.00 |
| 01/07/13 | SHB | PREPARE MONTHLY STATUS REPORT. | 0.25 | 118.75 |
| 01/09/13 | SHB | ASSIST WITH EDITING MOTION TO COMPEL PRODUCTION OF DOCUMENTS (.75); MEMOS TO CO-COUNSEL (.25). | 1.00 | 475.00 |
| 01/09/13 | SHB | CHECK STATUS OF PRODUCTION OF SUBPOENAED RECORDS FROM ACCOUNTANT. | 0.25 | 118.75 |
| 01/11/13 | SHB | WORK ON DISCOVERY AND INVESTIGATION OF ASSETS. | 1.25 | 593.75 |
| 01/13/13 | SHB | ASSET SEARCH RELATING TO GLOBAL RESTAURANT GROUP, INC., GLOBAL BROADCASTING CORPORATION, PINNACLE PROPERTIES, INC. AND SAN HILLS PROPERTY, LLC; ANALYZE UBS FINANCIAL DOCUMENTS; MEMOS WITH CO-COUNSEL. | 3.00 | 1,425.00 |
| 01/14/13 | SHB | MEMOS WITH CO-COUNSEL RE STATUS OF CHASE, BAILARD AND RICE SUBPOENAS. | 0.20 | 95.00 |
| 01/16/13 | SHB | EDIT OPPOSITION TO MOTION TO BIFURCATE PREPARED BY CO-COUNSEL. | 0.75 | 356.25 |
| 01/16/13 | SHB | MEMOS WITH CO-COUNSEL; ANALYZE ADDITIONAL DOCUMENTS. | 1.25 | 593.75 |

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

February 13, 2013
Bill Number:    122664
Page 3

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 01/21/13 | SHB | MEMOS WITH CO-COUNSEL RE DISCOVERY (.2); REVIEW DOCUMENTS PRODUCED BY CHASE FOR TRANSFERS TO AVOID CREDITORS AND/OR IN BREACH OF GUARANTEE; MEMO TO FILE WITH ANALYSIS. | 1.50 | 712.50 |
| 01/21/13 | SHB | REVIEW FILED OPPOSITION TO MOTION TO BIFURCATE; FURTHER RESEARCH ON CUFTA; CASE ANALYSIS. | 1.50 | 712.50 |
| 01/23/13 | SHB | MEMOS RE INTERFERENCE WITH SUBPOENA. | 0.30 | 142.50 |
| 01/28/13 | SHB | MEMOS WITH CO-COUNSEL RE DOCUMENT PRODUCTION FROM RICE AND O'BRIEN. | 0.20 | 95.00 |
| 01/29/13 | SHB | REVIEW REPLY TO OPPOSITION AND COMMENT; PROVIDE EXAMPLE OF ACCOUNT APPLICATION TO CO-COUNSEL; MEMOS (6) TO CO-COUNSEL RE DEMAND FOR ATTORNEY FEE INFORMATION, ETC. | 1.00 | 475.00 |
| | | Total For Legal Services | 15.00 | $7,125.00 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 01/25/13 | WESTLAW CHARGES DECEMBER 2012 - SHB | 201.66 |
| | Total For Costs Advanced | $201.66 |

| | |
|---|---|
| Total For This Bill | $7,326.66 |

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

March 13, 2013
Bill Number: 123224
Page 2

Matter Number: SOVBNK.0001      V. O'BRIEN, KEVIN P.

For Legal Services and Costs Advanced through February 28, 2013

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 02/01/13 | SHB | PREPARE NOTICE OF TAKING DEPOSITION; MEMOS WITH CO-COUNSEL. | 0.40 | 190.00 |
| 02/03/13 | SHB | MEMOS TO CO-COUNSEL RE STATUS OF SERVICE OF SUBPOENA AND CASE DEVELOPMENTS. | 0.20 | 95.00 |
| 02/06/13 | SHB | INITIAL REVIEW OF DISCOVERY RESPONSES. | 0.40 | 190.00 |
| 02/07/13 | SHB | ANALYZE DISCOVERY RESPONSES; PREPARE MEET AND CONFER LETTER. | 0.75 | 356.25 |
| 02/09/13 | SHB | REVISE MEET AND CONFER LETTER AND SEND; MEMOS TO CO-COUNSEL. | 0.25 | 118.75 |
| 02/13/13 | SHB | CALLS AND MEMO TO MARTHA BOERSCH. | 0.10 | 47.50 |
| 02/15/13 | SHB | CALL WITH DEFENSE COUNSEL TO MEET AND CONFER ON DISCOVERY RESPONSES AND SCHEDULING DEPOSITION DATES. | 0.20 | 95.00 |
| 02/16/13 | SHB | STATUS REPORT TO CO-COUNSEL RE DISCOVERY RESPONSES AND SCHEDULING DEPOSITIONS. | 0.10 | 47.50 |
| 02/16/13 | SHB | MEET AND CONFER LETTER TO OPPOSING COUNSEL. | 0.25 | 118.75 |
| 02/23/13 | SHB | MEMOS WITH OPPOSING COUNSEL RE DISCOVERY RESPONSES AND DOCUMENTS. | 0.25 | 118.75 |
| 02/26/13 | SHB | CALL WITH OPPOSING COUNSEL RE DISCOVERY STATUS; MEMO TO CO-COUNSEL. | 0.20 | 95.00 |
| 02/27/13 | SHB | STATUS MEMO WITH OPPOSING COUNSEL RE DISCOVERY. | 0.10 | 47.50 |
| | | Total For Legal Services | 3.20 | $1,520.00 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 02/11/13 | WESTERN MESSENGER SERVICE, INC.: TO 235 MONTGOMERY STREET | 9.85 |
| | Total For Costs Advanced | $9.85 |

LAW OFFICES OF

# LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP

199 FREMONT STREET – 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105-6640
IRS NO. 94-0811210

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

March 13, 2013
Bill Number:    123224
Page 3

Total For This Bill          $1,529.85



JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

March 13, 2013
Bill Number: 123225
Page 2

Matter Number: SOVBNK.0002     V. MORGAN ESTATES, LLC

For Legal Services and Costs Advanced through February 28, 2013

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 02/01/13 | SHB | PREPARE NOTICE OF TAKING DEPOSITION; MEMOS WITH CO-COUNSEL. | 0.40 | 190.00 |
| 02/03/13 | SHB | MEMOS WITH CO-COUNSEL RE STATUS OF SERVICE OF SUBPOENA AND CASE DEVELOPMENTS. | 0.20 | 95.00 |
| 02/06/13 | SHB | INITIAL REVIEW OF DISCOVERY RESPONSES. | 0.40 | 190.00 |
| 02/07/13 | SHB | ANALYZE DISCOVERY RESPONSES; PREPARE MEET AND CONFER LETTER. | 0.50 | 237.50 |
| 02/09/13 | SHB | REVISE MEET AND CONFER LETTER AND SEND; MEMOS TO CO-COUNSEL. | 0.25 | 118.75 |
| 02/13/13 | SHB | CALL TO MARTHA BOERSH AND MEMOS TO CO-COUNSEL. | 0.10 | 47.50 |
| 02/15/13 | SHB | CALL WITH DEFENSE COUNSEL TO MEET AND CONFER ON DISCOVERY RESPONSES AND SCHEDULING DEPOSITION DATE. | 0.20 | 95.00 |
| 02/16/13 | SHB | STATUS REPORT TO CO-COUNSEL RE DISCOVERY RESPONSES AND SCHEDULING DEPOSITION. | 0.10 | 47.50 |
| 02/16/13 | SHB | MEET AND CONFER LETTER TO OPPOSING COUNSEL. | 0.25 | 118.75 |
| 02/23/13 | SHB | MEMOS WITH OPPOSING COUNSEL RE DISCOVERY AND DOCUMENTS. | 0.25 | 118.75 |
| 02/26/13 | SHB | CALL WITH OPPOSING COUNSEL RE DISCOVERY; MEMOS TO CO-COUNSEL RE STATUS. | 0.20 | 95.00 |
| 02/28/13 | SHB | STATUS MEMO WITH OPPOSING COUNSEL RE DISCOVERY. | 0.10 | 47.50 |
| | | Total For Legal Services | 2.95 | $1,401.25 |

Total For This Bill     $1,401.25

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

March 13, 2013
Bill Number: 123226
Page 2

Matter Number: SOVBNK.0003      v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB)

For Legal Services and Costs Advanced through February 28, 2013

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 02/02/13 | SHB | BEGIN PREPARATION OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS - B. STEPHEN RICE (1.25); INVESTIGATE AND ANALYZE FACTUAL AND PROCEDURAL BACKGROUND (.5); MEMOS WITH CO-COUNSEL (.25). | 2.00 | 950.00 |
| 02/04/13 | SHB | RESEARCH CONTENT PROCEDURE FOR NON-COMPLIANCE WITH SUBPOENA DUCES TECUM BY STEVE RICE (1.0); MEMOS WITH CO-COUNSEL (.3); ANALYZE FACTS AND INVESTIGATE BACKGROUND (.7). | 2.00 | 950.00 |
| 02/06/13 | SHB | PREPARE DEMAND LETTER TO STEVE RICE (.25); MEMOS WITH CO-COUNSEL (.25). | 1.00 | 475.00 |
| 02/13/13 | SHB | CALL TO STEVE RICE; MEMOS TO CO-COUNSEL. | 0.10 | 47.50 |
| 02/14/13 | SHB | CALL WITH STEVE RICE; MEMO TO CO-COUNSEL RE CALL TO STEVE RICE. | 0.25 | 118.75 |
| 02/14/13 | SHB | REVIEW MOTION TO STAY DISCOVERY; MEMOS WITH CO-COUNSEL. | 0.20 | 95.00 |
| 02/16/13 | SHB | MEMOS WITH CO-COUNSEL RE RICE DOCUMENTS AND DEPOSITIONS AND HEARING STATUS. | 0.20 | 95.00 |
| 02/16/13 | SHB | MEET AND CONFER LETTER TO STEVE RICE. | 0.25 | 118.75 |
| 02/23/13 | SHB | REVIEW ORDER FROM COURT RE MOTION TO BIFURCATE; MEMOS WITH CO-COUNSEL RE DISCOVERY AND MOTIONS TO COMPEL AND CONTENT OF SAME. | 0.50 | 237.50 |
| 02/26/13 | SHB | PARTICIPATE IN CONFERENCE CALL WITH CO-COUNSEL AND RHODE ISLAND'S COUNSEL RE STEVE RICE DOCUMENTS AND PRODUCTION; MEMOS WITH CO-COUNSEL. | 0.50 | 237.50 |
| 02/27/13 | SHB | MEMOS WITH CO-COUNSEL TO PREPARE FOR ARGUMENT ON OUR DISCOVERY MOTIONS SET FOR MARCH 1, 2013; FURTHER MEMOS. | 0.50 | 237.50 |

PLEASE MAKE CHECK PAYABLE TO LELAND, PARACHINI, STEINBERG, ET AL.

BILLING INQUIRIES: (415) 957-1800  FACSIMILE: (415) 974-1520

JAMES COFFEY
NUTTER MCCLENNEN & FISH LLP
RE: GLOBAL BROADCASTING - O'BRIEN MATTER
COST CENTER 8413
155 SEAPORT BLVD
BOSTON, MA 02210-2604

March 13, 2013
Bill Number: 123226
Page 3

| Date | Atty | Legal Services | Hours | Amount |
|------|------|----------------|-------|--------|
| 02/28/13 | SHB | MEMOS WITH CO-COUNSEL RE CONFIDENTIALITY AGREEMENT; ASSIST WITH PREPARING FOR ORAL ARGUMENT. | 0.75 | 356.25 |
| | | Total For Legal Services | 8.25 | $3,918.75 |

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| 02/26/13 | WESTLAW CHARGES - JANUARY 2013 (SHB) | 175.11 |
| | Total For Costs Advanced | $175.11 |

| | Total For This Bill | $4,093.86 |
|--|---------------------|-----------|

# Matter Worked Detail Report

Worked between 01/01/1900 thru 03/25/2013

*Client Number*

*Matter No. & Name*

**SOVBNK: SOVEREIGN BANK, N.A.**

SOVBNK.0001: V. O'BRIEN, KEVIN P.

Time Entries

| Date Worked | Timekeeper | Work Status | Entry No. | Description Notes Codes | Hours Rate Dollars |
|---|---|---|---|---|---|
| 03/07/2013 | BOVARNICK, STEVEN H. | | 1524586 | CALL TO MARTHA BOERSCH; MEMO TO MARTHA SETTING DEADLINES TO PRODUCE AMENDED RESPONSES AND RESPONSIVE DOCUMENTS. | 0.40 |
| | | Open | | | 475.00 |
| | | | | | 190.00 |
| 03/12/2013 | BOVARNICK, STEVEN H. | | 1524587 | MEMOS WITH MARTHA BOERSCH RE SUMMARY JUDGMENT ORDER AND MOVING TO COMPEL. | 0.25 |
| | | Open | | | 475.00 |
| | | | | | 118.75 |
| 03/16/2013 | BOVARNICK, STEVEN H. | | 1524588 | PREPARE CASE MANAGEMENT STATEMENT FOR FILING IN COURT; MEMOS WITH CO-COUNSEL. | 1.25 |
| | | Open | | | 475.00 |
| | | | | | 593.75 |
| 03/19/2013 | BOVARNICK, STEVEN H. | | 1524589 | MAKE REVISIONS TO CASE MANAGEMENT STATEMENT. | 0.25 |
| | | Open | | | 475.00 |
| | | | | | 118.75 |
| 03/21/2013 | BOVARNICK, STEVEN H. | | 1524590 | CALL WITH OPPOSING COUNSEL; MEMOS WITH OPPOSING COUNSEL AND CO-COUNSEL. | 0.40 |
| | | Open | | | 475.00 |
| | | | | | 190.00 |
| 03/22/2013 | BOVARNICK, STEVEN H. | | 1524619 | MEMOS RE TRIAL SCHEDULING AND CASE MANAGEMENT PROCEDURES TO CO-COUNSEL; REVIEW TRIAL SETTING NOTICE. | 0.50 |
| | | Open | | | 475.00 |
| | | | | | 237.50 |
| 03/23/2013 | BOVARNICK, STEVEN H. | | 1524623 | REVIEW TAX COLLECTOR AND RECORDER WEBSITES FOR CURRENT STATUS OF PAYMENTS AND ENCUMBRANCES; CHECK COURT WEBSITE. | 0.25 |
| | | Open | | | 475.00 |
| | | | | | 118.75 |

| Total For SOVBNK.0001: V. O'BRIEN, KEVIN P. | Hours | Dollars | Bill Value |
|---|---|---|---|
| | 3.30 | 1,567.50 | 0.00 |

SOVBNK.0002: V. MORGAN ESTATES, LLC

Time Entries

| Date Worked | Timekeeper | Work Status | Entry No. | Description Notes Codes | Hours Rate Dollars |
|---|---|---|---|---|---|
| 03/07/2013 | BOVARNICK, STEVEN H. | | 1524591 | MEMO TO MARTHA BOERSCH RE DISCOVERY RESPONSES AND RESULT OF RHODE ISLAND MOTIONS. | 0.30 |
| | | Open | | | 475.00 |
| | | | | | 142.50 |
| 03/12/2013 | BOVARNICK, STEVEN H. | | 1524592 | MEMOS TO MARTHA BOERSCH AND MOTION TO COMPEL. | 0.20 |

# Matter Worked Detail Report

Worked between 01/01/1900 thru 03/25/2013

*Client Number*

*Matter No. & Name*

**SOVBNK: SOVEREIGN BANK, N.A.**

SOVBNK.0002: V. MORGAN ESTATES, LLC

**Time Entries**

| Date Worked | Timekeeper | Entry No.<br>Work Status | Description<br>Notes<br>Codes | Hours<br>Rate<br>Dollars |
|---|---|---|---|---|
| | | Open | | 475.00 |
| | | | | 95.00 |
| 03/16/2013 | BOVARNICK, STEVEN H. | 1524593 | ORGANIZE EXHIBITS IN ADVANCE OF PREPARING MOTION TO COMPEL. | 0.50 |
| | | Open | | 475.00 |
| | | | | 237.50 |
| 03/19/2013 | BOVARNICK, STEVEN H. | 1524594 | MEMOS WITH CO-COUNSEL RE TAX FILINGS AND MEMBERSHIP INTEREST FOR MORGAN ESTATES. | 0.50 |
| | | Open | | 475.00 |
| | | | | 237.50 |

| Total For SOVBNK.0002: V. MORGAN ESTATES, LLC | Hours | Dollars | Bill Value |
|---|---|---|---|
| | 1.50 | 712.50 | 0.00 |

SOVBNK.0003: v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB)

**Time Entries**

| Date Worked | Timekeeper | Entry No.<br>Work Status | Description<br>Notes<br>Codes | Hours<br>Rate<br>Dollars |
|---|---|---|---|---|
| 03/01/2013 | BOVARNICK, STEVEN H. | 1524595 | CALL WITH JON PERSKY RE RESULTS OF HEARINGS ON SUMMARY JUDGMENT AND MOTIONS TO COMPEL. | 0.40 |
| | | Open | | 475.00 |
| | | | | 190.00 |
| 03/03/2013 | BOVARNICK, STEVEN H. | 1524596 | LEGAL RESEARCH IN ADVANCE OF PREPARING MOTION/APPLICATION ISSUING ORDER TO SHOW CAUSE RE STEVE RICE CONTEMPT. | 0.75 |
| | | Open | | 475.00 |
| | | | | 356.25 |
| 03/06/2013 | BOVARNICK, STEVEN H. | 1524597 | INITIAL DRAFTING OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA. | 1.00 |
| | | Open | | 475.00 |
| | | | | 475.00 |
| 03/07/2013 | BOVARNICK, STEVEN H. | 1524598 | MEMOS WITH CO-COUNSEL RE SETTING NEGOTIATIONS AND DEMANDS; MEMO RE COURT ORDERS AND STEVE RICE. | 0.30 |
| | | Open | | 475.00 |
| | | | | 142.50 |
| 03/07/2013 | BOVARNICK, STEVEN H. | 1524599 | INVESTIGATE HEALTH DIAGNOSTICS AND VICTOR MOJICA; FURTHER ANALYSIS; REVIEW DOCUMENTS FROM BAILARD. | 0.75 |
| | | Open | | 475.00 |
| | | | | 356.25 |
| 03/07/2013 | BOVARNICK, STEVEN H. | 1524600 | DRAFT MOTION TO COMPEL COMPLIANCE WITH SUBPOENA. | 2.50 |
| | | Open | | 475.00 |
| | | | | 1,187.50 |

# Matter Worked Detail Report

Worked between 01/01/1900 thru 03/25/2013

*Client Number*

*Matter No. & Name*

**Time Entries**

| Date Worked | Timekeeper | Entry No. Work Status | Description Notes Codes | Hours Rate Dollars |
|---|---|---|---|---|
| 03/08/2013 | BOVARNICK, STEVEN H. | 1524602 | REVIEW NEW DOCUMENTS COLLECTED BY SOVEREIGN BANK RE NEGOTIATION OF GUARANTEE. | 0.50 |
| | | Open | | 475.00 |
| | | | | 237.50 |
| 03/09/2013 | BOVARNICK, STEVEN H. | 1524601 | REVISE MOTION TO COMPEL. | 1.50 |
| | | Open | | 475.00 |
| | | | | 712.50 |
| 03/09/2013 | BOVARNICK, STEVEN H. | 1524608 | WORK ON MOTION TO COMPEL STEVE RICE. | 1.50 |
| | | Open | | 475.00 |
| | | | | 712.50 |
| 03/11/2013 | BOVARNICK, STEVEN H. | 1524611 | REVISIONS TO MOTION TO COMPEL; PREPARE DECLARATIONS. | 1.75 |
| | | Open | | 475.00 |
| | | | | 831.25 |
| 03/12/2013 | BOVARNICK, STEVEN H. | 1524612 | FURTHER REVISIONS TO MOTION TO COMPEL; REVISIONS TO DECLARATION; PREPARE PROPOSED ORDER; REVIEW LOCAL RULES; MEMOS TO CO-COUNSEL. | 2.25 |
| | | Open | | 475.00 |
| | | | | 1,068.75 |
| 03/12/2013 | BOVARNICK, STEVEN H. | 1524613 | REVIEW SUMMARY JUDGMENT RULING; MEMOS TO CO-COUNSEL; MEMOS RE COMMUNITY PROPERTY LIABILITY. | 0.75 |
| | | Open | | 475.00 |
| | | | | 356.25 |
| 03/13/2013 | BOVARNICK, STEVEN H. | 1524614 | REVIEW AND COMMENT ON KOB'S DEPOSITION OUTLINE; MEMOS RE ASSET INVESTIGATION. | 0.30 |
| | | Open | | 475.00 |
| | | | | 142.50 |
| 03/18/2013 | BOVARNICK, STEVEN H. | 1524615 | MEMOS AND REVIEW DOCUMENTS PRODUCED IN DISCOVERY. | 0.50 |
| | | Open | | 475.00 |
| | | | | 237.50 |
| 03/20/2013 | BOVARNICK, STEVEN H. | 1524617 | EDIT DRAFTS; MEMOS TO CO-COUNSEL; CALL WITH CO-COUNSEL RE DISCOVERY; RESEARCH IRREVOCABLE TRUST ISSUES. | 0.75 |
| | | Open | | 475.00 |
| | | | | 356.25 |
| 03/21/2013 | BOVARNICK, STEVEN H. | 1524618 | MEMOS WITH ESTATE/TAX ATTORNEY AT CO-COUNSEL'S OFFICE. | 0.25 |
| | | Open | | 475.00 |
| | | | | 118.75 |
| 03/22/2013 | BOVARNICK, STEVEN H. | 1524625 | PREPARE DECLARATION FOR ATTORNEYS' FEE MOTION; MEMOS WITH CO-COUNSEL RE ATTORNEYS' FEE MOTION AND LATEST DEVELOPMENTS. | 3.75 |
| | | Open | | ▇200.00 |

*Client Number*

*Matter No. & Name*

**SOVBNK: SOVEREIGN BANK, N.A.**

SOVBNK.0003: v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB)

**Time Entries**

| Date Worked | Timekeeper | Entry No. Work Status | Description Notes Codes | | Hours Rate Dollars |
|---|---|---|---|---|---|
| | | | | | 750.00 |
| 03/23/2013 | BOVARNICK, STEVEN H. | 1524626 Open | PREPARE EXHIBITS FOR ATTORNEYS' FEE DECLARATION; MEMOS WITH CO-COUNSEL. | | 0.50 200.00 |
| 03/23/2013 | BOVARNICK, STEVEN H. | 1524627 Open | ANALYZE KOB'S SUPPLEMENTAL RESPONSES TO INTERROGATORIES AND MEMOS TO CO-COUNSEL. | | 0.50 475.00 237.50 |

| | Hours | Dollars | Bill Value |
|---|---|---|---|
| Total For SOVBNK.0003: v. Kevin O'Brien (USDC Northern Dist. CV 12-80271 CRB) | 20.50 | 8,568.75 | 0.00 |
| Total For SOVBNK: SOVEREIGN BANK, N.A. | 25.30 | 10,848.75 | 0.00 |